UNITED STATES DISTRICT COURT GUAM

# Softwho and Joseph A. Stanford

# VERSUS

### INCORPORATED-DEFENDANTS AT LARGE (.INC);
### F.D.I.C FEDERAL DEPOSIT INSURANCE CORPORATION;
### DEPARTMENT OF COMMERCE AND (DOJ) DEPARTMENT OF JUSTICE;
### MONOPOLY INCORPORATED OLIGOPOLIES AND (FTC) FEDERAL TRADE COMMISSION AND;

| | |
|---|---|
| H.S.B.C Bank | Microsoft Incorporated |
| Bank of The Ozarks | Cisco Systems Incorporated |
| Chase Bank, U.S. Bank | Juniper Incorporated |
| PNC Bank, BB&T Bank | IBM International Business Machines |
| Suntrust Bank, TD Bank | Oracle Incorporated |
| Fifth Third Bank | BAE Systems Incorporated |
| Citizens Bank | Intel Incorporated |
| Citibank, Citibank Bank | AMD Incorporated |
| BNY Mellon Bank | AT&T Incorporated |
| TD Bank Bank | M&T Bank |
| Suntrust Bank | Morgan Stanley Bank |
| American Express Inc. | Army Corps of Engineers www.jag.mil |
| Merrill Lynch Financial Products | Apple Computers (Apple  Pay) |
| Goldman Sachs Bank ` | Walmart Incorporated Arvesta Bank |
| Charles Schwab Bank | Discover Incorporated |
| Wells Fargo Bank | U.S. Department of Treasury F.D.I.C |
| Regions Bank | Bank of America |

Key Bank

Happy State Bank           Per U.S.C 28 & 1654.

**PLAINTIFFS UNDER OATH MOTION:**

Softwho  owned sole, Mr. Joseph A. Stanford,
127 Biraldan Sali Unit 10
Dededo, Guam 96929
Email: general@Softwho
PO Box General Delivery
Hagatna Guam 96920

_____
_____
_____

UNITED STATES DISTRICT COURT
for the
_____ District of __Guam_____
_____ Division

7/4/22:
Request court appoint Attorney:
petition court appointed
lawyer/attorney pro-bono with
national regions Compare
implementation gross domestic
product properties with national
epidemics.
(Petition court appointed
Attorney).
CJA-23 Form enclosed.

Case No. _____

**Plaintiff(s)**
Joseph A. Stanford and Softwho
Complaint: Infringement of Pre-patent(s)... indirect and direct damages of intellectual property.
-versus-

**Defendant(s)**
Versus Corporations named defendants multiple industries and versus Financial institution monopolies.

Financial Institutions monopolies.

Software, (OEM), original equipment manufacturers.

Bandwidth manufacturers.

Microsoft Incorporated.

Cisco Systems Inc.

## JURISDICTION PLEAS:

Softwho pro se and public lawsuit national class actions against named defendants of multiple industries herein includes illegal jurisdiction of unlawful conducts over periods of time where presence of defendants of same position sustain, [illegal pre-patent illegal PATENT INFRINGEMENTS Direct], whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses), and indirect elements, herein, support drivers of Conflicting statements and correlating proofs summarized reasonable test basis and strict scrutiny basis where standard of review and evidentiary are issues of court contest of court class action remedies sought against over 500 corporations Fortune 1000 multiple and line of business-LOB industries and comparisons of weights and levies and incidents status quos and include comparison testimony and relevant facts within illegal breaches of federal laws, herein, describe illegal class actions against named defendants: HERE WITH Softwho pro se and public and Stanford include federal violations where named defendants under testimony watches established with many years court arraign time stamps and include the fact of perjury of oath and civil rights act lay 1964 national origin trade commerce and conducts against society compared with corporation multiple industries defendants in state of State of Constitution and related with facts of conducts and condone of conducts unbecoming and citizenship characterize of under oath and observe of, **[pro se and public as comparison of products owned by Softwho and reseller unto many hundreds of named Corporations],** named defendants [and] Financial Institutions Monopolies within over six years and four years per industry with niche environment rally witnesses under compensatory and punitive a/an security potentials in and ins Softwho with and while presentments upon reporting escalation of conducts and business agreements under pre-patent, ("non verbal communiqués"): *wherein duping harassment and supremacy at large against any property goods author of national productions and includes sameness clause of same conducts since day one until court hearing day of illegal juvenile conducts compared with corporation product owners of society proven by fault line: ("fault line of comparisons utility property in use zones or types of populations' or public corruptions versus totals conducts as per 911all counties general reviews of public conducts records during years districts from years 2018-2021 annually cohort of condones of illegal acquired deficiency black-market citizenship-lunacy and clarification of on sight person but unable to identify tense conducts and compliance federal laws of production available unto others consent each other conflicting statement audacity befool");* wherein, **[pro se and public defines and proves prudent relationship of consent fault lines comparisons herein against corporations and against Multiple named Defendants herein where consistency responsible for complaints consistent against declarations],** *"presence of illegal false anarchies against forcible interpretations one location convenience criminals post line formations techniques and taker of one and evade of another or others of post line of mass counties every county",* where versus named defendants includes class actions derivatives derelict civil rights issue raised of civil rights act lay 1964 national origin trade commerce (4) (c) [and] against Amendment V life, liberty or property deprived where reliable reasonable test basis eludes the same of any civil rights class action class of class being nature of crime and excepted and explained and explanation unanimous is facts of totals consent as standing consent is sameness conducts against every post line of public general consensus since day one through many years and social fad of acceptance of social contacts of social relationships of description

of illegal punitive and compensatory damages where damages machines languages consistently prevailed persists of public training of guides of conducts by techniques standing and perfected standing trigger conducts associated with corporation multiple industries Defendants and associated with persons and associated with standing ovation versus admissions of presence elude consent constraint issue of mixes schizophrenic, demand and forfeit type,s involvements against management life, liberty, or property Amendment IV objects wherein; **[derelict of nature of intellectual infringement wherein Patent(s)],** *35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),......wherein, issues raised,* **[compare the corporations named defendants and explain injustices of willful negligence bounds of responsible for pre-patent infringements damages comparison of standing economies and downfall public and observe time stamps herein compare evidence of working structures comparison entirety complaint substances]:** [1] where firstly issue of [available resources of utility properties interfaces management properties owned of pro se and public Softwho versus human movements of zones comparison depravity] includes fact of complaint available property returns and/or resources in which compares responders since all time stamps between pro se and public and corporations of multiple industries in constants whom routinely purchased and acquired and implemented similar attempts of national goods properties and eases-utility properties of similar comparison would and could and did so cause utility minimal available properties, *"utility versus utility comparisons"* versus failures to acquire utility properties of use as profiteer or profit place of privacy conflicting statement wherein total derivative of illegality being bounds of pre-patent utility earmarks and national design and national utility earmarks where definition of properties include utility uniqueness of utility application, including, *"support levels economies; e.g...one property of utility connects to another utility connect",* and wherein against the trade concept values of public have damaged by company Softwho and person, for example, *"fact of patent infringement Direct, whereby, (35 S Code 154* (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses); of an entire nation of 50-states and entire population follow trail of groups and inhibitors against any accessible direction but consent each other self of accordance of marketing direction in conflicting statement as to why would entire bouts of society of marketplace be untouched in any way compares private and public properties with or without damages, for example, "piece of plastic untouched in all counties"; but all sides have mass damages in secluded location of any moving humans where utility property owners would have marketing advantage of levels of applications criminal behaviors"; and further,* [2] **["pro se and public and public "nature of properties utility or no utility comparison"]** incurred damaged tolls of property of utility use of properties owned by Softwho and compensatory of direct failures and punitive of indirect fails wherein liability class action finds reasonable grounds pre-patent and patent sufficient deter of collides but both owner herein and public suffrage wherein damaged by public without due process proofs causes irreparable bypasses of permanent fixation of objects, persons, tolerances, beguiles, etc....included public parties of supremacy fixation of damages and responsible for damages and onslaught damages and permanent fixation post formation damages of conducts herein under terms of USPTO infringement court adjudicate of unjust district rules compares entirety national utilities detour and without due process and national right of way designs and false supremacy minimal authors owners railroad opportunities of causations against owners and

against management objects wherein net loss of return of investment income where obvious comparison of patent infringement of both direction of right of way person of use of equipped environment [and] use of equipped pre-patent invention utilities national levels economies contain return on investment ROI direct connotation of being used for income and recovery of incomes and recovery of redistributions utilities marketplaces withal owners of society called reseller unto reseller economic mediums damaged by tolls of pointer-humans in conflicting statement of false interpretation society beguilers where post formation equals camouflage and [3] third damages unto owner of property reserved being non-conflicting first time as invention line of marketing inventive being national redistribution unto distribution utility property of yours unto bestow laissez fairer and non-conflicting properties owned by Softwho where nature of property and human rights conflicting statement of corporations in multiple different-industries and different capacities of utility properties to use as add-on development sureties and Guarantee properties wherein, *"replace national redistribution unto distribution properties with add on returns of consumers and assets-benefits versus utility less of ROI-return on investment national utility-industries with design flaws"*; however, **[all sides and every corporation and all corporation multiple industries Defendants failed during many years to respond to the owner of national redistribution unto distribution goods of presentments used in everyday exchanges since over Seven years causing disruption to owner's business responsible for and wait for and respond false of after the fact accessible crime waves at national of conducts bypasses placing owner's life in jeopardy and hold patterns fixations]**, versus national utility uses levels and causing irreparable collides war crime and cold war techniques crime waves and obscene forager movements where nature of requirements of ROI and negligence public and negligence corporation multiple industries Defendants included the same verses of responses to ascertain guilty or not of Pre-patent infringement of guilty interpretations of requirements to attend the situation of management design flaw or not first and secondly to ascertain the available resources of utility and/or design as eases of observe to attend and third observed losses of casualties of life and observed casualties of collides and observed casualties of after the fact being reliance of violence unto others; *e.g...replace management and replace owners of society and replace owner herein Joseph A. Stanford of punitive and compensatory claims of injustices by garnish of payments or garnish of entire royalties or garnish of agreements as nuptial requirements in relations mediation of Judges.* And further, as well, and fourth **[accompany conducts convenience crimes also known as after the fact civil rights 1964 characterize of mass public unbecoming of bypasses and overtures consent each other of society by hold patterns techniques and outcome options albeit declared by any court unfit characteristics]**; whereby include drill down of consent condones of conducts of both bypasses and overtures consent each other and *forager-clans*, *"defined betweeness foragers against two locations"*, reliance of genocide-implications against society hoax where Softwho and pro se and public Stanford elude the evidence of fact of corporation multiple industries defendants with estrange of benefits earnings of nation and declare hoax of standing will where plausible condition of responses against nature of utility characterize of character of utility description and against situation of losses herein of which either: [a] stand to gain as conflicting statesman rather than contributing members of society withal falling bypasses and overtures consent each other to support backend maneuvers or [b] stand to gain illegal posture of genocide social fad explained, *"presence of illegal bypasses against post line formations techniques and taker of one of post line of mass counties every county"*, whereby drill down includes evidences of corporation multiple industries defendants machines of product and corporation of machines

national redistribution unto distribution  industry product and corporation multiple industries defendants of machines outcome of products includes fact that the nature of comparisons of status quo of corporations compared with conducts of public and compared with product descriptions of necessity of interface to include as status of interface where eludes nature of business illegal allegations crimes standards of comparisons of review herein hierarchy owners do so include comparisons where distance and profiteer and able to negotiate implementations options comparisons of corporation owners and investor owners thereof: [1] distance of society, [2] profiteer of society, [3] origins of products, [4] directions of products, [5] outcome of products; and further, compare fact of illegal standing proofs of origins witness attest admissions distance of society and proofs of witness grounds directions of products and as well drill down fact of reliance of proofs as witness grounds question of inline why would corporation multiple industries defendants declare profit levels; within society as grounds over years but decline the improvements of the products to society as grounds of improvements as product public notices? And secondly, why would the corporations include directions of product as public debut but all of the evidences of the public and contrived corporation include the hidden drive of product direction as corporation owned; $_2$[**however, all indicators include illegal contra-banding as think tank potential cohort as public statesman but when confronted about reality aside from corporation standing statesman debut or illegal black-market or illegal piracy opportunity to steer clear evidence revealed no such ground of steering clear of both fact of wrong sided technology direction and wrong sided public approach reproach of candidates constituents of guides of leads where public entice of illegal piracy against general public therefore corporation relied principally upon profiteer of society rather than any weight bearing status of drill down of corporation standing will centers]?** *Why would status of corporation drill down be left over of profiteer of society downturn upon reviewing statesman of product line of so many contributor time stamps but compare and contrast against the product status quos of so many to remain un-solvable and revert conducts of evade party complete and evade party able to commit and cancel by time stamp of court adjudicate federal Act benefits to society and failures to obtain a utility needed by all persons and audacity of revert conducts to re-enter as Judges future cancellation by issue raised, [against the audacity of utility or losses of product description to recover or against Softwho burden testimony to bear evidence witness against civil rights complaint and trade secret clarification act complaint and against the gumptions against pro se and public Joseph A. Stanford and Softwho, Infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....,  federal laws of several to one courts weights and measures against named defendants]?*

*In summary, Softwho seeks judges decision of issues raised of law suit against many corporation multiple industries Defendants and [**commit complaints of unavailable properties by damages of trade commerce and public influence totals or totality conflicting statements is stop orders presentments against public sector cohort of illegal authoritative or convenience criminal public where opportunity to recover with eases properties acquire were presentments alternative of Softwho** pro se and public rights *of property marketplace for sale redistribution unto distribution properties and damages unto* pro se and public *of personal human rights hold patterns and damages opportunities and damage evade pursuits*]: herein of many areas of complaint substance of federal violations laws under conditions illegal public tamper and illegal*

*acquisition failures and illegal [consent only each other suffrages], including; collides incidents and collides conducts and seeks remedy of punitive and compensatory claims of damages to skin and damages to human body in the context of guilty unanimous standing off* pro se and public *in arena conflicts to commit such types of injury included herein where presentment class action law suits and natures of business-options of agreements created hostile living situation and hostile daily encounter and hostile totals overture consent each other conditions and requests the following two areas of judgment be included with judges protocol of judgment of plaintiff Joseph A. Stanford and Softwho wherein: Softwho requests* pro se and public *petition unanimous of Patent(s) infringement within realm of infringement being civil class action national origin of trade commerce affected and seeks the amount of no less than $14 Billion dollars from one or more corporations. Softwho requests judge find parties guilty of civil rights contempt or civil rights national origin by economic espionage and requests the guilty aspect of espionage be charge back of Stanford's right of Amendment V just compensation and Theft of Infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....requesting full amount paid $14 Billion dollars one or more defendants withal powers of courts of garnishment and/or settlement decision execution and/or settlement mediation and/or settlement payments from one or more defendants within court enforce 30 days petitions.*

*Continuing supporting assertions, Softwho and Stanford include comparison neutral basis and judgment reasonable and strict scrutiny and reasonable test basis main arguments of fact corporation multiple industries Defendants master-understanding is fact that reliable equipment manufacturer contain and contend and master-designs of highest manufacturer software, chipmakers, and Random operations memory and random access memory and as well many other digital equipment manufacturers ordained end of life of lifecyle of equipment by neutrality comparison obligations properties including: allegations of master engineering of many industries present however conflicting statement:*
*[where unable to proceed as technology mediums], group accounts, levels of economies properties, and chemical delimits, and delimit and switch plane reservations, bandwidth network address translations switch planes, and industrial revolutions of clarification being deficit properties or devise properties groups accounts mains, and furthermore; and secondly, manufacturers agreed to many years of the receive of research and developments properties owned by Softwho both reporting and significance of performance of company Softwho during lifecycle change commits to already official engineering designs and engineering productions and engineering manufacturers release of products owned by Microsoft Incorporated and similar corporations and thus incurs conclusion petition with Judge as the conflicting statement audacity why would acceptance of ordained standards of engineering and*
*₁[standards of production and standards of manufacturers be in opposite of engineering principles according to acceptance of agreements] between Softwho and Joseph A. Stanford and industrial-corporations binding business agreements, from 2012-2022, for example, compares city locations with corporations economic returns, and therefore; include, included injustices and illegal violations of Pre-patent(s) infringements where majorly master-design engineers and master-design utility engineers directionally opted upon negations commence, and an act being no act, agreements of observe rather than round table execute proving substantially conducts would and did so consume and create arena driving society against Stanford and Softwho micro*

*entity business falsely and agreed to consume business-agreements accordance of supreme court codes and district court codes: however, upon reviews of industrial partake or industrial vantages or industrial properties the parties subjected Amendment V deprived of life, liberty, or property and substantially degraded public arenas against one owner and substantially denied the evolution of industrial age equipped equipment and industrial mechanics Amendment 14 return on investment fraud mains against liabilities of several related federal laws of violence and federal laws of cause of violence and federal laws of responsible for violence in three capacities and subjected the national utility owner to undue pressures and without due process whimsical of profiteers of over thirty years, "noting presence of twelve-Billion items consumer purchases, over the counter every annual year", and failed to secure by failing to seed Softwho and failing to respond by an act being record of situation and failed to redress losses deprivation that would cause collides punitive and compensatory where explained within presentments pre-patents utility bases that left plaintiff national utility owner within compensatory and punitive and collateral losses of national utility properties]:*

*withal supportive, (above), herein includes comparison values after the fact of incidents and conflicting statement perjury of parties involvements general-consensus non working class versus working class of non participations of bypasses and criminal crime waves civil in form of loots and bypasses violence' against the public sector and private homestead act of State-Districts: therefore responsible for false state controversies and responsible for negligence of business agreements upholding concept utility owner seeding and needing seeding of Account Softwho (806 410 6266); and further responsible for damages of civil rights claims each other against Softwho and compared with national redistribution unto distribution utility manufacturers at national levels of arena types of inhibitor conducts whom explicate admissions of 911 over four years of conducts of, (non verbal communiques); that lead to gross violence of each other clauses which is completely misalign of manufacturer pedigree of conducive workplaces of America and international where mainline question of why would corporations and public maintain same conducts against presentments of illegal versus legal of issue raised recognizance properties responses by demands of each other profile bases conducts if they were not conspired as a constant approach of the same tenacity of conducts since day one through years of same conducts where question to sustain proof compel issue raised the corporation had to have known the attachments of solicitations and had to have maintained relationships with these parties because named defendants: [**confirmed illegal positions of status quos and confirmed nature of status quos of pre-patent infringement and confirmed nature of status quos irregular against natures of established productions flow of business charting of Amendment V life, liberty, or property reasonable and rationale adaptation basis and further against conducts unbecoming where reasonable test basis of nature of confluence and suspicions engage the facts comparisons weights]:** [1] conducts of self and society and [2] nature of contact and society and [3] nature of responses to cause contacts of society and returns and [4] nature of society each other contacts each other and furthermore [5] nature of maximums of police every county and natures of prevention and intervention and [6] natures of multiple federal laws of induction of trade secret clarification act amid registered fiduciary-clauses and registered Better Business Bureaus and Financial Institutions Monopolies and USPTO registered products under strict scrutiny of product performance and safety mentality of products and production lands and safety and security of self and society within tenets of commerce business registrations laws and accordance oaths where denotes common law and*

*reasonable tests basis against laws and strict scrutiny against conducts fester against obvious or contributes unto or festers within or forfeit and abandon within expression and speech tenets of Amendment 1 freedom of speech, expression, and assembly press within normal routines of objects of Amendment V life, liberty, or property facts and within commerce trades designs of normal routine conducts of acquisitions and mergers and against clarification of products active over the counter gross domestic products.*

Herein pro se and public Stanford owner of micro entity Softwho petitions judges review of standards of review of situation of affairs and compensatory and punitive damages tolls against pro se and public and against society where implied consent summary of complaint placed harms unto plaintiff and placed plaintiff in grave dangers and undo of options of partnership or procurement or seed account where society linked with causes or collides or influences permanent fixation hold patterns and/or depravity wherein include confluence commits leads to depravity of person and depravity of arena crimes, (two locations convenience crimes), against each other pure against utility of cost of living sole provisions of society required as such Amendment 1 expression of each other where question mainline audacity: wherein tenacity question, why would others consent contacts of rights of others be utility itself during all years of confluence normal routines but and however upon engage of productions lifecyle and products lifecycles across America suspicion of forebode confluence timed with conducts of befool of consent conditions consistent per situation and mass situation or affairs betweeness, thereof, Amendment V life, liberty, or property wherein conducts befool presence fail to examine the situation of utility of product definition to support presence however Softwho and pro se and public Stanford elude utility of ROI-return on investment and elude return on investment 100% guarantees of multiple industry levels of support levels economies oaths to suit any such perjury notions or motions of courts pursuits of injustices claims against Softwho? And further, herein include suspicion mainline question why would conducts unbecoming be dawns of conducts in person and damages done in society and damages of conducts solely after pro se and public and during pro se and public concessions with council and Judges across America witnesses of time stamps and while presentment receivers of high technology or, "high tech!", contain herein pro se and public owned properties of the nature derelict sole response of redresses of return objects of Constitution claim rights due process within Amendment 2 Right to Bear Arms within "totals responses to one's presence under strict scrutiny basis question failures to let or off or incur conflicting statement of presence befool consent tactics pure reasonable test basis of entire court appearance"? In summary, court class action petitions of compensatory and punitive and settlement royalties of properties owned of Softwho and pro se and public Joseph Stanford elude character flaws of prior and after pure of 100% of injection before and after and while and incur the concept fault line of affairs of responses beguiles against society and against pro se and public Joseph Stanford and Softwho where reliable evaluation within concept **pure definition of, "comparisons by audacity": "wherein a bold and daring quality that is sometimes shocking or rude where reasonable just cause are direct connotations of conducts unbecoming against defamation and slander and arena each other provoke of society and against society and beguiles sameness herein and arena exposures against Amendment V life, liberty, or property before and after withal compensatory and settlements and punitive petitions full motions of courts enforce with respect herein person pro se and public Joseph Stanford", herein, [evidences weights against],** …………first, audacity responders bypasses of society consent each other ensues and admits total consent demands overtures levels and totals and

permanent post formation fixation mixes against others but no property damages anywhere only human movement damages of parties all under knowledge of marketing services delivery Six Sigma but fail to secure patent of acquire or merger or alternative acquire options of pro se and public Softwho against pre-patent direct and indirect collides and collisions against utility definition and fail to secure hierarchy authorities versus levy per incident and levy hierarchies of requirements and collide factors of public and properties and public properties ......secondly, audacity responders to situations after the fact entireties gumption of question inlay all sides of doubt are after the fact of forfeit proven acts of techniques are public tries levels therefore, relate to cases already prosecuted past tense, *"for example one case prosecuted past tense versus present any case public knowledge such as* pro se and public *priors of life experiences unacceptable consent relationships reference present at all sides"*…..............typical stand off tactic public entice and public loot forge and stand off opportunities and entice of grotesque and prior past concealed entirely by conceal felons where past tense compare full and compares false identifications of profession but twices finds", and if are public tries than consist of human movements bypasses rather than levels of bypasses and/or evade bypasses rare human mankind movements totals consent each other opts conducts faster than interpretation of self recognizance conditions......third, [**accepts deny or accept interrogations of after the fact all government hierarchies in full order and all public properties in full working order and all properties owners utility and design pre-patent in full working orders**].....wherein: [1] levels of audacity comparisons against conducts responsible for damages and corporate and decision maker and decision options where withal majority Direct, whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses);  damages where pre-patents established since years 2004 and all gross receipts owned by plaintiff maintaining record of daily inventories of pre-patent and industry trade secrets where particularly named defendants violated illegal federal one and/or more laws dependencies upon nature of conducts over periods of time: [a] wherein burden of collide by representation stage oneness or in and ins of illegal patent infringement where parties defined bypasses conducts entirety of identity thefts and bypasses of illegal supremacy public movements time seclude 2006-2015 and then upon next descriptions damages parties [b] conduct competition sequences self-interpretations' public bypasses and named defendants bypasses conducts of violated patent infringement pre-patent stages owned by Softwho and Stanford 2016-2019 where parties were apprised of intellectual proceedings necessitating court venues Right to Bear Arms Amendment Two:

within implementation proceedings proofs and witness bearing proofs in year 2016 of constant contact agreement with manufacturer Board of Directors oblige implied consent of safety and security petitions establishing grounds of patent pre-patent works of party of nature of techniques applications and techniques of patent materials and nature of application unto manufacturer and/or industry and stage-line evidence of unique question pose pro se and public what were the nature of conducts upon notice of corporations within years 2016-2022 where parties admissions: whereof of nature of conducts are prior and after and nature of confluence of conducts descriptions of conducts and where entirety of stage two 2017 includes fact of receipt of responders of mass emails include suspicion of one corporate person spokesperson and therefore include any such gumption any date there after of year 2016 and 2017 includes question mainline party nature of motive is fact of prior person is indirect approach consent and therefore the nature

of manufacturers of consent boundary attached of patent claimant under GAAP-rules and patent infringement rules are the protection of author Congress Powers Section 8 comparing Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses);* damages an flight and suite and arraign and derange of public consent acquired tendency of inept and mixes schizophrenic, demand and forfeit type, pure of first contacts acceptance of at least two national manufacturers of Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses):* wherein witness attest proof asserting patent infringement where manufacturer is entire Government and Corporations utility observe of connotation proper of return reply unto Softwho and/or Joseph A. Stanford around 10/04/2016 Microsoft Chairman of the Board Jim Tucker 206 219 2195 x12 and second acceptance Jim Neils speaker of the House of House of Representatives 202 219 2195 x17 and Microsoft Board of Directors around 12/02/2019 wherein damages includes fact of patent infringed of support levels economies by reason of bypasses descent of consent attachments requirements of consent boundaries of consensual public Amendment 1 public of 50-states requirements wherein federal act violations of economic definitions and bypasses are entirety of principles of authorities of fact of public conditions and natures of patent property and nature of patent infringement within environment of support levels economies definitions and bypasses definitions wherein all direct violations status quos reliable damages of applications of properties and applications of properties owned by owner herein include patent direct and indirect damages reliance factor strict scrutiny basis upon fact of patent Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses):* infringed pro se and public and equaling public: [1] entireties of public against support levels economies proofs materials evidences and responsible for damages where public confirmed time to time lets of reference of consent types of public properties and types of private properties consumed as negligence of properties in commission bypass of intellectual property application of self unto society by levels of attachment requirements of Census Bureau government consent boundaries as result of utility property attachment being non marketing require, (such as interrupt of right of way to build railroad properties or designs); and attachment of consent boundaries of consent confluence directly related with admissions of mixes schizophrenic, demand and forfeit type,s self consent recognizance where inlay question why would all sides of any cast of doubt consist of admissions of prior conducts condone of civil rights domain of affairs of entry of bypass primary being utility requirements of persons status of requirements of Government and citizenship where attachment is support level per level associations and all sides of any cast of doubt do not deny requirements of self to society and self to support level of consent each other by labor or, *"consent over the counter";* but all sides of named defendants failed to secure bypasses impact of fact of mixes schizophrenic, demand and forfeit type, public opts forfeit of entirety of marketing upon arrival of top level reference of consent or forfeit types of consent self mixes schizophrenic, demand and forfeit type,s entire public of 50-states where patent infringement of one support level utility is requirement of public of types of levies of attachment versus self mimic consent relationships: wherein one question to establish sureties guilty verdict unanimous: why would all casts of doubt be a more than one person attachment of admissions of patent violations of fact of utility required or utility in

commission but all named defendants include no act being an act, (offering to sale....whereby.....
public and resell and sell public and defendants two locations-in form of loots and bypasses
opportunities), of consent each other requirements being the entire evidence Judicial weights?
And further, secondly, ₃ **why would all casts of doubt consist of the entire public being an
opportunity of time to time status quos of presence but all corporations and named
defendants were presented middleman business models of interfaces patents and pre-
patents of support levels levy per levy and levy per incident of economic district to State
and State to nation requirements of economic sustenance coincide with marketing
relationships rather than consent each other relationships:** *defined-actions not taken being
responsible for said Direct, whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any
rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-
bypass and overtures and defendants two locations-in form of loots and bypasses); patent
infringement damages and complaint herein of pre-patents owned by Softwho and Stanford
against collides of society where an act being no act is audacity of conducts of describing actual
tangible events consistent within class actions* pro se and public *and self appointment and
describing ails of society class actions and ails of compensatory and punitive and settlement of
losses with full no charge back veto to vote, (properties claims and revert conducts cancellation
District time stamp), charge back veto to vote within tenants arguments* pro se and public *herein,
within tenant of before and after within consent implied and consent agreement full bestow
between* pro se and public *Softwho and named defendants of the matters of council where withal
every indicator of receive number one and number two every indicator were plausible
opportunity of intervene of corporation multiple industries defendants withal creative niche
business agreements noted for the record of prior statesman appeal of corporations inside
business etiquette and outside business acquisitions and includes request* pro se and public *of
several years of without due process situation of the public against situations of support levels
economies and in summary cast doubt by reasonable test basis and within strict scrutiny object
of authority decision executions and withal in concert of change debut or change of doubt or
change to correct or change to find errs justice or change to justify or change to commit as
profiteer and marketing leader of Corporation multiple industries defendants original
manufacturer standards machine image of industrial revolution?*

Secondly, Softwho petitions judges review of the facts of business exchanges and business
agreements of before and after and punitive and settlements and compensatory reliefs and
previous general cases assessments as to the audacity levels of corporation multiple industries
Defendants of mass common ground and neutral common ground as to the relevance of the
proceedings and relevant areas of procession of conducts of condone where conducts
unbecoming of statesman and participations of conducts include the gross illegal negligence
against known predatory approaches within society and, [**summarize the confluence of public
engages and public manipulations and acceptance by implied consent the conditions of
before and after common laws of conducts from years deducing seclude years of conducts
versus ratio of responses requirements**], wherein: [1] all named defendants responds with
working structures and relationships all include round table or public notices of manufacturer
trademark fiduciary claims but denies until court adjudicates of support levels of levy per levy
and levy per incident requirements of society as public requirements consent each other
boundaries entireties until after the fact of time to time years 2016 or 2022 and [2] all sides of
named defendants acted in same manners of receive of presentments utility patent Direct,

whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses); and pre-patent direct right of way per levy and per level and per district level and per support level marketing disconnected of fair competition correct and marketing fair competition acquisition correct; but why would marketing by all sides of publish by acquisition fail to redress public requirements of society of return on investment of any product or service or utility and public requirements of safety and security and public requirements of utility conventions however all named defendants same acts of fails sameness of level by level being sameness of situation constants rather than situation effect fiduciary concept and secondly fails sameness of responses being conducts of condone, as well; and third, all sides confirmed level by levels totals versus totals consent references demands opts of constants demands upon failure to act upon working class and failure to respond to one owner micro entity firm and failure to respond to all parties present of types of influences responsible and failure to respond by typical versus atypical utility responsible or partial responsible by mainline: *"question why would all utilities of all conditions of owners at present be non effect of war gaming damages of persons or properties, (even one piece of plastic house in a over the counter purchase), anywhere but all parties of mass receivers reseller-rally are same conducts of receivers and failures to act of requirements of consent each other we the people?"*: wherein **[opposites comparison by years includes for sale properties against conditions of public marketing niche],** [1] 2012-2016 neutral grounds cause and effect judges areas consent each other of damages priors any county versus informed manufacturers of national utility-industries with design flaws, *[during and from],* [2] against recent condone years 2017-2019 conducts already conducted per county and districts and conducts of civil in form of loots and bypasses of recognizance totals defined as totals of reference as social fad of conducts and self awareness, *[during and from],* [3] years 2019-2021 time stamps of illegal consent each other conducts (plural) and conducts unreasonable and contributions to conducts and responses to conducts within reasonable test basis or outcome grounds and time stamps mass receivers Softwho properties. In review, summary, Judges reasonable test basis compare the facts of conducts of arguments supportive of pre-patent infringement against illegal condones of public damages in petition of no waiver injustices of punitive and compensatory conducts amid and as well opportunity-instruments of support levels economies where Softwho and pro se and public Stanford include indictment of arguments of audacity where defined audacity of conducts are condone against well known responses to society including; fiduciary and business exchanges agreements and against business agreements execution of owner unto reseller creative mixes of contacts of owner pro se and public and owners, (OEM, original equipment manufacturers), and production oligopoly manufacturers and herein include facts thereof:

[1] conducts unbecoming audacity non working class and; [2] instate prior admissions of conducts of illegal barters with non working class and; [3] illegal statesman of public confluence to majority extent of conducts unbecoming class actions civil rights depravity explained as depravity without due process however the conducts of public manipulations upon activation of each other would not have knowledge of one industry to another or the derivative owned by pro se and public of, *"support levels economies per industry revolving interfaces each other multiple industries of economic requirements preventive and instrument interfaces of society and intervene of corporation multiple industries Defendants supporting self girth earnings GAAP of profiteer befit of business exchanges requirements and eligibility and uses of society girths"*, and

thus, in summary, defines illegal statesman befalls issue of responses of self industry or creative upon knowledge of maxims multiple industries within and against products compared existing and withal company micro entity Softwho and as well; [4] illegal no charge back veto to vote, (properties claims and revert conducts cancellation District time stamp), within charge back back veto to vote where witness of properties of time stamps and rationale adaptation values include no charge back veto to vote, (properties claims and revert conducts cancellation District time stamp), back features owned by House of Representatives of United States of America; however there were and are no such grounds against Stanford pro se and public nor against Softwho at all anywhere nor to the best of knowledge of owner and; [5] in hand herein arguments of conducts of condone described particular and described responsible for as pre-patent infringement Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses);*  and indirect conducts of condone and under knowledge of admissible substance evidentiary of conducts unbecoming where corporation multiple industries defendants at mass levels receive products assessment committed prior commits of acquisitions of estimated levy of around $60 million upward to, $34 Billion dollars, within envy high technology or "High-Tech!" or even other industrial firms attached however made no such strides where summary casts doubt of end of lifecycle of products and services suspected pre-patent infringement by opportunity-war crimes against society where comparison of products beforehand and productions beforehand and productions as were and was and being and products included testimony of affairs pro se and public versus Named Defendants corporations multiple industries and versus Multiple named Defendants wherein:

I.   *Softwho law suit of civil rights act lay 1964 through years 2021 comparisons general practices of lawful consent each other upon uses of equipped environments where exchanges leads against named defendants during years of business agreement exchanges and business articles owned by, Softwho and Joseph A. Stanford, from 2013-2022, includes fact that **[parties breached nature of circumstances of situation inadvertent prior to applied wordly adaptation or utility adaptation reasonable test basis therefore prove parties opt init directional of unable to perform against society]:*** pro se and public *addresses fact of reasonable test basis and reliance issue of utility properties no charge back veto to vote, (properties claims and revert conducts cancellation District time stamps), veto to vote under reasonable conditions where parties admit and contain admissions evidences against merit national society and persons movements requirements within counties where issue of property rights and civil rights act lays since 1964 as to ascertain summary of outcasts of time stamps and while time stamps business agreements while volatile circumstances of public and against reasonable test basis comparison of outcome to prove judges opinion where doubt of decision against fullness of decision proves an event occurred as result of* pro se and public *alleging corporation multiple industries Defendants were part of the event incident occurred already and will occur and have occurred.*

II.  *Softwho law suit of infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....,  includes Direct, whereby, (35 S Code 154* (d)*#4, #5),*

*#4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses); and indirect audacity damages where related correlation are fact of damages of connection of full damages machines are fact of init directional failures where pre-patent and invention working or marketplace use explained as responsible for of pre-patent-infringement being responsible of act being no act against infringements related withal of....., accordance related with indirect and vice verse where situation if left unabated or left without reason of adaptation will fail whether inadvertent or unlawful or intentional or unintentional however parties fail at unintentional and intentional and inadvertent in all capacity of definitions withal courts indicators of illegal machines felony charges filed against named defendants of infringement of.... federal violations.*

III.   *Softwho law suit of illegal civil rights act lay 1964 national origin and trade secret clarification 2012 includes fact of perjury by oaths where illegal situational of district one and districts state and districts national withal fail at lowest level of property rights intended by support by support or level to another support level and next association return on investment where draws against trade secret clarification act 2012 of subpoenas of conducts illegal espionage include the fact of the illegal parties acting only upon illegal contact and secondly act only upon engage of official returns of Courts enforce and third only act upon engages of confrontation to appear or appearances to implicate the general public and authors public statesman and appear only to acquire by falsehood of one and evade the other and cover up speculations of illegal federal breaches of lawful incentive-Government laws and codes of CFR and USC seals of codes.*

IV.   *Softwho law suit of illegal piracy includes support information of prior court cases and convention of products owned by Softwho where illegal presence of character and* utility-industries with design flaws *of machines levels of corporations includes fact of properties unique of owner Author Softwho and Joseph A. Stanford include fact that the comparison of illegal decision powers against society rather than* pro se and public *include fact of cover up and takers concept however conflicting statement of prior cases of property rights objects includes fact of corporations illegally stated facts of properties comparison values and illegally made public announcement debuts of illegal statesman admissions of properties and nature of working mechanics properties owned by individual property rights owners allegedly and third admitted to unlawful receive of improvements by deductive reasons of receive by public state in state and in county fraud marketing statesman of public acquisitions and mergers constituents of improvements to products not withdrawn At this time and secondly admitted to opts types of inhibitor conducts of condone by no act being act of conducts.*

Argument 1: Does Softwho maintain utility properties of intellectual property of utility and design and further contain return on investment of properties of eases interfaces support levels economies where denial of benefits and denial to build and denial of procurement release would result in national disasters confirm of without due process of Amendment V without due process and life, liberty, or

property damages per person and per districts and per owner utility owner Softwho and Stanford?

I. *Named defendants confirm wants and wishes of business agreements during years 2012-2022 multiple industries received and received and responded high level management to confirm business exchanges and informed and sequester and inquest and procurement constants under procurement rules and laissez fairer decision powers before any such national mishap, national incidents,  and during befool consent conditions of areas of consent of each other where illegal breaches each other, non-circumstantial but evidentiary, "consent demands quench options by techniques (non verbal communiques) non-verbal languages by time to time tests by 911 all districts summaries reports", and further, business properties and table of objects of business agreements and contend agreement full consent no charge back veto to vote, (properties claims and revert conducts cancellation District time stamp), back veto to vote in so many years of business agreement executions.*

II. *Named defendants confirm during years 2012-2022 multiple industries informed and sequester and inquest and before any such national mishap, national incidents,  and during befool consent conditions of areas of consent of each other where illegal breaches each other: business objects and transfer of objects business agreements executed unto named defendants containing "high tech" technologies of multiple industries designs and utilities properties of industrial age and revolution of prior and after and between within business agreement of properties owned by Joseph A. Stanford and Softwho withal rights of property rights Acts and property rights of pre-patent withal pre-patent and securities laws.*

III. *Named defendants confirm circumstantial situation during years 2012-2022 multiple industries informed and sequester and inquest and before any such national damages reports and national damages reviews of Corporation multiple industries Defendants reviews and observe admissions 911 admissible inadvertent evidence of one or more and all defendants' during befool consent conditions of areas of consent of each other where illegal breaches each other: wherein of self and society and several elements of confide within implied consent each other of nature of return on investment principle and mechanics working conditions of over the counter goods and products and services in industrial mechanics revolutions high technology and high-tech and highest-technology to achieve in many years of expressions.*

IV. **Softwho includes fact of summary management design flaws and utility equip design flaws of national levels within multiple industries of design flaws [1] number one where digital transmission required unto group accounts and interfaces required of zoning or cities or dual copy uses primary design flaw related to utility industry defendants herein and [2] number two and secondly design flaw of oneness of current designs of intellectual property connected with group accounts flaw of multiple parties attached or networks attached standards within classes interrupts or control within controller within classes clarification owned by Softwho versus original equipment manufacturer specifications and [3] and number three finally management design flaws of unable to change by limitation of utility management comparisons prior stolen utility Uber transporation 2015 and comparison of online banking 2007 establishes ground facts of utility property oneness referred or conflicting statement rationale**

*adaptation utility design flaw and further eludes digital equipment design flaws or zone interfaces or human movements comparison management and utility design flaw transmissions unable to retransmit of input and output control and flow controls sessions limitation of equipment clarified with random operations memory and/or CMOS coding incorrect uses and finally, management design flaws within concept design redesign where nature of all properties are compared routinely internal affairs of corporations however concept of constants uses of utility is the nature of utility design flaw where management change out of equipment and name space networks equip within transmission constants define the conflicting statement properties to acquire failure of oneness reference utility more than one and OEM manufacturer confirm utility oneness constants use of all levels of application utility properties versus pro se properties owned.*

During many years of exchanges from, 2012-2022, (above), implied consent and direct consensual research to fulfillment business agreements and presentment articles and nature of affairs of contacts of domicile and relationships of named defendants where defendants confirm after the fact of collide public against working structures as inadvertent interpretations of constants incorrect of true factors working mechanics, *for example, [public against author not related rushes with alibi constant presence interrupt two locations but one location valid other not invalid];* and secondly, defendants confirm after the fact and while the fact of comparisons of responses of relevant law and order and motive machines and initiative machines and recovery machines wherein the parties failed to redress society and while contacts contrive of illegal conducts of rushes of public state representation probable of non-working class against working class with probable time stamps of Corruptions Act violations against corporation multiple industries Defendants failed to secure corporation standing motions of the public of utility properties and USPTO properties and properties of utilities required of the public to redress levels of self worth of person under oath Constitution law and order, Amendment V, life, liberty, or property wherein examines facts of named defendants under knowledge of real time events and real production output and reasonable conducts expectations during receive of presentments reflection comparisons; *[…..inadvertent of supportive compel public confirmed without due process and where single most effective examine named defendants received full interpretations while districts and State Constitutions burden to prove unanimous decisions of working mechanics or against social fad or collides factor issue raised would inherit illegal humane or condones or each other or collides contacts where timely of audacity comparisons against public corruption negligence opts directional init of consent each other-only while unsuitable consent draws each other where defendants proofs of witness include fact of consent opts within consent draws against illegal total bypasses of consent domain public and working class public and final draws of national admissions of notions of suspicion unto emerge findings of 911 every county and all counties from years of presentments, 2018-2022, includes fact defendants and named defendants confirmed statesman of conduct being reliance and reliable test of consent each other contact as agreements within statesman rather than utility adaptation comparison rationale adaptation of utility endorsement agencies registered Financial Institutions Monopolies and continued production Six Sigma over the counter delivery systems].* Moreover, supporting compel of inadvertent comparisons (above) summarized received national production properties of single person Stanford and single person Softwho and confirmed utility definitions levels attachments as gross domestic products, wherefore further, During many years of exchanges

implied consent business agreements and presentment articles and nature of affairs with domicile nature of sender and receiver, (above), [**confirmed logic sequence of fallacy of utility-industries with design flaws of properties by contact and evasive contact admissions...*for example, accounting career utility interface of group accounts zones or cities*]**, including, any transmission email returns of named defendants where question inlay of why would corporations at mass receive levels include failures to redress the situation and failures to redress statesman Softwho pro se and public and Joseph A. Stanford and include the fallacy of contact being the nature of utility and utility-industries with design flaws against procurement purchases since over 20 years of over $65 million dollars per owner of over 30 purchases under constituent issue of fair competition even keels of corporation multiple industries Defendants: same conducts committed but fail in manners thereof: [a] redress the issues root cause of utility-industries with design flaws of many levels of designs flawed by utility being nature of consent domicile contact and secondly question inlay of why would trade secret clarification act of 2012 include recent federal laws but proofs of illegal tamper of federal agencies include tamper against society but not recent federal laws of 2010 and above of small business laws and intellectual property laws and trade secrets laws and renounce of laws of espionage but there were no breakage of illegal contraband against society where the reliance issue of espionage inside job of Government if so or if not being the case would mean the question, [no contest bridges inadvertent-concept of why would federal laws of protection include securities of, *"recognizance and reality overages"*, $17 Trillion dollars of utility goods but infractions against authors did not commence until both after fruits of work developments of authors-property emerge potentials], and [b] secondly, federal laws of protection include the fact of federal laws not infracted by illegal condones supremacy nor challenged in any way reflective of the illegal technicalities to pursue against national society prove public accordance weights of improvements or static products and productions are outside of pursuits of fair and equal properties to acquire include fact of the reliance leftover of conducts is status quos and not the utilities of reliance steadfast against circumstances: however, all productions of utilities are declared as levels of utilities properties to acquire conflicting statement perjury of oaths of natural chain of command circumstantial issue raised. And moreover, During many years of exchanges implied consent business agreements and presentment articles and nature of affairs business agreements the admission factor of eases of arguments to sustain compel, wherein, ["circumstantial leads of gross roots mislead"], includes fact of named defendants, (either maintained position of supremacy legacy as national cover up against society or maintained position of supremacy legacy against (Congress Powers Section 8, authors), as national cover up tolerance beguiles), within techniques acquired by public and unto society; and therefore include [**fact of presence of no contest issues raised where eludes concept by objects of tables of authority of circumstances**] where: [1] parties were included with indictment parallels and accepted notions and motions against levels of concerns; [2] parties included with indictment of arraignment substances but failed to redress issues related with issues utility requirements and utility garnishment requirements and utility levels of society and; [3] parties agreements and incidents of time stamps indicate mass perjury of self recognizance upon court arraignment true solid state future being presence and appearance of prior acquisitions and mergers and statesman fiduciary public statesman, but rushes of society of false supremacies of false anarchy nouns persons or prior in state bypasses and overtures consent each other relates to question public statesman did no denounce and proofs of bypasses and overtures consent each other were the issue of motives where bypasses and overtures consent each other proven incompetent by 911 and Doctors Across.

Argument 2: Does corporation multiple industries Defendants maintain audacity reasonable test basis to incur clear and clearness and clearing liability of nature of compensatory Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses);*  and punitive indirect damages of Pre-patent(s) and inventions infringement of Direct and indirect part of audacity responsible for and audacity is business exchanges being held responsible for damages sought by Softwho and Joseph A. Stanford?

Federal law suit confirms in reasonable test basis number one Parties confirmed by long stead constants proving substantial mislead of receive of materials and utility materials and utility of recovery where directly responsible questions against incidents chains primarily for no act being an act, *(offering to sale....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities),* of public being manipulated and verification of consent each other fully verified of levels of public after the fact of levels of presence damages of levels opts of bottom ends or controls every perimeter preference consent conditions of expose by consent each other and verified public bottom ends public opts of consent self image. Furthermore, secondly, defendants directly responsible proof liabilities wherein Parties included responses to audacity of conducts only directional init of humans each other within concept without due process levels of adaptation, **[wherein contains inadvertent admission testimony national facts compares fully of utility versus without due process where public damages sprees audacity substantially includes issue of minimal utility reliance and utility of bypass and utility of adaptation recovery conflicting statement being without due process totals against districts, persons, utility properties, and against each other only]**, of totals references of entirety conditions reliance of consent rather than levels of utility of one or more levels of utility being, (Congress Powers Section 8), consent each other contact conflicting statement of totals reference. And Third, Direct, whereby, *(35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses)*;  responsible Parties confirmed observe time stamps and constant contacts updates comparison of time stamps of prior engagements of exchanges business agreements and properties to acquire and confirmed, *[observe official Civil rights 1964 lay after the fact of many levels of incidents rather than one incident inadvertent admission of fact of presence being inadvertent admissions liability claims of punitive and compensatory compares]*, wherein, fact of reliance is reviews of gross misleads overtures and bypasses and false post formations against others implicate versus separate but equals claims injustices and gross misconducts of betweeness and conducts of group evade opportunities only opts or forfeit to implicate entirety technique therefore inadvertent admissions are the guilt of all persons using same technique of technique description and/or outcome description to compare. Furthermore, standard reasonable basis includes proofs of utility requirements of civil rights appropriation admissions and civil rights national incidents misappropriation being incidents illegal damages unto others wherein Judges reviews includes the areas of gross negligence bearing examination proofs of *Direct, whereby, (35 S Code 154* (d)*#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and*

*overtures and defendants two locations-in form of loots and bypasses): illegal pre-patent and patent direct defined as utility available resources of consent each other and utility of mass production society and utility of where argument of pro se and public includes fact of direct connote influence indirect outcome results reasonable test basis wherein a/an direct incident and/or direct inadvertent incident controller influences indirect influence of both compensatory draw and influence of constants negligence conducts and constants influences of comparison able to correct or responsible for within direct application of direct uses of forces. In summary, civil class actions illegal federal violations consistently violated direct and indirect punitive and compensatory damages caused by Defendants wherein against draws of illegal federal violations one and multiple joints federal laws includes Pre-patent infringement specifics of illegal direct and indirect outcome results where the federal argument of audacity specifies behalf of public and behalf of owner, in penalty, therefore; argument of audacity of joint argument, (especially, Constitution commission of two locations implies one location in use but other not in use implies consent boundary of normal circumstances constitution consent of life, liberty, or property):*

Herein, in summary of audacity of summary being direct and indirect eludes definition audacity of property clarifications of pre-patent infringement summary fact of perjury by oath of presence of hazards or dangerous to society or responsible for influence and therefore include herein:**[sustain argument audacity and/or negligence audacity included with property use utility national goods domestic products and owners fail by pre-patent infringement of failures to produce merits of business agreements transfer relationships and include audacity of argument question prudence why would outcome of results of all time levies be national ordeals of national injustices but the only reliance of utility being one utility of level to level to society be the only fault line of presence of multiple industries present and results of taint being the act of no act or act being deny being the only measurement at all of the Judges panels of 50-states Constitutions therefore inadvertent of comparisons of no act being an act]**, (offering to sale.....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities), being total nuclear leans of observe of Judges decisions of authorities and decisions of reasonable test basis and reasons to secure vote of sureties of principles includes the areas of relevance furthermore the comparison no act being an act, (offering to sale....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities), of facts of fault line being one location of not being used nature of complaint or partial and thus the area of partial leans charges filed against Defendants of leans of both areas wherein direct damages and results management execution of objects of management owned between manager and owner Softwho within transgressions of opportunity leads unto indirect wherein definition of management without utility and is utility and is design utility Highways compares where is not in partial use whatsoever and therefore the results of outcome being two areas *Direct, whereby, (35 S Code 154 (d) #4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses);* damages and management indirect areas wherein the following:

**[I.] Direct, whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses); damages:**

1. Direct, whereby, (35 S Code 154 (d) #4, #5), refused to license or use any rights to the patent;  damages of public accordance(s) of invasions of privacy directly relate to utility properties of Softwho of first level of privacy protection benefit being public and utility secure agency a/an administration role security setting of properties check cashing services public and private Financial Institutions Monopolies where issue directly responsible for [chastise init directional levels public by expose of self and expose of public unto endangerments of public by fact unable to connect to properties utilities or designs] which includes question summary: why would corporations not include connection orientations' designs aspects of connections of public unto corporation multiple industries Defendants by proof of no act being act of conduct upon the nature of eases being benefits and earnings and able to connect to utility upon issuances of design being the latitude of Softwho economic support levels economies where nature of proof is material evidence of national gross domestic products connected person or disconnected person of against gross domestic products where reasonable test basis of prudence of situation of proceeds instigation values which includes fact that design of society and design of utilities are fact of disconnection primary domicile concerns disassociation actual tangibles of society of init directional evade or tries against others in society and secondly fact of disconnection of design unto utility of properties private and public prove nature of inadvertent contact primary per, *("for example public disruption collides conducts' Railroad cases since 1900's outboard-public notices properties")*, where derelict of situation inlay proves public and corporation multiple industries Defendants, (speculated in state opt by inadvertent admissions): (271 5) conditioned the license of any rights to the patent or the sale of the patented product on the acquisition of a license to rights in another patent or purchase of a separate product, unless, in view of the circumstances, the patent owner has market power in the relevant market for the patent or patented product on which the license or sale is conditioned; And [2] Secondly, outlay is utility properties elected and elects failure to respond is act by no act treason reality against utilities of natures of circumstances Districts policies and secondly inlay public and private and corporations registered defense grounds of failures to redress Amendment I freedom of redresses and rights to redresses failures connects to Amendment 2 Right to Bear Arms in efforts of national responses and oneness right of way seed natures of public concerns of total concept being status quo being neutral against any notion at this time known as time to time parallels of utility properties and time to time parallels responsible for damages of parallels and time to time parallels of time stamps associated with corporations and responsibilities public utilities commission and responsibilities of corporations within United States federal laws.

2. Defendants illegal related to properties owned by constituents and public prior time stamps of conspired espionage or suspected espionage and public debut of directions of corporation multiple industries Defendants and admitted to the fact of properties in direction of negligence or while accused of machines utility-industries with design flaws fails to support thesis of centric universal statesman by failing to redress utility-industries with design flaws that find the perjury of oath of false mislead of production manufacturer eludes concept of false product marketing image and utility-industries with design flaws machines includes concept of errors of failures of consumer over the counter

performances and fails to support recovery against failures of mechanical utility-industries with design flaws and therefore comparison of opts (non verbal communiques) with in state and state representation includes judges introspection of facts of domicile where question why would original owners of properties national utilities include public available status and situation of product utility-industries with design flaws table of authorities under normal conditions but fail to redress utility-industries with design flaws under support levels economies when presented with credible evidence to address and redress mechanical utility-industries with design flaws of the situation and utility-industries with design flaws of the products mass perjury of mass production GAAP and failures to redress campaigns of false candidacy of directions of corporation multiple industries Defendants against utility-industries with design flaws of the corporation?

## [II.] Indirect damages:

Wherein Corporation multiple industries Defendants indirect damages of intellectual properties include the relationship of the utility unto the property where withal Stanford and Softwho prove inexorably most of USPTO properties of inventions of properties are improvements of existing formats therefore institutional USPTO design flaw of industry codes are root cause of analysis return on investment ROI of per consumer and per industry and per corporation named defendants and direct related with direct damages of directly responsible for national institutions of failures of performance of products upon apprise of conducts and leads of the company and secondly USPTO publishes routines of the inventions and shared Corporations meetings where proofs of materials against situations proves nature of conditions of properties where Softwho owned by Joseph A. Stanford proves defendants failures to redress, **[mechanical utility-industries with design flaws and utility utility-industries with design flaws where limitation of national utility automation sessions and interactive related within group accounts failures of embeds and inheritance condition management utility-industries with design flaws support levels economies levy utility to person to locations rather than location unto person trade clarification resources],** and secondly, proof of material inspections of properties comparisons of utility properties and utility publishes and utilities owned by Softwho and Joseph A. Stanford include fact that indirectly properties were referred and accepted as referred through routine transmission and time stamps of era of Softwho and time stamps of improvements and time stamps of rationale test basis of applications of properties owned by Softwho and include fact of the illegal conducts of public and falsehoods of promises of public being economic espionage treason machines is entirety indirect related with direct of utility of failures to redress property rights owned by Softwho and pro se and public Joseph A. Stanford where primary question inlay why would corporation multiple industries Defendants rely upon product sales as profit volumes and public admissions of public trade volumes for profit and incur debt and incur profit and losses but fail to redress public of no act being an act, *(offering to sale....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities),* upon one or many persons or one or many issues raised against named defendants but would leave the production vehicle publicly accessible for so many years during illegal contrive of conducts only within (non verbal communiques) being the neutral ground of conducts of national public merit of good cause and versus innocent clauses therefore the indirect issue of public lots of conducts and public inhibitors contrive and participations of named defendants while witnesses of Softwho during the years 2016-2022 and even prior to these dates of 2012-

2014 include fact whereby the corporation multiple industries Defendants were apprised of natures of situations levels of expectant results part of utilities properties submissions presentment articles, and further, indirectly, included implied consent condition of contact upon issue of contrive-public never returned to normal condition of payer of society while corporations of utility definitions and improvements to OEM original equipment manufacturer were apprised never included time stamps of recovery unto production over the counter cost of goods sold even upon issuance of public improvements to society where issue raised question, *"why would corporations improve product line and include an open status of public but fail to redress anything of public concern of liability of corporation independent if there were a contrive of corporations as indirect or direct involvements of contrive against society **why would the corporations indicate indirect to direct correlations to direct responsible?"**, such as:* [1] no such hurry time of return on investment responses to owners nor hierarchies nor society nor Government responses, however, directional announcements of futures vague of improvement intended direction of public goods of society; and [2] no such responses to parties that contrived where possibilities of state illegal Corruptions act violations incurred direction of liabilities of society where indirect could reap havoc of state of reside of corporation; and [3] no such waiver by injustices to proceed as acquire at lower costs nor apprise of the situation of corporation multiple industries defendants six sigma primary issue of waiver of circumstantial of public conducts (Railroad corporations); and [4] no such responses to society of the fact of Stanford pro se and public and company Softwho of seed to company but all facts elude Amendment V life, liberty, or property in upset by stand off opts hidden but reliable within all counties of 911 phone calls; and [5] constituents publish of known utility-industries with design flaws and mechanics failures apprised by Stanford pro se and public and Softwho of principles of relationships of, *"boundaries of connection utilities of relationships property articles of property rights",* however; upon correlation of principles including emergency, support levels, reliance of mechanical utility-industries with design flaws, and poor performing, and poor of concrete concepts of national goods, and responses of seed incorporations, and opportunity of society to illegal causes, and opportunity of society of Constitution merits of society, and illegal of immoral of Amendment I speech and expression directly responsible for chain of events national civil rights post lines of conducts including homestead act invasions and illegal conspired murders against others, and illegal immoral conducts to condone that would make responsible crisis or national disaster or national impedes of society, or failures to redress law and order of Amendment V life, liberty, or property pursuits of justices, or responses upon apprises cause and effect, or responses of public and private comment of levels of concerns, or totals elements of contact forbode of conducts of unbecoming, etc.... Furthermore, eludes standard of review reasonable test basis of summary of entirety of claims filed of injustices of Softwho versus Defendants multiple industries where pre-patent infringements and gross negligence supports areas of reliable summary of situation and reliable of audacity comparisons wherein issues raised of facts of is direct of management denial and outcome is results of denial of inhibition of responsible for beguiles by audacity:

I.     Issues raised civil rights contempt is capital consent each other public conventions quench levels of options trapping by presence and tries against others falsehoods of utility consent each other clauses of all sides by question utility of properties behalf of public of support levels properties of Amendment V life, liberty, or property include fact of inadvertent admission conducts fornicated techniques of (non verbal

communiques) each other illegal barter of totals against utility disconnect of others of on contact or upon support by knowledge or upon reasonable test basis did so have knowledge of public objects support levels utilities of requirements of labor and requirements of consent contact each other clauses of properties of bestow under *Infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),....*federal laws breaches of contract while public befool issue of fornicated consent conditions to bypass municipal tables of objects of requirements and wants and desires and futures of stakeholder per person under reasonable test basis acquired GAAP properties of each other consent contacts Amendment V life, liberty, or property tables of objects consent principles of authorities":

**………..……[defendants strict liability where scrutiny test basis compares fact of utility of recognizance where the act of no act being responsible would cause harms to life and livelihood where defendants maintained knowledge of high crimes by methods of bypass confirmed illegal descriptions per 911 logging]** and as well confirmed maintained knowledge of recognizance by all constituents pressures since 2016 including President United States of America industrial revolution discussions for first time in history February 2016, and public notices of receive of court documents public notices prudent affairs testimonies comparison and as well presentments of Softwho during the time of entry  of business affairs and types of feasibility sections that contained warnings before any major national incidents chains of authorities within verses Constitution Amendment V life, liberty, or property tables of objects of totals or object by object inadvertent admission every representation of state: did so breach Amendment V life, liberty, or property within strict machine tables of objects Amendment V where init directional design flaw of inhibitor of consent of all sides opts where opts creates init directional disconnections against civil rights appropriation against utility machines of levels of utility and levels of consent objects designs where opting consent method of contact creates bypasses natural and utility bypasses against levels of support economies utilities where bypass leads to consent opts of question: [a] does so or not bypass rights of others utilities level of sustenance and utilities of service [b] utilities levels of recognizance where confirmed (non verbal communiques) contacts each other consent design of state representations includes fact bypasses of all sides upset of failures to seed each other and failures to seed utility campaigns of society where suspected state representation of illegal blackout recognizance submits since 2017 Stanford versus Multiple named Defendants of 911 emergency agency includes fact majority of whip machines state representation incurred utility losses of oaths unable to pay one's way and failed to investigate self utility and persons utility under oaths clauses Constitution law and order and failed sober mentality of utilities where infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),....,  question poses national and national-states Constitution endangerments against each other where defendants apprised of reproaches consent methods contacts and (possible engage 911 emergency all parties named or named defendants at large) and confirmed by interpose question utility is rationale adaptation and adaptation equals utility of connections of each other where named defendants opts time to time issue of losses by depravity of benefits of properties beguiles negligence of adaptations and secondly confirmed illegal

conducts of others of mass address and redresses contacted 911 and was no such forum of false rushes of society of perjury issue consent each other conditions of bypasses and overtures consent each other of convenience criminals by solicitations origin and constants-mixes schizophrenic, demand and forfeit type,s of society mass perjury indictment issue of 911 admissions but fails to secure mass public under unknown variables of innocent or guilty but final states of public conditions confirm (millions of populations of working class did no such criminal conducts against others of consent (non verbal communiques) and standing ovations versus millions of populations made consent arduous conducts of bypasses and overtures consent each other of conceal until public where public state representation conditions); corporations and line of business corporations confirmed status quos machines were utility upon registration Department of  Internal Revenue Service seals of Corporation multiple industries defendants status quos and negated utilities of properties of each other by failing to redress and failing to address and failing to support a/an support levels economies investigation and premise and understanding of no charge back veto to vote, *(properties claims and revert conducts cancellation District time stamp, back veto to vote concept owned by Softwho called "support levels economies"),* presentments and articles and defendants confirmed negligence of befool by inadvertent admissions facts rather than admissions of fault line hidden information of investigations or admissions by fault line obvious to include indictment articles.....................

In further comparisons the supportive of  fact of defendants responsible for public and private and evade tactics and comparison of forfeit and ensue incidents to levels and levels to levies properties and elements breaches comparisons being entire audacity of false consent, "false state controversies convenience criminals and convenience crimes", thereof, consent conditions against levels of invasions being forfeit and transcend being the summary of public consent each other after the fact of contact under recent conditions or consent contact demands constants constant bottom transcend of consent behalf of damages part civil rights each other and bypass civil rights and properties and persons and life itself defined:

Public breaches entirely public of follower high crimes bypass by receiver techniques acts of Beguiles against others consent contact quench consent of each other where utility of prior agreements include totals capacity recognizance rather than basics recognizance each other consent however utility of properties without due process grey area of consent contact is fact of utility payer of basic utilities and basic utilities of payments per person: upon properties bestow unto transfer of objects 2017-2022 infringement of Patent(s), *35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....,* of implied consent Constitution each other includes fact of utilities and directional mass public epidemic of without due process where all corporation multiple industries Defendants line of business included the fact of utilities manufacturer however upon presentment of unable to pay one's way as totals conceptualize the parties admit inadvertently of totals consent each other as disconnection and directional init-recognizance unable to make right of way and includes reasonable test basis of question did Corporations line of business acknowledge utilities levels of recognizance of adaptation morale and ethical line of thought being utilities levels associations of properties sold, (GAAP...general accepted accounting procedures....), gross domestic products and includes the parties maintained knowledge of public accordance of utilities available at levels and disconnection by fact of totals barrage against totals

consent-references against others where question raised: [1] corporations and Multiple named Defendants opted way of life (non verbal communiques) per responses returns over years times without investigation of consequences of consent each other clauses prior to question of utility eases of levels of utilities and; [2] secondly, confirmed liability of corporations registered IRS internal revenue service of fact of utilities of connections of self and utilities of required sustenance and utilities of requirements consent each other logical conditions of one object unto another object recognizance rationale where liability and liable of consequences of opting way of life overtures upsets civil rights lines of affairs of consent tables of objects Amendment V life, liberty, or property: *where issue confirmed fact of reliance of directional bypasses opts prior to directional offset pure of civil rights fair and equal prove substantially opting of way of contact responsible for bypasses of unfair blackout recognizance natural inadvertent admissions of utility-industries with design flaws against way of life to earnings where definition of civil rights consent bypasses opts of against municipal properties state and county and private properties, includes; (non verbal communiques), and interpretations recognizance within one way to options, (non verbal communiques), contacts each other where, (non verbal communiques) init of One way to stop, One way to implicate, one way to options, One way to receive of properties and oaths of others, One way to receiver of subsidies without due process Amendment V life, liberty, or property fair gains;* and [3] third, confirmed inadvertent admissions of consent opts by fact of consent contacts under known levels of presence of domicile is befool social fad of acceptance tolerance of gated consent contact of civil rights beguiles against others under reasonable test basis of prudent levels of consent affairs of each other consent contacts of Amendment V life, liberty, or property pursuits injustices beguiles of opts by all parties where suspected and speculation articles of indictment include fact suspected participation of opts, (non verbal communiques); levels of takers And cover up and falsehood consent totals against others acceptances by corporation multiple industries Defendants named defendants includes bypasses totals and bypasses utilities objects totals and bypasses of civil rights levels of earnings upon contact engages of consent conditions of Constitution therefore corporation multiple industries Defendants inadvertently admit to fact of opts bypasses by nature of consent contact creates hostile environment of consent techniques of overtures by opts terrible harassments dupe or fornicates bypasses intellectual gains options however inadvertently admit to fact of observance of civil rights clauses affairs of levels of consent where observes fact of domicile of person as able to pay one's way or constituent behalf of others or else question inlay utility objects Amendment V life, liberty, or property violence of affairs in falsehoods of consent conditions contact totals against public and private presence prior to consent contact of able to commit agreements within reasonable and prudent conditions of consent contacts: Why did 911 phone calls fail to advertise capital information of consent each other issue of another person from out of state with outrageous presence in state of another state of registration State of Identification state police agency and state Constitution requirements posing question endangerment and levels of quench consent methods of against society and levels of consent each other bypasses by state to state and state unto county unto targets of associated options against others and state of controversy?

II.  Issues raised civil rights contempt is capital consent each other where civil rights of national origin trade commerce.

......infringement of Patent(s), *35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),....., ....where an act being no act is acts of utility engages constants states of conditions of contact utility within utility of each other persons where named defendants failed to bridge concepts and failed by suspicion to stop (non verbal communiques)-fornicated speech Amendment I speech and expression where opts of expression definition of expression uniting within speech of agile consent contacts includes fact named defendants under knowledge of consent contacts conditions endorsed by inadvertent admission of opts consent contact bypasses expressions prior to consent conditions logic bounds of consent earnings of others and self and society Amendment V life, liberty, or property of utility beguiles and humans beguiles and persons authors beguiles and Multiple named Defendants beguiles of society where defendants proofs of presentment of emergency to identify of conducts demonstrates suspicion of participation opt of nature of consent contact conducts of (non verbal communiques) demands by nature of suspicion of evade by camouflage and nature of suspicion of conducts of each other prior and after and before and after and self admission girth of self incrimination fail to secure image of consent contact of nature of responsible for negligence terminologies of accounts of corporation multiple industries Defendants where definitions of status quos bypasses in state prior to out of state marginally prove fact that reliance of state independent or juvenile state independent truthfully are the reliance of Amendment I speech and expression of self recognizance and upon nature of contact preferred in state and out of state where State Constitutions' burden of notions include audacity of Accounts levels of bypasses illegal crimes, (two locations convenience crimes), or inadvertent crimes or indecent and immoral conducts to create hostile environments where infringement of Patent(s), *35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....,* include: [a] consent domicile fact of existing models and [b] consent domicile future property rights requirements models and [c] consent domicile required sustained motions of judgment bearing concerns testimony vehicles of judgment opinions especially Supreme Court opinions rulings and [d] finally morale and ethical corporation judgments consent domicile prior and present and future ethical responses of fiduciary society where no act being an act, (offering to sale....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities), of illegal stand off against public explain illegal state representation by opts techniques levels of bypasses of (non verbal communiques) init directional self admissions testimony of affairs of one and one to many and many to society.

III.  Issues raised.... infringement of Patent(s), *35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),.....,* indirect and direct damages of intellectual properties where direct damages correlate civil rights lines images direct connotations of direct and indirect damages and examination of properties owned by

Softwho correlate substance of change manifesto of utility of properties and person unto utilities and utilities unto manufacturers reseller approaches of society.

..............*infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses)*, and include implied consent where indicators of comparisons of status quos and nature of collides create issue of table of authorities of properties owned by Softwho and trade secrets of Softwho and compare before and after of mainline issue where proofs of opts of conducts directly relate with working mechanics and directly relate with indirect to direct causations and issue of working structures previous engagements and current engagements and after the fact engages of structures where issue of question why would corporations conducts improvise priors commits unto society and priors time stamps include fair and equal but upon the nature of responses of society and properties of working mechanics clarifications relate purely with direct and indirect damages of causation related solely to not opting to merge direct utility interfaces to levels of industries and secondly why would conducts of inhibitor and (non verbal communiques) take precedence of the situation of the conducts being illegal conducts of many corporation multiple industries Defendants and line of business lacking industrial mechanics aptitude of mechanics sound structures and mechanics structures of utility-industries with design flaws and mechanics of structures of responses of products of consumer affairs or over the counter as explanations or responses of products if all designs flaws are established includes comparison of Softwho versus all competition of oneness of utility property being the utility of deficit use or Softwho properties scales cross unions or levels of unions or multiple utility uses intellectual property unique versus utility-industries with design flaws of unable to merge utility returns supporting within management utility-industries with design flaws herein:

[1] fact of directional design flaw by promotion of different procurement agreement suiting direction of product line and return on investment premiums of product line and secondly fact of product lines available for consumer responses cases or superior district previous cases or supreme court cases of available table of supportive references already established and [2] fact of the product mechanics published of mechanics utility-industries with design flaws and recommendations of pro se and public of utility-industries with design flaws grounds of presence and acceptance of pro se and public Softwho presence of years accumulated time stamps of proofs of witness within courts jurisdiction and [3] where fact of the product improvement lifecycles of the product of requires maintenance directional utility-industries with design flaws accompany of public debut statesman including; cloud networks, database B2B remote peer to peer networks, and operations systems improvements and use, and monetary purchase agreements subtle of required utility change use, and database connectivity quantum networks, and B2B networks of domain service provider challenges against Stanford, and networks of quality of service of XML extensible mark up languages, and networks of quality of service defined within industry likeness of Softwho pro se and public, "customer relations management CRM networks equipment add on and industrial revolution chemical specialties", and many other properties lacking ingenuity of return on investment premiums however released unto public accordance time stamps.

iv. issues raised.........*Patent Infringement...of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act,  (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),*.......Wherein Utility of properties of indirect and direct damages are facts of utility natures of comparisons of utility and utility benefits of society and utility requirements of social classes of society where corporation multiple industries Defendants failed to include table of cross examinations but opt (non verbal communiques) consent contact each other conditions upon contact and examines fact of consent logical flow of character of Amendment V life, liberty, or property of two fields of logic contact leads of utility and design of USPTO lawful code bearing question of apparent and obvious of natures of utility definitions versus utility connections of society bearing requirements of connections of utility and life, liberty, or property requirements of consent each other contacts.

1) Parties did and monitored to sustain facts of direct and indirect related damages per general 911 phone calls of monitors sustained evidences from 2018-2022.
2) Parties confirmed by admissions of inadvertent proves opts of (non verbal communiques) contacts and proves opts of illegal statesman of benefits of society and proves opts rather than incentive of United States of America federal laws or business agreement laws of breach of contract fulfillments proving substantially opts of consent contact are priority of opts of named defendants where selection of conduct is priority rather than observe to commit tables of objects are priority of utility or design Pre-patent(s) infringements especially where invoked table of investigation premises includes illegal conducts tables of authorities.
3) Parties confirmed public accordance levels of objects before and after upon licenses and Corporation stock securities commission and Board of Directors and chairman of the Board issues of official plates of registered campus of business responses of society therefore prove substantially public opt of conduct condoned by corporation multiple industries Defendants and line of business manufacturers includes facts of illegal bypasses of society against others in contact probable in state juvenile competition illegal cimes, (two locations convenience crimes), prior to out of state improvement being opt of conduct and contact each other consent prior to Amendment V life, liberty, or property tables of objects public and private properties of agreements and rights of others.

Wherein comparisons: [1] Utility of requirements sustained of illegal bypasses civil rights national incidents containing misappropriation of supreme-illegal piracy of bypasses and constants consent state representation and hold patterns permanent options confirmed by 911 dialogue of illegal damages of self and society directly relate to objects of consent self recognizance where Corporations must have reports of counties information FOIA freedom of information Act 911 dialogue of natures of consent concerns by implied consent each other clauses of Corporations. Wherein [2] utility of requirements of consent contact each other include fact of the contacts of illegal consent, (non verbal communiques), of direct description of conducts being the nature of consent contact however no 911 log nor county municipal or metropolitan would comment upon consent contact each other inhibitor-methods, (non verbal communiques), consent each other contact gestures to communicate wording unto others as root element cause of gross mislead of consent contact being the root analysis of all counties therefore utility consent requirements consent each other behalf of corporation multiple industries Defendants fail to include right of way totals or right of way levels of utility

inadvertent proof and secondly fail to include right of way of utility objects responses by incentive by fact that events captures of illegal engagements engage fact of illegal or not presence of Government or chain of events filibuster concepts true so reasonable test basis if the incentives are not garnish of rightful or good cause then why would the Government United States of America not find illegal position of character flaws against good cause and innocent incentives nor the mentality of, (non verbal communiques), of character of representation nor the publish as to whether corporation multiple industries Defendants line of business herein were in jeopardy of public clips of chargebacks unto against United States of America to receive federal indictment lawsuits against innocent clauses to secure the corporation multiple industries Defendants utilities front lines and middle lines utilities and designs of support levels economies?

**In summary, pro se and public summarizes with Judge of facts of areas results seeking court enforce unanimous decision against named defendants strict scrutiny direct by management comparisons herein and indirect outcomes directly resulting in and ins and within, [directional post formations losses negligence or befool consent overtures totality references directional within opposite of utility], uses within districts and owners and hierarchies life, liberty, or property objects and humans of causation or willful circumstantial causation and/or outcome results are part of pre-patent infringe wherein held accountable by plaintiff claims injustices reliable within federal law breaches *Infringement of Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses),* unique properties and original manufacturer Softwho and Stanford where elements and standard of review include summary of situation recap** wherein summary compare in addition to comparisons of guilty areas where admission is management rather than direct engages of conducts acceptance or deny comparisons summary of guilty wherein parties audacity claims injustices proofs materials liabilities attest of pro se and Defendants were fully and consistently knowledgeable of entire levels of admissions structures and levels to levels and as well conducts unbecoming by sales of public loots and bypasses levels of property that were long ago promises of immediate implementations, *"mayors ribbon ceremonies of promises to society",* were part of the illegal issue and chain issue of defining utility wherein, "levy per incident and levy per levy", compares as opinion wherein: *"most guilt of available resources negligence comparing two sides levels of fully guilty ends and promotion influences ends unto fully guilty and further responsible for the audacity bottom ends summary of national incidents followers damages of conducts reference manipulating entire populations of against each other of levels of management objects of society verified as total reference interpretations of illegal forceful consent tests and consent entry and interrogative taker one and left evade post formations damages levels of techniques",* (noting for record with counties any county 911 of over 100 or more undermining techniques alleged learning process communiques' of district level self and district associations). And further, defendants responsible for the trauma and overtures of permanent fixation preparatory-tip over of persons permanent damage fixation hold patterns by techniques and demands constants of immature mentality and constants consent state representation and hold patterns permanent options placing pro se in dangers and placing infringement of properties utility aqueducts in hold patterns society looting atmospheres and hostile priors and hostile environments where defendants promoted by influence of failure right of way properties of

unlawful without due process Amendment IV life, liberty, or property objects of activities of public civil loots as constants and demands reproach society where reliance totality consent conditions and persons as total reference unavailable or self imposing conducts self-comparisons opted as fully-verified opts self and would have to be responsible and here; answer within because utilities were verified as having been paid majority and secondly majority of public and defendants consumed utilities while performing damages and third defendants must be responsible where directions of utility comparisons are without due process official proofs, [withal all defendants confirmed damages associations with entered complaints against public but failed to elude directional references are districts lines or consent lines or consent boundaries]; included, and as well; interrogative levels of association finding of every single area within the court complaint herein and finally audacity of facts of competition responses findings at every juncture of comparisons summarizing petitions herein, [requesting full amount paid $14 Billion dollars], against one or more defendants withal powers of courts of garnishment and/or settlement decision execution and/or settlement mediation and/or settlement payments from one or more defendants within court enforce 30 days petitions. Furthermore, includes summary of fact named defendants upon presentment of support levels includes an act being no act summary by act committed definition within, *"failure to redress and failure to merge previous options of commits and failure to rectify situation national levels wherein one or more and all universal adopted corporation multiple industries and sameness Defendants comparisons' resources and procurement and options procurement responses: "marketing release public debuts since 2018 – vision of technology growth"*, as issue comparison guilty by situation management admission of vision attainment direction upon attachment to exchanges however entirety of universal uses of utility and majority of corporations and majority of mankind and majority of requirements of society hinge upon comparison of sole proofing of admissions or deny and here the issue of one confrontation of 911 summarizes fact of entirety constants, (life, liberty, or property); objects and life, liberty, or property directions of requirements of change sustenance and entirety of responses of all engagements and thus in summary question the fact of entirety versus admissible evidence and upon failures entirety compares to admission of engagement encounter reference of national class actions records; *In summary recap sustaining issue raised admission proof of public record of complaints sustain fact of collides admission accurate record and sustain proof of management comparisons thereof:* why did corporations submit vision-marketplace statements and constants attentive responses and over the counter inventory and production gross domestic products owned by Named Defendants and Fortune 1000 Corporation and same competition presence of same responses or reseller acquisition admission but all of the levels of damages of hold patterns and prior damages unto others while hold patterns options or two locations crimes identified time to time within scope of business exchanges collides or management collides as directional of opportunity bypasses and directional of init levels of society and directional init after the fact of entire societies confirmed bottom ends demands against levels of utility opportunity of products and services already in commissions of all levels of corporations? Furthermore, additionally, supportive testimony general response of 911 services emergency and admissions additional attachments to sustain fact of nature of vantage points conducts substantially includes fact of vantage point evasion conducts of public notices stop orders then why would corporations not prevail with others to investigate nor clarify nor submit additional recourse nor apprise any commission of anykind of non-verbal communiqués but vantage point parties were on premises with directional conduct unbecoming, therefore; init-conduct itself of non-verbal brain waves and admissions of versus trap or ultimatum and

requirements of emergency of multiple objects hold patterns includes the fact of admission substance question line why would the person be declined as vantage point techniques of conducts as emergency 911 complaint national stop or on premises stop where definition of stop orders characterizes nature of evade and taker one and evade the other and multiple applications of utmost techniques but the only response of part of named defendants remained as no act being an act, (offering to sale....whereby..... public and resell and sell public and defendants two locations-in form of loots and bypasses opportunities), of collides of society however majority named defendants corporations did not respond beyond the possibility of not speaking to a profile connect person again entered as person illegal per any 911 phone call record and the issue of remaining at a distance of subpoena value were made within inhibitor inadvertent, (non verbal communiqués entries), and response  911 against person(s) districts record reasonable test basis summaries.

In summary and therefore herein submit of visions' matters of national gross domestic product and inadvertent fact of person of non verbal communiqués return response is fact of the corporation addressing tangible fact versus lines of burden of opts of receive opportunities proving substantially response is the offset of all conducts already condoned and offset of productions of fair and equal laws and offset of utility or design utility in downturn is the response of both hidden agenda techniques and issue of buyer and seller were commits of send and receive public and if the issue of future relevance of named defendant were full cooperate of announcement of vision and proceeds of vision and production then the act of beyond one person would have made progresses beyond only admission of 911 to issue stop orders:  *(where the official statesman received the earmark of public speaker and communicated directly to the public:* "our benefit where we are from is distance leverage public announcements standing": however and but the proof of the entire matter of the gross mislead civil rights incidents of mass incidents perjury of oath were of entire levels of humanity against life, liberty, or property objects but the corporation multiple industries Defendants admitted to the issue of staying at a distance from direct encounters untimed of Stanford 80% of the time from 2012-2019 and as well the fact of the response of the corporations upon receive of the evidence and research areas were within the grounds of limitations of product and utility-industries with design flaws and thus the issue of properties subjected to main use utility or public deprivation, ("comparative of national gross domestic product national symbol industrial revolution compares, "clock on the wall", versus multiple utility properties of sessions industries trade secret clarifications").

*Furthermore, official marketplace time stamps from this particular date of interrogative industrial age includes the inspection of gross domestic product and whereabouts of gross domestic product and includes the issue raised of uniqueness of products of Softwho comparisons of* utility-industries with design flaws *published specifically as utility products and properties owned by acquisitions and mergers of USPTO and mergers and acquisitions of major OEM and original manufacturers and therefore include the primary question was there a mass agreement of constants interpretation of limitation of the production of gross domestic product mechanics where all corporation multiple industries Defendants agreed to capsize the entire United States as wager game play playful of the understanding of mechanics utility versus total Bill of Rights objects life, liberty, or property and property and supportive is all of the admissions of corporations versus actual results of one person Joseph Stanford and 20 years ago gross receipts and stand off options of public and conspired public and mix post formation public and deprived public and racial divide public and forager-clans where forager betweeness-public and pretense uni-criminal of designs against persons where actual results of product of Softwho*

*would compensate where sole question why would all discussions of properties limitations and properties utility* utility-industries with design flaws *and designs to use of utility use* utility-industries with design flaws *of industries such as admissions of IOT internet of Things Cisco Systems Inc 2020 and IOMT internet of many things Softwho 2021 and search engines platforms include development realms of wifi and no one at all stole properties of Softwho of mechanics uses eases of MOS multiple websites and file management text and hyperlinks management name space networks and name space within TCP/IP addressing libraries and DLL dynamic link libraries bouncing emulations, (2019); however the property utility limitations that could benefit from over 132 billion computer products mass purchases of consumers but and however no manufacturer anywhere would claim recovery with Softwho of the most polite eases of the business of tokens and money mint with resolution tokens and mint dual copy and many other fruits of benefits under Homeland Security since economic reviews inception, (1998), of return on investment per product.*

Furthermore, Judges should summarize against the acts of no act of utility being in conflicting statement audacity of inept and unable but offset is available marketplace and over the counter and consent each other restore only and official audacity management being responsible for no act being and act definition reliable civil rights each other distances per Amendment V and Amendment I and Amendment IV and Amendment II right to bear arms if the corporations line of business were the sole parties to receive utility improvements; however in refute cross over to other corporation occurred at mass numbers alleged competitors marketplace then why would all Amendments be in total collide of init directional inept to deprive society at large but fiduciary is claims per person adjustment or reclaim or national concerns and national directions conducts of corporations and named defendants within Judges reviews evaluations and secondly confirmed summary of conflicting statement of admissions of conducts of public and used properties of equipment and used properties of requirements to sustain livelihood however adjust codependent of recovery of many industries with utility-industries with design flaws and nature of responses conflict with nature of products or services or industrial codes standards only with the impede of unable to pay burden or cost savings burden or offset partial profit potential conditions under, "public sources resources evaluations", and third the audacity factor of elements of consent being the dynasty control groups of recent years 2014-2022 and the anchor effect of unavailable resources per clarifications and mass emails to multiple industries and Government of many countries confirm the manifest destiny of return on investment resources and profit source and compare the fact of the parties defendants failed to secure a reason of public basic needs of profit for payment and failed to secure the redress of entry of corporation upon being apprised and observing all tenacity of all human movement burdens but all properties are not damaged at all at national levels and as well summary to the effect of status quos and neutral upset against the comparisons explain resources of Government intervene available in every county and as well comparisons of requirements of self girth to society of labor requirements and eligibility of prosecution basis corrections livelihoods after the fact of all conducts and demands to be constant of improvise implicate and derelict of implicate genocide havoc of society simultaneous of against summary of exposed national goods of national directions of society owned by Softwho:

[1] defendants confirmed audacity of send and receive exchanges properties corporate-improvements to products and services comparisons filed with official complaint policy USPTO

rules SB 16 forms unto claimant federal warrants since 2016-2022 proofs of direct and indirect
liabilities complaints filed under perjury by oaths and 911 phone calls generally acceptable
evidence of captures to determine nature of comparisons values and [2] second element audacity
comparisons within compare of trade secret clarifications' of properties of Softwho establish
basis of utility properties mechanics turns support levels societies confirmed by nature of
properties submitted unto industries plates and confirmed as radical institutions of definitions
presentments and confirmed retaliation grounds suspicions as responder of Court grounds where
retaliation for ROI rather than utility designs turns mechanics descriptions conflicting statement
of public damages intentions against charges of false stand off enemies against named
defendants: *within concepts, ("concepts accounts trade groups and groups and leaders and
groups to SOA and login SOA and SOA platform of administrator, and grid zero lengths
registers with many industries"), H2H, head to head communications, and chemical industry
inventions of chemical seams of chemicals atomic masses and age gerontology methods and
throughput and time chassis of chemicals anomaly,* and third Softwho includes infringement of
Patent(s), 35 S Code & 271 & 154 (d) ...(4) #4 refused to license or use any rights to the patent
and whereby no act being an act, (#5 offering to sale....whereby..... public-bypass and overtures
and defendants two locations-in form of loots and bypasses),....., indirect and direct responsible
for collides of America of per county and state and national where issue raised inside state time
stamps and follower of juvenile recognizance until blackout recognizance juvenile alibi where
proof of witness corporations interviewed public why? And further, corporations interviewed
selective discrimination public after cancel of bank of bank fraud next movements? and second
proof why did corporations not include public complaint of advertises public information to
improve product improvement as complaint against USPTO standards and rules of time to time
rules, *"book authors, contributors,* utility-industries with design flaws *of same line of business
such as CMOS and computer chips and electronics industry and database quantum flow controls
and inner flow controls";* proof where comparison of product improvement includes direction of
intellectual property and sustained motions of movements of corporation but comparison of
public receivers made no such remarks of improvements made but steadfast of, klu klux
betweeness-clans; receivers false enemies and nature of collective body options after the fact
starting with police jurisdictions and conspired selective discrimination county lines; and
secondly, public and corporation multiple industries Defendants learned of Stanford at the same
time of product improvements and the fact that the product of corporation remained steadfast of
admissions of intellectual directions and receivers of already stolen properties reported stolen
and released to public explain that the public were submitting stolens already committed but the
corporations line of business released the direction of the corporations so in fact the receive,
*[supposing if true were waiting for the improvement as option but released the products
improved as public statesman but were still in options of conflicting statement option to gain
properties to improve or change or to implement with thefts of properties by capsize of known
variables or capsize of public known variables or capsize of Stanford of utility filed with USPTO
over years time of one author and owner where suspicions foul play lines of business authors
missing persons or similar (did corporations have training of foul play prior class action law
suits filed to suit the method of conducts described?)] (Or) [upon receiver of properties and
public celebrations of taker one and evade the otherand cover up and falsehoods of authors and
owners where a hidden agreement of two locations of conducts were opted public statements
versus hidden truths of illegal contra-banding or illegal piracy or illegal conducts which had to
be after public treaties observed because the established uses of properties where the techniques*

*of bypasses would disallow the production release withal techniques of management that could be used and taken and stolen Direct, whereby, (35 S Code 154 (d)#4, #5), #4 refused to license or use any rights to the patent and whereby no act being an act,(#5 offering to sale....whereby..... public-bypass and overtures and defendants two locations-in form of loots and bypasses); to production admissions Microsoft programmers teams and Team Builders and Twitter and Facebook and as well the issue of public time stamps negligence utilities such as Facebook labels unto Soda vending companies and as well uses of collaboration companies such as Citrix Inc and Web Developers and App Developers mobile and employment web sites to acquire talent and many other production inventories of public uses versus current theory of management accounting statement management techniques of production Six Sigma and production computer systems and production of state benefits Department of Health etc].....*

[2] Number two, Judges recap includes authenticity of unique properties and utility properties and utility intentions of public use owned by Softwho declared utility properties where properties of national merit of House of Representatives orders of achievement included many copies submits to national organizations including National Prize foundations and Federal Government multiple departments present FOIA freedom of information act and published trails of standards submits with USPTO and as well send and receive non-interrupt of confirmation structure to build acceptance of business exchanges properties of owner and reseller defendants within accordances of GAAP, generally accepted accounting practices general knowledge of proceeds and general knowledge of propositions and presentments materials, and gross domestic product and Ernst and Young and Standard and Poore's and Accenture Consulting Incorporation: [1] unique of utility of many industries of inbound domain management and [2] unique of return on investment of embed defined libraries information systems default values of only use to utility levels of resources of integrated labors and integrated 1-x Accounts and integrated support levels economies head to head communications and head to head and platform owners leases and applications economic applicators of surplus economies and mixes public and private 1-x of account grouping head to head communications and [3] uniqueness of ROI return on investment of issue of nature of business overhead and inventory and inbound domain management of head to head communications management inbound and outbound and reservations queues inbound and outbound and head to head communications economies and economics of support levels economies within nature of business of Softwho (non conflicting therefore question of what this means? answer means that automation and mechanics turns are completely established and the release of public debut of Softwho properties are non conflicting with existing business agreements in execution and pending and negotiations fullness) where products non conflicting is/are chemical research firm non conflicting manual and reseller of chemical firms and industrial coating industry of mainline line of business and business systems CSS cascade style sheets or auto-execution or ROM plates windows and secondly includes all properties submitted with question with USPTO of all Pre-patent(s)s and inventions to be registered with USPTO of design or Utility include issue related with utility is agency of Pre-patent(s) or invention and not utility of agency of "dual copy or head to head communications and interfaces or mixes of interfaces" and secondly unique question USPTO of properties belonging to Softwho unique of levels of properties refinement of property Pre-patent(s) submitted to two Class Actions filed El Paso Texas "Civil rights Tort each other" Amendment I freedom of speech and expression and Amendment II Right to Bear Arms of responsible for damages of each other against pro se and public 05/17/2021 and State of Colorado filed November 29, 2021 "named defendants Amendment XIV substantive due process and Amendment V deprived life, liberty or property

and init directional negligence Bill of rights where Softwho properties wherein substantive properties uniqueness include description of uniqueness (albeit with published utility-industries with design flaws of Government publishes and publishes of procurement divisions and publishes of product improvements and lifecycle actual tangibles for sale and product conventions of use by terms and conditions and terms of sale and publishes of FOIA 2016 of statistics of cases prosecuted and statistics useful of judicial claims of injustices and FOIA to produce statistics as comparisons) where uniqueness is comparison of publishes, comparisons of released conventions, comparisons of publishes and fidiciary actions and court cases lawsuits, and courts cases of intellectual property thefts but conventions of properties of resellers and improvements were between public and conventions publishes by court prosecutions thus how could public official Government admissions and public (non verbal communiques) of illegal piracy against society only rely upon comparison of Government Court processions of Court cases of battles of intellectual property but corporation multiple industries Defendants admit to the status of convention by exactness and fullness and limitations but all sides upon rationale adaptation and utility adaptation failed to include seed capital in award of Joseph A. Stanford and Softwho but the continuation of public (non verbal communiques) of soliciations (each other) would continue for a generations and false generations life time if the public were found guilty of not having the correct improvement but maintain the soliciation earmark of promises to be management Six Sigma with famous brand name and trademark corporations and finally uniqueness of the products owned by Softwho include the fact that the management cutting edge of technology is breakthrough of existing Billion dollar industry research science and scientists and famous mathematicians then why would an entire genocide claim from Stanford with El Paso 911 06/17/2021, *"surprise element holocaust or genocide public agreements forager-clans foragers against two locations and immature of juvenile and toddler mirage of actual motive toddler demands"*: where issue of entire public and corporations cooperated in mass perjury of public properties owned by Softwho and explained there knowledge of the products of mechanics-motive of products in mechanics fields since clock on the wall of industrial age but upon public release and after comparisons of IEEE and electrical engineer and all Pulitzer Prize organization no person at all were in celebration or statement public debut of the publish challenges of limitations of existing products lines versus working mechanics product lines explained by utility-industries with design flaws of public accordance(s) of utility-industries with design flaws of many areas but no one at all anywhere were responding to well known epidemic and product improvement needs and products owned by Softwho and productions owned by Softwho and at the same time as genocide per county were catchers of utmost being the issue of answer to gain or not in most circumstances in the entire districts of the country of 50 states and conflicting statement audacity of 80 million workers whom never involved the class actions required of selective discrimination machines of the public per county by post formation and mixes of maturations against others as marches but yet the entire country learned of whereabouts of utility-industries with design flaws related with famous Government research teams NSF National Science Foundation and mass email with State of Colorado mass Attorneys pro bono unto all Government hierarchies of National Awards and Stanford requested Hedge Account relief from over Six years in a row year by year but there were no one responding at all.

In further review reasonable test basis of consensual affairs of business properties under knowledge of direct scrutiny over periods of time being caveat proofs Judges supportive time stamps herein of industrial revolution structures and periods of encumbrance gross receipts and

encumbrances of warnings of national situations and national requirements and warnings of Constitution responses to society: where receipts of exchanges support fact of domicile established of consent contact named defendants and plaintiff Softwho and Stanford, wherein descriptions of disciplines and accordance encumbrances, beginning, May years since 2012 and through 2021, Stanford owner of Webcomm technologies or Softwho requested major manufacturers' consideration Economic Recovery Act 2008, time requirement dual Government-applications, requesting available partnership freedom of speech established business agency where Government seeking public citizens' petitions monies disbursement We the People public notice available monies requisition application advertising, (time derivative risk free partnership agreements),"no risk-eligibility Government applications", (where underwriting official Government Economic Recovery Act2008,time requirement applications, applications, (thereby seeking Underwriting pre-patent invention of name space networks within industries and chemical industries and construction firms and software and chipmakers-CPU firms and financial institutions and Department of Commerce and Government procurement 50-states utility applications drives since January 2012 and July 2007 and consultation firms and April 2016-2021: (utility 1-15 earmarks), and al processes claims pre-patents from January 2017-2019 (utility patents 1-7) and procedures claims patents from June 2018-2019, (utility patents 1-10), and processes claims patents from January 2020 through and July 2020, (utility patents 1-14), and procedural claims patents from October through December 2020, ("1-14 utility patents"), and verified patents and processes pre-patents of commits utility mechanics from, December 2021 through May 1, 2021, (utility patents products lines related and derivative definitions within all sides, utility patents products 1-8 final quotas and final quotes and with Joint defendants, at large, neutral each other clauses with proposal and bid and prospectus and presentation features and benefits within all societies of incorporations status of Softwho pre-patents verified procedural or otherwise all rights reserved 100 years oath securities of Department of Commerce USPTO proper accordance encumbrances of Softwho claims no charge back veto to vote, (properties claims and revert conducts cancellation District time stamp), back no veto to vote against plaintiff: Within court elements of civil rights act lay motions of class actions of public and private petitions court motions of objective and with objections clarification of properties of bestow herein wherein timeline of complaint elements: [1] firstly papers and effects implied consent long term year by year proofs of presence and proofs of properties and clauses nuptials partnership and/or merger and/or acquisition and royalties and/or product Incorporated and Utility purchase by contract volume of properties within reasonable test basis reviews timeline of affairs During around since 2010 through 2021 included official business of wishes of probate attorney self appoint breaches of contract of corporation Fortune 1000 status quo herein; proper of accord and accordance included all elements, included, wherein; implied consent filibuster and at will consent basis wherein breaches of contract and filibuster right to enter national contracts of purpose of 100% oceans full breadth of venue of corporation status and venue of agency micro entity firm Softwho unto oligopoly firms within concepts, conceptualize dual copy labors, conceptualize future of cross connections and sessions management and management protocol of management information mesh protocols and levels of industries full casts productions within charges with presentation properties and elements: [2] secondly gross receipts of actual consent contact proofs of relevance evidentiary witnesses therefore submitted with business propriety national joins of multiple levels of industries routines of business agreements and properties exercises, all sides, from 2010 through 2021, grossly of partnership official reliable mainlines, herein, includes inquiries and

receipts of the conditional offer of Softwho public announcement statement of profession integrated RFC-protocols R&D in 2016: where stated that the goals of the company of domain service provider seeking (R&D research and development) would require an advocate of witness of RFC request for comment and that the nature of the receipt proving and sustaining full drawn of protocols involvements defendant of mass emails returns receipt of recognize of nature of long term affairs and Softwho exhibit main explains research and development of long term of all sides as defendant unto, and further, herein plaintiff hath received herein table of gross receipts of partnership act and business agreements defined fair and equal embargo natures, Table [1]: [main gross receipt of incorporation status from 2016 indoctrinates proceedings, routinely four to eight transmission obligations of duties exchanges Annually, ad with chain of events herein filer Josephastanford@hotmail.com                      and               general@softwho.us                      and josephandrewstanford@gmail.com., owner herein; Softwho.us and Softwho with respect Microsoft Incorporated and mass corporations witnesses confirmed filed, June 5, 2016 through year 2021, and further, totals-gross receipts: multiple industries receivers of mass presentment articles where corporations are mass-Congress powers exercises of self appoint attorney privilege "Ad lidem" and court privilege of justified table of authorities including Department of Justice, and Department of Commerce unto all Businesses registrations, and F.D.I.C unto all Banking institutions and Coin currency markets and Fortune 1000 financial institutions and corporations of SEC, stock exchange commission, computer manufacturers of OEM original equipment unto all computer digital equipment systems and errors to suit, and Federation Chamber of Commerce and biotechnology firms of priors negligence of age reverse allegations "false misleads cryostasis and ste m cell research and DNA researchers against well known chemical atomic masses"; end of bid close December 2020 and January 2021 presentation prospectus]: wherefore, on June 5, 2016 after submits as to all sides and did so returned by Board of Directors of Microsoft stated in verbal-consent, (although not attached exhibit), witness handwriting executive signature basis of incorporation representation with Utilities incorporation parties present and as well other gross receipts where Softwho accepted Microsoft terms and conditions by email of return exchange commits hereto of the following characterize: "Softwho o will/shall work at your own risk of our company as competition or company as investigator or our company as stakeholder of cross examinations or proceed at own risk agreement of actual consent basis" ; and further, Softwho during the five years since 2016-2021 of said time frames and as well the fact of non negotiable interests of the fact that the receipt and nature of request were fully received of Softwho and fully received of the OEM-manufacturer of Microsoft, wherein coexist, timely of the affairs, settings of agreement of time to time durations, of plaintiff owner of national company, Softwho, within fixation, of business plans and time to time business plans and; intellectual properties, of the TCP/IP name space networks and domain service provider business and integrated mechanics superstructure and structures of domain service providers markets, and as well; within the profit oligopoly of the firms of sole responder of the enterprise Microsoft Incorporated and thus Softwho understood in six years the owners at stake of requirements of SLA service level agreements tenure and as well Softwho understands and understood and maintained implied consent of partnership agreement opportunity of the right to enter with marketing brochures with marketing emboss trademark to be on this premise and as well understood the Microsoft executives may engage a final decision of business plans and execute contract of partnership with Softwho or above of working relationships or other options upon the desired contents of the corporation Microsoft and/or other OEM oligopoly corporations within conceptualize of the agreement made on this day called nuptial affairs and nuptial

partnership agreement of witness without incomes of the agreement and as well nuptial of the clauses of the rules acceptance of the company Softwho owned by Joseph A. Stanford and sole propriety company Softwho]: [item #1 gross receipt Microsoft Inc. above and Table 1 below]:

I.      Around 2012, partnership presentation and Economic Stimulus Application of over $4 Million dollars, OEM clients around all Operating systems companies and partnership of R&D and embed of add on business levels suiting, "XML extensible mark up language", and TCP-routing POP" architectures of social applications part of social reform embed of routing equipment add on proxy business models: A/an Development Application social application flat social networks: co-authorship proposal with pre-notices of intellectual properties bid or use or reseller opportunities of around $5,000,000.00, Million dollars; (per Application Economic Recovery Act 2008 Webcomm technologies or Softwho also Softwho and Softwho.us properties of managed service provider agencies, Tour guide, tourism sub-contracting scheduling agency): "On June 2012 where The person in email no longer works for Cisco Systems Inc and only response was Cisco Systems Inc around June 12, 2012 of the mailbox is not the official level of correspondence and would be rejected if not submitted to Incorporated and Utility offices or if the matter were not posing direct subject matter related with Business of Cisco Systems Enterprise Inc".

II.     Around May 2013, public forum with USPTO omsbudman Dale Shaw and notorious Mr. John Fitzhugh which were not apparent as tip off receivers and replacement terrorism juveniles until later years in 2019 reported to legal divisions of Pre-patent offices however discussed the properties of Softwho around May 13, 2013 for one hour and related the business levels management with law suit request and law suit pro bono assistance but the person were not employed with USPTO and stalked many authors with stolen properties over the years and arrived at locations of business premises of Softwho from March 2016 spotted in Little Rock, Arkansas and then again spotted in Amarillo, Texas in June 2016 and spotted again in El Paso, Texas in 2020: in question proving civil rights tort claims is the fact of the public management of beguiles had not commenced of around "18-social elites from 2018-202 1 or taker higher bypass is false public constants" in America of tolerance of taking techniques as permanent management techniques of mass public or tip off unto public in question why did Pre-patent omsbudman compete as independent parties but do not know that each person exists upon the fact that the party is representing social class of a particular sect of replacement by camouflage or these parties depend on the concept blackmail foul play is not trace oriented or tolerance is quit constants and so further the inquest of state representation must have been priors of corporations because the fact that the two government spies or solicitation spies are able to commit tolerance murders and replacement hostile takeover of the Government and present bona fide presence or tolerance society stand off is the question of prior completions with other Corporations and here we believe the commence of these two parties particularly seized and merged and tried or failed".

III.    Around November 2015, state procurement Governments: public competition markets public and private economies developments: R&D and further official letters of indictment receipts with  USPTO filed, "from June 2015 through April 2016, fi led "three to five complaints SB-16complaint USPTO Government        business        forms",        whereby ,
        addressing      the issue       of public encroach public receivers": OEM clients around all Operating systems companies and partnership of  R&D  and  embed  of add  on  business levels suiting add on  deliverable  with  content  and management levels  virtual  departments

digital-public and private social applications within routing and server architectures of social applications part of social reform embed of routing equipment add on proxy business models: and never received any such rejection notices year after year effects of and it is in this year 2021 Softwho requested round table of all Software firms of issue R&D management level protocols of RFC request for comment but will not file RFC-comments", (IEEE), methods of official government business; but rather pre-patent properties according to USPTO rules "poorboy" filed from 2004 through 2021" part of gross receipts of micro entity firm and that if there is no response of assistance pooling then the company Softwho would request and require the merge of Civil rights Class Actions in 2016 for perjury of oaths filed with Department of Federal Trade Commission per phone call April 13, 2016 with USPTO director Shiela Murray and as well trade commission director of the fact that the public from years 2012-2016: [1] issue one  public encroaching and yet the corporations are stonewalling and agreements suspicion injection of public and "state representations organized"; of an issue raised of question and answer of the mediums at hand pending but the motions of the wait factor are not in answer of the plaintiff Stanford, and further, the parties have already received good faith of the USPTO guidelines of articles receipts but have not responded and further [2] the Corporations of OEM have not rejected the properties of receive of properties of newness convention and business partnership but indicate that the rules are the guidelines somewhat of rejection but will accept but have not responded and the fact that the Corporations are receivers of new information with false generations threats of beguiles to convenience crimes class actions: USPTO: Gross receipts from March 2016-October 2016, filed patents of domain service provider name space networks during these times of around four submissions and SB-16 clarifications of public and private displays gross receipts and included perjury by oath claims attached to SB-16forms of complaint process to Legal Division of USPTO United States Patent and Trademark Offices where February 2016 SB16 of failures to negotiate the bottom line of pre-patents related with domain service provider and April 2016 failures to resolve conflict by contributing seed monies after venture capital complaint of abandons venture capital in Menlo Park CA but will not seed Softwho and in June 2016 statement of did not abandon any application and that the public encroach are forcing state to state relocation but promise completions by end of year 2016 of file management multiple nodes of SB 16 forms of attached pre-patents related and proofs of prior submissions and presentation upload in June 2016;

V.    Around June 4, 2016, Softwho filed motions seeking corporate sponsor received receipt via USPTO and FTC powers (Account josephastanford@hotmail.com) of acceptance of underwriting pre-patent claims of Softwho and venture capital oversight signed by askboard@microsoft.com and secondly in September 5, 2016 filed Department of Treasury gross receipt seeking procurement and FBI procurement of financial grouping Accounts and financial combination networks tokens of receipt (although not attached exhibits) proving substantial at will consent basis of witness of findings of criminal onslaught which implied consent attached with element of judicial just cause of Softwho request ad lidem in 2016 seeking jurisdiction of mass criminal element while proving concepts of Softwho domain service provider name space and file management in laymen concept merge of multiple websites with database and functions of name space networks within well known protocols from gross receipt 12/14/2013: USPTO patent content management routing systems.

VI.    Around July 2017, announcement of R&D management protocol finale of Softwho to find common ground of file management multiple node objects and TCP/IP and RFC protocols within reviews and practices gross receipts of errors and working mechanics superstructure

including: "command line MS-DOS medium and Addressing protocol management developments R&D models known as Internet protocol version 7 long form supervisor chassis of Hexadecimal and binary and network Analyzer supervisor console".

VII.    Around October 2017, filed with presentations with clients: Financial institutions of combination financial tokens of name space networks of initial witness and partnership of market rally and developing and development of zone administration of 1-x Accounts group management business agreements check cashing services and login hosting of login banking attachments with Over 800 financial institutions present: gross receipts of entered improvements and any clarifications were never posed unto Stanford nor Softwho none at all and gross receipts of improvements of national branches Corporations filed SEC security exchange commission were from October 5, 2017 and May 4, 2017 and articles of property within reviews and upon December 2017, and then next reviews upon July 2018 featuring over the counter Point of sale typify of patent of geometric shape treasury account management filed USPTO July 6, 2018 and next filing with clients round table around November 2019 and December 2019 closing Bid of Softwho Account and requesting emergency review s and emergency stimulus fund Account and Emergency implementation of notices of presentment since over three years in a row with over 800 Fortune 1000 banking institutions present.

VIII.    Around March 2018, filed motions of Department of Commerce of mail out contract and financial combination circulation bound tokens of management Accounts grouping agreements trade exchanges of resources and sources of against Great Depression but there were no chain of formal responses of Government sector Department of Commerce.

IX.    Around July 2019, In June 2019 filed motions against clients OEM manufacturers with small claims courts in Amarillo, Texas before relocation as strategic maneuver in case in additional problems with a receipt from court clerk stating is not official document of Potter County and withheld homeless situation of Salvation Army with informants to FBI imposter teams of question of what is motive since year 2010 at University of Montana Dillon, Montana and the method of test of all sides were public notices unto website of methods of investigation of criminal conducts of described calibers and as well updates to our website of Softwho.us to include the discussion of round table of Government petitions but no one at all anywhere have this copy but the download of the website could be reviewed gross receipt as received and analyzed but professional statesman were not consistent of public notices of properties owned clarification owned by Softwho and as well public notices of criminal outbursts are not Softwho but county where the parties were concealed and concealing abet of methods perfected to hold patterns civil loot and civil tort claims of injustice known as manslaughter and as well tort violations, consent receivers tip off practices up to hit and run and left for dead convenience criminals and convenience criminals new ideas that work for all sides selective discrimination machine of 50-states profiles attacking while Great Depression Civil tort claims presentment and gross receipts attached of collide consent 2007-2021 receipts.

X.    Around 2020, In June: questions of OEM manufacturers and Financial 1000 firms and Department of Commerce and Chamber of Commerce of looms of presentment articles of Amendment responses to uphold but there is no response included mail outs of contracts and bid closure of March 2020 but there were no responses and secondly the limitation finding of the digital communication equipment barrier that Softwho merged as solution of configuration BGP access points were undue civil tort violations by fact that the equipment development of any other sessions other than existing limit the transmission and retransmission trains of the digital equipment and therefore the Civil rights issue around "gross receipt, March 2020 contract to seal

UNITED STATES DISTRICT COURT GUAM

# Softwho and Joseph A. Stanford

# VERSUS

**INCORPORATED-DEFENDANTS AT LARGE (.INC);**
**F.D.I.C FEDERAL DEPOSIT INSURANCE CORPORATION;**
**DEPARTMENT OF COMMERCE AND (DOJ) DEPARTMENT OF JUSTICE;**
**MONOPOLY INCORPORATED OLIGOPOLIES AND (FTC) FEDERAL TRADE COMMISSION AND;**

| | |
|---|---|
| H.S.B.C Bank | Microsoft Incorporated |
| Bank of The Ozarks | Cisco Systems Incorporated |
| Chase Bank, U.S. Bank | Juniper Incorporated |
| PNC Bank, BB&T Bank | IBM International Business Machines |
| Suntrust Bank, TD Bank | Oracle Incorporated |
| Fifth Third Bank | BAE Systems Incorporated |
| Citizens Bank | Intel Incorporated |
| Citibank, Citibank Bank | AMD Incorporated |
| BNY Mellon Bank | AT&T Incorporated |
| TD Bank Bank | M&T Bank |
| Suntrust Bank | Morgan Stanley Bank |
| American Express Inc. | Army Corps of Engineers www.jag.mil |
| Merrill Lynch Financial Products | Apple Computers (Apple  Pay) |
| Goldman Sachs Bank ` | Walmart Incorporated Arvesta Bank |
| Charles Schwab Bank | Discover Incorporated |
| Wells Fargo Bank | U.S. Department of Treasury F.D.I.C |
| Regions Bank | Bank of America |

Key Bank

Happy State Bank          **Per U.S.C 28 & 1654.**

**PLAINTIFFS UNDER OATH MOTION:**

**Softwho**  owned sole, **Mr. Joseph A. Stanford,**
127 Biraldan Sali Unit 10
Dededo, Guam 96929
Email: general@Softwho
PO Box General Delivery
Hagatna Guam 96920

## SOA-ASP statistics;

(1.). managed services Labor is two sided of Corporations and Zones of B2B-web sites and web pages where uses of economic terms, itemize, capital, H2H, overhead, add-on, entities of virtual departments of Softwho, and much more..

(2.). managed services labor of B2B and B2C corporations and platform hosting with domains commits the name space networks of domain and website to images of economic uses or commits cross connects equipment and entities and until economic uses.

"—Platform 1.x hosting file management multiple nodes and relational database unique domains and joins of interfaces with Softwho propriety cross connectors of well known protocols RFC request for comment IEEE languages and relational databases and relational subnetting configurations.

"—Small business small business, mid size, and corporations, and enterprise circuits of business to business with TCP/IP & TCU/IIP Domains-Subnets volumes multiple nodes.

"—Offer small business, mid size, and corporations, and enterprise virtual departments features of interfaces configuration with add on interfaces logistics of grouping account management root interface and Web Page cross connections, classes, conversions, and applicators, and routes

"—Offer host processing of integrated domains and integrated interfaces cross connectors technology and risers access points file management of TCP/IP plates and TCU/IP tectonics of intranets, LAN's, WAN's, carrier inbound centers, and extranets access points methods of risers to access layers networks and add on virtual departments to include relationships of business to business between corporations and small business segments and circuits of entities virtual departments and B2B groups of web pages connections.

"Softwho[us] includes many industries with inventions jumper relays and midpoint networks arrays database patterns and number systems Pulitzer and Nobel where here with brochure completed IEEE research levels with 50 major Windows firms and CPU firms and Router firms and fulfilled business coincide to offer standards libraries featuring equipped networks and equipment and economic stability since first contacts with major manufacturer firms 2016 & Futures and many industries of chemicals engineer firms and industrial containers and telecom-bandwidth and as well CPU and OS computer and router manufacturers" —

---

Brand new multiple industry models and developments,

(Elite workmanship products and services, inventions line of business)

Softwho (.us) — features New Age TCP-transmission control protocol And Networking Professional Technology.

• Metropolitan B2B connections zoning-listing services providers Designers.

• Corporation and Mid-range zoning-listing services providers business and systems access and plates designers.

• Name space networking via trade exchanges via risers and TCP and refinement networks and token ring networks via listing service providers front plates and backplates networks.

---

Developing public access developments with market debut virtual departments.

Softwho (.us) includes relational database and attenuate surpluses to offset robust program loads of add on break up of circuit net worth and further segment employs with digital systems and exclusive source of incomes.

Softwho (.us), SOA-ASP internet file management solutions business systems. *All rights reserved 2013-2022.*

• Web page with name space networks front and end via 1-x B2B remote partners and backend risers.

• Web pages setup truncation with inside file management and Head to head communications.

• Compile TCP/IP/ unions libraries.

(Internet Layer 0) and TCP via MOS management operations systems and cloud networks file management features including;

---

## (PCN), Private Cloud Networks: Domains-Subnets and entities Layers libraries and risers AP's, access points interfaces technologies.

727 Robat Street Maite, Guam 96910
Telephone 641 715 3900 .x657930
Email general @Softwho.us



### Softwho
*ASP application service provider Subnets, provisions hosting, leases networks.*

### Internet Layer 0: and Layer 5/7 and Layer 3 networking.

• LAN's libraries-linkage.
• Internet Layers libraries.
• WAN linkage networks.
• ASP-Application service provider TCP-classes file management networking.
• Name Space and Domains-Subnets provisions per entity and multiple nodes networks file management.

*Service provider industry & innovative extranet solutions.*

*Softwho products remote with Six Sigma TCP/IP networks classes libraries and virtual departments.*

Tel. 1-641-715-3900 x657930
Email with business setup free and receive literature and brochure.

PTO/SB/23 (07-09)
Approved for use through 07/31/2014. OMB 0651-0059
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(b)** | Docket Number (Optional) 90060; 14/184386 |
|---|---|

| In re Application of | SOA-service oriented architecture dynamic Internet-network-administration free enterpri☐ |
|---|---|

| Application Number | "Acts-Rebuild": BUSINESS ELSEWHERE. | Filed | 02/2014,opposites without caus☐ |
|---|---|---|---|

| For | Joseph A. Stanford 35 U.S. CODE § 271-INFRINGEMENT OF PATENT (same past tense equalities) |
|---|---|

| Art Unit | INTERNATIONAL ALL RIGHTS RESERVE☐ | Examiner | SEEKS CITIZEN QUIT: ELSEWHERE. |
|---|---|---|---|

This is a request for an extension of time of REPORTED 03/2019 THROUGH 12/31/2020: ELSE☐ (days), (weeks), (months) under 37 CFR 1.136(b) in this pending application. An extension of time is not available in this application under the provisions of 37 CFR 1.136(a); however, additional time to respond may still be granted under the patent statute. The petition fee under 37 CFR 1.17(g) is required. The reasons for requesting the extension of time are the following:

AMEND PATENT: 03/14/2021 SEEKS BUSINESS AND PATENT SECURITIES WITH ANOTHER COUNTRY: amend 12/30/2018; spatial input mathematics standards including placeholder interchange four or sixteen product-decimals and management names and hashing services send/receive; circulation standards  powers options; computes multipliers within deductions  and accounts and amounts shown configurations (phases, hashing, frequency, paths, bases masking, automations, grid plotting two way, property spatial connections, cross connections), etc...Why is authoritative init upon questions and answers ethical and morale treatments as responder or methods admissions is concealed and must because of decision powers: bias and transactions questions and answers Amendment x, "crisis and arena competition and affirmation Amendment x article V then why did you authoritative formalize complaint and then compound without due process while transactions including state representation mechanized inhibitor consent reliance init self speech trap init and highest category init and reliance communiques applications versus illegal apprehend of competition and affirmation init trap did not training whatsoever communiques reliance invasions of privacy and explained youtr own consent requirements 911 calls and explained emergency privacy invasions denial of Amend if not true than why after all communiques practices senders and receivers remain speech trapping and further inhibitor admissions two locations and presence self image evasions replies and competition 50-300 damaging parties is not what we said to you at all"?

UPDATES USPTO OF AD LIDEM REFERENCE OF USPTO SEEKING PUNITIVE AND COMPENSATORY DAMAGE RELIEF WITHIN 48 HOURS OF OCTOBER 15, 2020-MARCH 14, 2021 UPON COMPLETION OF PATENTS CONNECTED TO DIGITAL EQUIPMENT ACROSS AMERICA OF EVERY DEVICE AND EVERY ROI PROPERTY HOMELAND SECURITY THREE COMPLAINTS: [A] PARTNERSHIP ACT 2001 REFORM MANAGEMENT ENFORCE FEDERAL MANAGEMENT WITH PARTNERS AND SOFTWHO AND [B] CIVIL RIGHTS ACT MORE THAN EIGHT AFTER THE FACT IS NOT CONFLICTING STATEMENT AMENDMENT 1 SPEECH OR EXPRESSION AND FURTHER IS NOT TIME STAMPS WAIVER DECISION POWERS OF 196☐

| Joseph A. Stanford, (digital signature) | 03142021 |
|---|---|
| Signature | Date |
| Joseph A. Stanford | 15/689,970 and 14/184386 |
| Typed or printed name | Registration Number |
| owner/President Softwho.us | 1-806-410-6266 |
| Title | Telephone Number |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| | |
|---|---|
| Subject | **Re: Pro Bono Program Application no response Softwho** |
| From | <general@softwho.us> |
| To | <antitrust.complaints@usdoj.gov> |
| Cc | <PatentsOmbudsmanProgram@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <probono@uspto.gov>, <uspto@law.ucla.edu>, <iplawclinic@baylor.edu>, <info@co.potter.tx.us> |
| Date | 2020-07-30 15:00 |

*roundcube*

---

• Demand Letters Consolidation and Installment Plans Section III..pdf (~870 KB)

---

Submitted clarifications since march 2020 and close bid july 30 2020 software firms and franchise banking institutions and biotechnology firms.

On 2020-03-11 12:45, general@softwho.us wrote:

per court rules of issues antitrust raised; responsible for public damages district and state and national of init fallacy and responsible for damages line constructions various maturities hold patterns present and responsible for damages of future fantasia connections by aesthetic completions against others and winning competition threats all parties of triangle processing recognizance is not serial definitions of init fallacy of presence: where equalizer of hold patterns and demand equalizer and taking properties and lives equalizer is not recognizance at all but agreements of fantasia images of violence of slapping aesthetics per person various maturities befool consent contacts and additionally seeking suits versus Department of Justice and corporation of multiple felonies of misappropriation spending to gain illegal bomb threat equipement and findings of lunacy demand per every person and conflicting statemwent of presence and issue of inbound consent contacts rather than consent contacts and as well punitive and compensatory claims of one person to society etc...

https://efile.txcourts.gov/OfsWeb/FileAndServeModule/Envelope?isFilingHistoryFilter=1

# Envelope # 41376303

Why are parties emerging with first alibi solicitations and then state representation in every person defaulted economic due process motive? why are state representations and Generals of imposters and states of United States of America going to Amarillo, Texas with concealed information of hidden inteiellectual power struggles delimit of basic needs and while fester of fantasia connections of slapping aesthetic images of adrenaline psychosis?

"you are not taking lives and bossom here with aesthetic and demanding of gleen from Mr. Stanford and equalizer of past tense of one by one formations against my company"

Thank you,

Joseph Stanford

Tel 325 320 0827

PO Box General Delivery

Amarillo, Texas 79701

general@softwho.us

## Human Rights Council

## Complaint Procedure Form

- You are kindly requested to submit your complaint in writing in one of the six official
  UN languages (Arabic, Chinese, English, French, Russian and Spanish) and to use these
  languages in any future correspondence;
- Anonymous complaints are not admissible;
- It is recommended that your complaint does not exceed eight pages, excluding
  enclosures.
- You are kindly requested not to use abusive or insulting language.

### I. Information concerning the author (s) of the communication or the alleged victim (s) if other than the author.

Individual x☐          Group of individuals x☐          NGO☐          Other x☐

Last name: .........Stanford

First name(s): ............Joseph

Nationality: ......... Civil rights Act 1964 years. United States citizen-life, liberty, or property

Address for correspondence on this complaint: ...........818 Myrtle #307 ~~PO Box 2030~~

Tel and fax: (please indicate country and area code  806 410 6266) .........~~479 213 3638~~

E-mail: .........~~josephandrewstanford@gmail.com~~ general @softwho.us

Website: .........www.softwho.us

Submitting the complaint:

On the author's own behalf: ☐x

On behalf of other persons: ☐ (Please specify: ...................)

### II. Information on the State concerned

Name of the State concerned and, as applicable, name of public authorities responsible for the
alleged violation(s): .............~~State of Wyoming entry of state   present and future tense
Constitution weights and measurements (without due process revert put in jeopardy conducts)~~

United

### III. FStacts of the complaint and nature of the alleged violation(s)

1

**The complaint procedure addresses consistent patterns of gross and reliably attested violations of all human rights and all fundamental freedoms occurring in any part of the world and under any circumstances.**

Please detail, in chronological order, the facts and circumstances of the alleged violations including dates, places and alleged perpetrators and how you consider that the facts and circumstances described violate your rights or that of the concerned person(s). ......forcible process harassment distance only a-separate only present and future life and limb – especially failures cease and desist public senders and receivers categories crimes within           categories       profiles,      (authoritative,      civilian,      criminal, ..............................................................................................................

..............................................................................................................

Stanford maintains proofs of department requires entry of count y line and secondly requires prior of priors consent accessory allegations and third proves Department Tranquility Civil rights requirements and fourth proves persons involved reverting categories and reverting economic due process motives until sabotages knew of guilty selves in revert pro forma – in addition to proving discovery and letters of a revert peaceable and assembly and freedom of speech Constitution operators (even line of credit Honor maintained knowledge while receiving name and properties while reverting Category Departments and refusing renders of aid               hate            crimes                     solicitations. ..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

## IV. Exhaustion of domestic remedies

**1-** Steps taken by or on behalf of the alleged victim(s) to exhaust domestic remedies– please provide details on the procedures which have been pursued, including recourse to the courts and other public authorities as well as national human rights institutions[1], the claims made, at which times, and what the outcome was:

.........multiple States (accused "learning process repeat conducts syllables only conducts requires questions and answers" via one citizen Federal Act Supreme Court cases is/are one citizen standard of review 1964 through 2016 years): State of Kansas, State of Wyoming, Secrecy future operative, a-separate random parties, State of Washington, State of Texas, State of Arkansas, State of Alaska, State of Montana..............

---

[1]    National human rights instituions, established and operating under the Principles Relating to the Status of National Institutions (the Paris Principles), in particular in regard to quasi-judicial competence, may serve as effective means of addressing individual human rights violations.

2

**2-** If domestic remedies have not been exhausted on grounds that their application would be ineffective or unreasonably prolonged, please explain the reasons in detail:

.............................peaceable separation asylum and refugee applications even state protections refusals in with categories

| V. Submission of communication to other human rights bodies |
|---|

**1-** Have you already submitted the same matter to a special procedure, a treaty body or other United Nations or similar regional complaint procedures in the field of human rights?

...............Yes. Every Country Treaties United States of America Human rights seeking relocation refugee assistance with Monopoly business

**2-** If so, detail which procedure has been, or is being pursued, which claims have been made, at which times, and the current status of the complaint before this body:

.............................process harassment filed State of Washington and same complaint State of Kansas and State of Wyoming entry of state around April 2016 accusations replacement Acts requires learning process hate crimes in with random conducts solicitations.

| VI. Request for confidentiality |
|---|

In case the communication complies with the admissibility criteria set forth in Council resolution 5/1, kindly note that it will be transmitted to the State concerned so as to obtain the views of the latter on the allegations of violations.

Please state whether you would like your identity or any specific information contained in the complaint to be kept confidential.

Request for confidentiality (*Please tick as appropriate*):     Yes ☐ _ _ _ _ _ _ _ _ _ No ☐ x

Please indicate which information you would like to be kept confidential

/May 21, 2016/ all rights reserved.                    /Josephandrewstanford. Years./

Date: .....................        Signature: .........................

N.B. The blanks under the various sections of this form indicate where your responses are required. You should take as much space as you need to set out your responses. Your complaint should not exceed eights pages.

| VII. Checklist of supporting documents |
|---|

Please provide copies (not original) of supporting documents (kindly note that these documents will not be returned) in one of the six UN official languages.

3

- Decisions of domestic courts and authorities on the claim made (a copy of the relevant national legislation is also helpful): ☐x

- Complaints sent to any other procedure mentioned in section **V** (and any decisions taken under that procedure): ☐x

- Any other evidence or supporting documents deemed necessary: ☐yesx

## VIII. Where to send your communications?

Office of the United Nations High Commissioner for Human Rights
Human Rights Council Branch-Complaint Procedure Unit
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland
Fax: (+41 22) 917 90 11
E-mail: CP@ohchr.org
Website: http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx

Every fbi offices full faith and credit; Stanford with negotiations Softwho.us 05/23/2016

questions constant syllables only  without due process revert put in jeopardy; linear learning process weights and measurements Constitution edge? No such provoke - no such renders of aid – no such senders and receivers Stanford – no such consent - no such economic due process consent 1987 - no such recovery Federal Acts plural

Y          G       = ? (words establishes questions status)
N          D          O (syllables)
-
――――――――――――  (blank)
-
Importantly with FBI – establishes fact of credit and separations economic due process public notice corrections via until or pending lunacy allegations;

While new formations prior of priors equals past tense proofs where (not that fact that past tense conducts is knowledge – the fact that present tense receivers prior of priors and commits in questions conducts importantly via state representation of self proofs; where workplace violence, Economic Recovery, new formation commands, economic due process sabotages, etc...); during encounters consent; blank, syllables, or words opposite divisor past, present, future: Constitution Guarantee and Discovery preamble speech impediments' especially life and limb County engineers especially where no such consent; i.e.....place of business open and close times, around 8am, and public city lights, (go and stop and caution last scene Officer); and telephone directory public access businesses and public locations, and in and out traffic pedestrian businesses every county establishes Tranquility consent?

Security officer Morris replies "I'll be back just to tell ya – I'll do what I want to"
Officer in passing Mills police department around 8:10am no conveyance messaging
Suspected age profile groups; red 4-door with honking indicators
Around 9:00 am man with black pants and black shirt conveys with all girls; "which one?" and "just to tell ya I get around"

| Subject | **FCC ECFS Filing Confirmation** |
| --- | --- |
| From | <no-reply@fcc.gov> |
| To | <general@softwho.us> |
| Date | 2017-12-19 18:35 |



Thank you for your submission to the FCC Electronic Comment Filing System (ECFS).
Please Note that your filing will not be available for searching until it has been reviewed and posted by
the FCC.

  Confirmation Number: 2017121945284531


Proceeding(s): 96-85 : IMPLEMENTATION OF SECTIONS OF THE TELECOMMUNICATIONS ACT OF 1996


Filer(s): Mr. Joseph A. Stanford Softwho.co trial software standards software firms. social classes A.B.Z

Author(s): Spiegel & McDiarmid LLP

Law firm(s): Spiegel & McDiarmid LLP

Type of Filing: APPEAL

File Number: General1

Report Number: A.2017

Bureau ID Number: FBI General1

Documents(s) Attached: carrier dynamic PBX cross connect via party line via TCP connection.docx, Partnership
Act 2001 use this one.doc, Manual  Financial Tokens reservations treasury networks trade e.pdf

Address: 4303 Paisano , El Paso, TX 79910

# CONGRESS.GOV

## H.R.2227 - MGT Act

115th Congress (2017-2018)

| | |
|---|---|
| **Sponsor:** | Rep. Hurd, Will [R-TX-23] (Introduced 04/28/2017) |
| **Committees:** | House - Oversight and Government Reform; Appropriations | Senate - Homeland Security and Governmental Affairs |
| **Committee Meetings:** | 05/02/17 10:30AM |
| **Committee Reports:** | H. Rept. 115-129 |
| **Latest Action:** | Senate - 05/18/2017 Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs. (All Actions) |
| **Tracker:** ❶ | |

    Introduced  ⟩ **Passed House**

Summary(2)   **Text(4)**   Actions(15)   Titles(7)   Amendments(0)   Cosponsors(18)   Committees(3)   Related Bills(1)

There are 4 versions:   Referred in Senate (05/18/2017)  ⌄

**Text available as:** XML/HTML (35KB)   XML/HTML (new window) (29KB)   TXT (24KB)   PDF (250KB) ❶

**Shown Here:**
**Referred in Senate (05/18/2017)**

115TH CONGRESS
1ST SESSION

# H. R. 2227

### IN THE SENATE OF THE UNITED STATES

MAY 18, 2017

Received; read twice and referred to the Committee on Homeland Security and Governmental Affairs

# AN ACT

To modernize Government information technology, and for other purposes.

   *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

### SECTION 1. SHORT TITLE.

   This Act may be cited as the "Modernizing Government Technology Act of 2017" or the "MGT Act".

### SEC. 2. FINDINGS: PURPOSES.

   (a) FINDINGS.—The Congress finds the following:

   (1) The Federal Government spends nearly 75 percent of its annual information technology funding on operating and maintaining existing legacy information technology systems. These

Discover Thomson Reuters ...

## REUTERS ...

World   Business   Markets   Breakingviews   Video   More

Directory of sites   Login   Contact   Support

AUTOS   JUNE 19, 2017 / 8:06 PM / UPDATED 5 YEARS AGO

# Tech CEOs meet with Trump on government overhaul

By David Shepardson

5 MIN READ   f 

WASHINGTON (Reuters) - President Donald Trump met on Monday with the heads of 18 U.S. technology companies including Apple Inc AAPL.O, Amazon.com Inc AMZN.O and Microsoft Corp MSFT.O, seeking their help to make the government's computing systems more efficient.

Jared Kushner makes his first public remarks

01:20

The White House wants to update government information technology systems, cut costs, eliminate waste and improve service. Trump on Monday cited estimates that the government could save up to $1 trillion over 10 years through such measures.

"Our goal is to lead a sweeping transformation of the federal government's technology that will deliver dramatically better services for citizens," Trump said. "Government needs to catch up with the technology

revolution."

The executives are part of the so-called American Technology Council that Trump formed in May to support efforts to modernize the U.S. government.

"The U.S. should have the most modern government in the world. Today it doesn't," Apple Chief Executive Officer Tim Cook said

ADVERTISEMENT

Amazon Chief Executive Officer Jeff Bezos said he wanted the Trump administration to make use of commercially available technologies, worker retraining, machine learning and artificial intelligence.

Before meeting with Trump, the CEOs met in 10 small group sessions with Vice President Mike Pence, Treasury Secretary Steve Mnuchin and Commerce Secretary Wilbur Ross, along with the presidents of the Massachusetts Institute of Technology and Ohio State University.

Jared Kushner, Trump's son-in-law and adviser, said the administration wanted to "unleash the creativity of the private sector to provide citizen services in a way that has never happened before."

He said the administration was scrapping unneeded regulations for government computing systems, such as a rule on preventing Y2K issues. Most of the government's 6,100 data centers can be consolidated and

The White House is seeking to shrink government, reduce the federal workforce and eliminate regulations.

Trump in March signed an order to overhaul the federal government and tapped Kushner to lead a White House Office of American Innovation to leverage business ideas and potentially privatize some government functions.

Many of the tech executives are eager to get White House help in dealing with regulatory and other policy issues such as visas for highly skilled workers.

Others attending include Alphabet Inc GOOGL.O Executive Chairman Eric Schmidt, venture capital firm Kleiner Perkins Chairman John Doerr and the CEOs of Microsoft Corp MSFT.O International Business Machines Corp IBM.N, Intel Corp INTC.O, Qualcomm Inc QCOM.O, Oracle Corp ORCL.N and Adobe Systems Inc ADBE.O. Facebook FB.O CEO Mark Zuckerberg was invited but could not attend because of a conflict, the company said.

ADVERTISEMENT

A 2016 U.S. Government Accountability Office report estimated the U.S. government spent more than $80 billion in IT annually, excluding classified operations. In 2015, the U.S. government made at least 7,000 separate IT investments and some agencies were using systems that had components at least 50 years old. "This structure is unsustainable," Kushner said.



**From Softwho owner Stanford:**

I checked again of the components and break down of components within patents inventions of age gerontology technology and have here the components of registers trains of zero masks and biology cells trains and training and input and output delimit procedures within endoscopy planes proper of scientific inventions. please find copies. Please stop besmear of our pedigrees here of age gerontology and proofs of materials of our last times stamps of 12/2021 of ant insect comparisons to establish standards of perfect homeostasis subjects of body fluid information to contend within homeostasis pulley and algebra and trigonometry included. please you must stop besmear of totals ambush that I will sue your

| Subject | **RE: [EXTERNAL] - New FOIA request received for National Science Foundation** |
| --- | --- |
| From | Williams, Kathryn M. <katwilli@nsf.gov> |
| To | general@softwho.us <general@softwho.us> |
| Cc | NSF FOIA <foia@nsf.gov> |
| Date | 2021-12-10 11:02 |



Good Morning,

The National Science Foundation's mission is to advance the progress of science, a mission accomplished by funding proposals for research and education m engineers, and educators from across the country. As you have not specifically identified an award, we would have no way to properly perform a search for not require agencies to create new records or to conduct research, analyze data, or answer questions when responding to requests.

Here is a link to our website so you will have a better idea of the types of records we maintain:

www.nsf.gov

For your convenience, I am enclosing a link to our award database:

https://www.nsf.gov/awardsearch/

At this time, your request is not considered perfected and therefore, we will not log it into our FOIA database. If you identify an award from which you woul information, you may submit a new FOIA request.

Thank you for your interest in the National Science Foundation,

Kathryn Williams (she/her)
Program Analyst
Office of the General Counsel
National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314
(703) 292-5096

From: National.FOIAPortal@usdoj.gov <National.FOIAPortal@usdoj.gov>
Sent: Sunday, December 5, 2021 5:10 PM
To: NSF FOIA <foia@nsf.gov>
Subject: [EXTERNAL] - New FOIA request received for National Science Foundation

This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is saf

Hello,

A new FOIA request was submitted to your agency component:

The following list contains the entire submission submitted December 05, 2021 05:10:02pm ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| First name | Joseph |
| Last name | Stanford |
| Mailing Address | 2323 Curtis Street |
| City | Denver |
| State/Province | Colorado |
| Postal Code | 80204 |
| Country | United States |
| Phone | 8064106266 |
| Company/Organization | Softwho |
| Email | general@softwho.us |

## Request

| | |
|---|---|
| Request ID | 295466 |
| Confirmation ID | 294941 |
| Request description | Stanford includes request of FOIA to support court testimony anomaly clarified and supportive of chemical endoscopy sciences "seams of chemicals" Softwho thesis 2011-2021....Stanford finds relevance of paranormal science and solutions of oil and water bases called jumpers chemicals arrays and injection seams chemicals and time chassis chemicals with paranormal chemicals states and includes gross receipt of NSF to |

FOIA to confirm phenomena exists and that the sufficiency of explanation may be root cause unto attorneys filed December 1, 2021": NSF since 2008 Stanford and National Science Foundation official unique of properties owned by Softwho gross receipts proofs: [1] Chemical issue of chemical seams anomaly of chemical elements include: water at 16 pounds oceanic envelope of water and oxygen homeostasis, [2] helium within four chemicals natural seam Carbon, Oxygen, Helium, and temperature of degrees of celcius and farenheit, [3] air conditioner coding to incur chemical change of temperature where direction of air flow prove 2 square root of 18 log 1-18 switching within domain union protocol grid and output is thermal weather switch matches of environment specifications, and [4] shadows of thermal dynamics related with pump and water 2 square root of 16 shadow to deposit strength, [5] oil and water origin of gross receipt of chemicals seams and as well iris blue flower and red fern tree able to recover and reverse age of the plants, [6] natural resources of spillage of blue fire unto gasoline from 1950';s proves that fire were gasoline by state of condition where blue and orange and red are not the real colorations of gasoline fire but orange is therefore the burn in of a line of orange changed state to blue.

## Supporting documentation

## Fees

| | |
|---|---|
| **Request category ID** | other |
| **Fee waiver** | yes |
| **Willing to pay** | 0.00 |

## Expedited processing

| | |
|---|---|
| **Expedited Processing** | yes |
| **Explanation** | citizen Joseph A. Stanford files uniqueness of property owned by Softwho "embed and embalm within throughput chemicals within switch planes decimal is weight of search of chemical and array jumper" filed with class action lawsuit with State of Colorado accepted December 1, 2021: subpoena basic comport of pro bono Mr. Butler publish http://www.cod.uscourts.gov/AttorneyInformation/CivilProBonoPanel-Details.andAvailableCases.aspx: NSF please confirm gross receipts of phenomena within our product of Softwho domain union concrete protocol USPTO of reliable elements chemicals and crossover digital communication equipment where "seams and decimal planes and throughput are related with homeostasis chemicals bonds" |

The following table contains the entire submission, and is formatted for ease of copy/pasting into a spreadsheet.

| request_id | confirmation_id | address_city | address_country | address_line1 | address_state_province | address_zip_postal_code | company_organization | |
|---|---|---|---|---|---|---|---|---|
| 295466 | 294941 | Denver | United States | 2323 Curtis Street | Colorado | 80204 | Softwho | ger |

| Subject | **FOIA Expedited Processing Disposition Reached for EPA-HQ-2019-008439** |  |
|---|---|---|
| From | <admin@foiaonline.gov> | |
| To | <general@softwho.us> | |
| Date | 2019-09-16 13:20 | |

Your request for Expedited Processing for the FOIA request EPA-HQ-2019-008439 has been withdrawn by the requester. Additional details for this request are as follows:

- Request Created on: 08/26/2019
- Request Description: per FBI reviews of DNA consent each other electronic tamper John Smith Atlanta Sherrif Socx# 7425 Judge Paul Meyers Atlanta Tel 404 876 3543: per consent relations FOIA consent requirements master equations consent proving Chromosome L and/or 20.21 Chromosomes of DNA and consent presence false objects is/are schizophrenia proofing per FBI Standards Constitution English process and/or schizophrenia: per master equations DNA fielding comprises, of consent relations, [20.21] where 20 multiplier of eight equals 169.76; where master questions 7, question 1, does 8.8/32/4, question 2, where does 8.8/32/4 input of consent contact without consent of alibi presence? and question 3, where is 8.8/32/4 within chromosome isotope; question 4, does FBI recognize chromosome and presence alibi consent juvenile and toddler hold patterns where DNA triggers of associations relating to percent and trigonometry thereby individual of screening consent relations by integers positive only, question 5, does FBI include chromosome of beyond 27 where defining trigonometry field concepts is not persons nor animals but rather spatial make up of geometric components superstructure fields, question 6, does FBI respond to consent violations each other withal the issue of neurological tamper and damages consent each other contacts where preposition phrases is/are decimal form and equals decimal of numerical counts also where equalities of mathematics principle related to creative water supplies and creative self recognizance swaying triggers especially case 43-9427539751-20180519-df Judge Thompson phone 704 752 9832 issue of perceptory animalistic consent of fantasia completions also with rural and substandard and trashy also of sexual designs total man states, and question 7, Does FBI reply to FOIA standards statutes where one citizen or groups of citizens where dead bodies that have this belay of general equatoin principle is also department of transportation, "it's not that but returning"
- Expedited Processing Original Justification: per FBI reviews of DNA consent each other electronic tamper John Smith Atlanta Sherrif Socx# 7425 Judge Paul Meyers Atlanta Tel 404 876 3543: per consent relations FOIA consent requirements master equations consent proving Chromosome L and/or 20.21 Chromosomes of DNA and consent presence false objects is/are schizophrenia proofing per FBI Standards Constitution English process and/or schizophrenia: per master equations DNA fielding comprises, of consent relations, [20.21] where 20 multiplier of eight equals 169.76; where master questions 7, question 1, does 8.8/32/4, question 2, where does 8.8/32/4 input of consent contact without consent of alibi presence? and question 3, where is 8.8/32/4 within chromosome isotope; question 4, does FBI recognize chromosome and presence alibi consent juvenile and toddler hold patterns where DNA triggers of associations relating to percent and trigonometry thereby individual of screening consent relations by integers positive only, question 5, does FBI include chromosome of beyond 27 where defining trigonometry field concepts is not persons nor animals but rather spatial make up of geometric components superstructure fields, question 6, does FBI respond to consent violations each other withal the issue of neurological tamper and damages consent each other contacts where preposition phrases is/are decimal form and equals decimal of numerical counts also where equalities of mathematics principle related to creative water supplies and creative self recognizance swaying triggers especially case 43-9427539751-20180519-df Judge Thompson phone 704 752 9832 issue of perceptory animalistic consent of fantasia completions also with rural and substandard and trashy also of sexual designs total man states, and question 7, Does FBI reply to FOIA standards statutes where one citizen or groups of citizens where dead bodies that have this belay of general equatoin principle is also department of transportation, "it's not that but returning"
- Expedited Processing Disposition Reason: see letter sent on 9/16

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

# Softwho ...|

# Prospectus

i.   TCP/IP and Routers Sessions Networks

(for sale with OEM firms) features CPU chipset and servers and routers and Switch planes digital imagery networks and CPU jumpers risers networks and electrical machines strand wires electrical boots).

ii.   TCP/IP router open and close networks, (for sale)

Not for sale: from September 2020 through December 2020 from June 2020 and from March 2020 and from June 2019, "elastic and carriage

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

# roots domains".

- Dual chassis risers gates networks,(not for sale)

- Layer 0 terminal server risers networks, (not for sale)

- AM/FM blocks channels routers, (not for sale)

- Rainbow routers, (not for sale)

**Prospectus Recap:**

- Sessions networks and sessions routers and sessions relays open and close refinement networks.
- Remote login administrator builders of uplink to start business to business interconnect with applications.
- Sessions networks risers scales IP roots and TCP fundamental roots and two way

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties
enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

languages of numbers, sums, quantum, quanta, input summary, letters, attributes via
transmission throughput.

- Internetworking and Interlayering and Layering output (via) Backplates systems Risers
  and output and outlet short path-SNMP via two way gateways networking reservations
  systems and backplates TCU/IIP midpoint networks two way gateways networks
  throughput and risers and window flow control and systems applications terminals
  networks.
- Router networking router primer and relays of lines MTU and extension relays and
  concentrator relays and systems priming update RMON modulations.
- Bandwidth and hyperterminal sessions of cabling and sessions of punch downs
  DACS application developments of throughput and injection mold of interesting
  information services and block nodes information services and uplink interesting
  information and career modulations CRM uplink networks and multiple websites
  reservations systems backplates.
- TCP/IP two way subnet masks extended VLMS variable lengths subnet masks languages
  and binary ARP address resolution protocol risers networks
- Remote Login Administrator uplink DACS equipment and uplink to start device to B2B
  profile builder career modes CRM customer relations management
- Diodes and flash boots and punch down solder irons of Risers equipment backplanes
  and backplates and injection molds QOS quality of services via injection molds execution
  lines.
- TCP/IP primer and router primer management multitudes relays lines arrays.
- Router families of single node fiber priming services management router protocol and
  routing supervisor hyperterminal protocol and router families of single protocol and
  Mabell tollbooth remote RMON systems DACS.
- Router families trademark serial primer lines and B8ZS and ANSI tunnels gateways
  systems DACS of two way QOS Executive industries programmer XML objects languages
  and risers QOS executive industries languages and QOS Trademark executive industries
  styles languages and interlayering objects of routing TCP/IP via TCU/IIP.
- Enterprise server routing and short path-SNMP and midpoint networks output and
  outlets midpoint networks of database scales IP roots, floods, casts, bonds, cross
  connections, MTU stack image configurations, and two way DACS multiple partition
  networks.
- Cloud networks and PCN private cloud networks zone network administrator Cloud
  tunnels TCU/IIP interesting DACS punch down of midpoint networks unions and sessions
  and logic gates and networks of networks.
- Two way gateways trademark management centers of CRM customer relations
  management business to business via internet interlayer and interlayers objects and

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

passing and verify quantum sums information star and bus programmer objects execute within icons and icons within MTU and MTU within font networks.

- Visual studio.net declaration management queues interconnection networks of web programmer and word processing and font networks inner and outer shell web pages and multiple websites and multiple pop up websites and backend MTU websites afore and multiple websites visual studio.net master and slave business objects language Master boot web site paginations coupler services.

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

All rights reserved Softwho Patent(s): [all rights reserved. Softwho 2014, 2015, 2016, 2017, 2018, 2019, 2020 and beyond over 20 years per all rights reserved]; [within patent with OEM and USPTO exclusively and Department of Defense].

Gross domestic product IP reseller and IP Royalties enhanced products of Access points networks and BGP or AS systems mesh networks Line relays and command.com sonet ring decimal stacks of June 2020: includes enhanced product line multitudes extensible relays via functions MTU and two way subnetting and subnet masks via relays and MTU and equipment families and includes routers of remote profile builders and includes finally uplink networks (DACS) punch down and uplink to start and (DACS)-systems risers equipment parallel solid state boot flash USB serial link cards of risers, boots, systems butts, butts of bytes, and binary unravel networks, and TCP/IP subnet masks unlimited unravel and data entry and (DACS)-CRM uplink networks, and much much more.....

# Prospectus, (OEM), firms:

- Frame relays and sessions networks and transmission and transports unions

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

protocols systems integrations midpoint networks.

- 
- Systems butts and systems Riser and systems risers Routers and Risers Primer Routers sessions of cross connections within (OOO)-scales IP routes and terminal server and Router Transmissions and Router Throughput and Router RMON throughput remote (WAN) uplink DACS and Router midpoint networks two gateways networks administration backplate and front plates networking.

- 
- Router and Enterprise server RMON relays midpoint networks via relays of multitudes of extensions and extensible and relays of DACS MTU protocol within relay ARP identification-riser overhaul within solid state networks transmissions.

- 
- Router (VLSM) overhaul router and language and router VLAN bouncing emulation binary machine switch of UDP and TCP and output via outlet binary and coding languages of transmission-Stacks MTU.

- 
- Router (VLSM) subnet masks two way communications relays and SOA-MTU and MTU-scale roots carriage returns and scales roots (OOO) relay within open and close, (collapse router shells), router chassis and router (VLSM) RMON event logging many sessions relays and couplers and systems parts adapters coupling route IP internet protocol.

- 
- Router (VLSM) subnet masks languages of star and bus of extensible 255.255.255.255 subnet masks of variable lengths up to ten millionths registers and up to 16 millionths registers and (VLSM) letters bases within calculus apparatus machine codes of decimal format TCP-stacks tunnels command.com output and terminal server output and frame relays multitudes output and terminal server router output within input encapsulation networks two way DACS networks.

## [Table of contents]:

I. Page 9, [introduction]

Softwho. All rights reserved futures no expiration. Gross domestic product IP reseller and IP Royalties enhanced products since first proposition March 2020: "transfer of object(s)s nuptial agreements"

**II.** Page 46-47, [Softwho Prospectus].

**III.** Page 104-105, [Softwho prospectus visions Points].

**IV.** Page 169-170. Gross receipts of working mechanics.

**V.** Softwho Products**,** Page 184-185.

**VI.** Softwho Services, Page 227-228.

**VII.** Router and Server and Electrical Networking and TCP/IP midpoint networks specifications, Page 234-235.

**VIII.** Page 248-249, [Equipment specifications]

**IX.** [Protocol Characteristics:]

**X.** [Routers], Page 282-283.

**XI.** [Windows NT and Novell and Windows 2000 and Unix Enterprise Servers], Page 317-318.

**XII.** [Electrical Networking specifications]**,** Page 336-337.

**XIII.** Legal Disclaimers: Page 351-352.

**XIV.** [Definitions and terms]

# [Introduction]

Dear Sirs,

- Introduction of Talking about the goals of end of year 2020 featuring TCP-(VLSM) two

# Softwho

- Sessions risers networks
- Domains service provider DACS networks
- Vortex communications networks switches Layer 2/3 and Routers. (not for sale)

# Softwho

## IP royalties sessions networks for sale.

I. Access points networks file management

II. Sessions risers midpoint networks TCP/IP via TCU/IIP

- Network Communications.

Softwho presents for sale transfer of objects:

prospectus December 2020 sessions risers networks TCP/IP and processors remote hosting and March 2020 remote environment collapse networks

I.   Sessions risers TCP/IP networks via TCU/IIP transmission control protocol interesting information protocol.

II.  Sessions risers electronics posts networks.

III. Sessions risers address resolution protocol networks.

# Follow up: 02/03/2021;

- Router processor switch planes
- Flow charts introduction
- TCP/IP cross connectors types and attributes and virtual plugs and arrays keys maps
- Router protocol TCP/IP and invention lines of sessions risers networks.
- Flow chart of OOO and scales roots and DACS equipments and integration DACS equipment
- SOA, loop centers, file management, mark up languages loop centers, CDN front plates and backplates transmission speeds and fast ethernet and cross cabling and transmission port forwarding arrays cesspool gateways output flood of route and TCP/IP DHCP acquired and output TCP/IP address acquire and acquiring and acquirement cesspools DACS
- ARP protocol revisions flow chart
- RIP protocol revisions flow chart
- OSPF protocol reviewions flow chart
- DHCP multiple nodes gateways switch planes split horizon gateways
- Router primer methodology of practices

Softwho presents for sale presentments since December 2020 prospectus.

Sessions risers communications networks presentation.

# Sessions risers TCP/IP networks inventions coupler services of Softwho

- ☐ Session risers electronics and TCP/IP networks
- ☐ TCP/IP via mesh protocols switch planes inter-layering
- ☐ Remote procedure relays codecs DACS Mabell Equipment lines
- ☐ LAN and WAN and MAN collapse backbones switch plates and plates tectonics interlayering Layer 0 via Remote procedure mesh and flat networks and floppy libraries leases networks profile builders login remote host RMON networks.
- ☐ And much much more...

FOR SALE PROPERTIES HEREIN.

FOR SALE PROPERTIES.

SESSIONS RISERS COMMUNICATION NETWORKS HEREIN.

# Softwho

The properties here are for sale with "as is" notices of request for comment RFC inclusions exclude of Layer "2/3 Switch protocols languages planes devises". And further, are protected under multiple to one Federal laws recognize of Copyright Act 1975 and Property rights Act 2013 and contain herein: details of existing IP Royalties of Account Softwho under shared patent and mainly our product of futures reserve Softwho featuring vortex communications networks.

- All rights reserved notice year 2014-future years over 100.

- Softwho reserves all rights copyright and trademark and Trade secret clarification Act 2015 and property rights Act 2013 to maintain privacy security and to maintain hierarchy security properties and to maintain and distribute with Intellectual royalties of the issue raised unable to pay burden per county or per State of United States or International allies treaties or other Country as needed and does not permit any reviews of properties here without expressed authorization of our royalties benefactors or Department of Justice or Federal Trade Commission where terms and conditions visible of encroach copyright Act 1975 where Ad lidem must be assumed public notices at all times of the expressed issue of Guarantee citizen privileges of basic each other and gains each other and consent each other and futures copy right act each other.

## ARTICLES FOR SALE PROPERTIES. SESSIONS RISERS COMMUNICATION NETWORKS HEREIN.

# FOR SALE HEREIN PROPERTIES.

## SESSIONS RISERS ELECTRONICS AND TCP/IP COMMUNICATION NETWORKS

### FOR SALE PROPERTIES.

### HEREIN.

The items, concepts, patents, products, business plans are intended of business fruits of ROI return on investment consumers and partnership IP royalties and designed to meet required cost of living per person in society presentments accompany previous business economic propriety properties since 2004 and 2007 and 2012 and 2016 and 2017 and 2018 and 2020 with similar coupled business systems and digital communication equipment "fruits of work"; and together feature our robust national utility of switch plane networks called vortex communications networks dual chassis token ring and control token networking to well established line of business doings IP royalties and IP production properties here in presentation of any kind are suitable line of business products include: Microsoft and Cisco Systems Inc and Netgear Inc, and USPS  United States Postal Service and FBI and Juniper Networks Inc and Oracle Systems Inc and AMD Inc and Intel Inc and Nortel Inc and Fortran Inc and Army Corps of Engineers, and Sap Inc and Lucent Technologies and Texas Instruments and Motorola Inc:

Herein properties: Are not for sale  properties vortex communication networks but part of contract of [1] IP royalties shared patent and [2] properties business plans production of Softwho; [1] TCP-session risers and TCP/IP backplates networks.

# Softwho legal disclaimers.

- Untested

- Quality assurance from November 2019 through January 2021 suggests with processes patents and proofs patents and working mechanics and gross receipts of professional license all items and transfer of objects are true and valid and present no such non working situation and all true of the working overall structure of if not now but development and all facts are supported by theory of working patents as well phases patent inventions designs since 2013 where one area concept and verification by sureties and final gap analysis is review of patents within RFC protocols to include all guarantees possible to our famous  clients OEM firms and OEM chip makers and OEM servers and computer systems.

- Untested but every item is true to the best of our knowledge

# Table of contents

I.      Identify coprocessor output adapters

II.     Identify technology of sessions risers networks

III.    Identify TCP/IP backplates bit masks parity and fetch parity and risers ARP unique fetch parity and checksum parity

IV.     Identify output backplanes risers networks primers: geometric, cross connector sessions and tunnels-Arrays (not containers), output flood arrays, TCP/IP subnet masks of 99999999.9999999/SD/x

V.      Identify terminology primer and priming and coprocessor and risers electronics and risers Sessions-Arrays (not containers) cross connectors libraries and mainframe LSL and LSA and LSM and MPLS and demarcation truncations and scales TCP roots and scales cross connectors

VI.     Identify collapse networks backbones of DACS

VII.    Identify equipment via Queues of DACS equipment lines and new line of equipment

VIII.   Identify telecom and mabell ISP terminal truncation equipment lines

IX.     Identify open and close networks IEEE mesh protocols "as Is" and input and output of risers electronics outboards and inlays boards and outboards WAN's

X.      Identify IEEE mesh protocols of command 16kb

XI.     Identify IEEE mesh protocols of sonet ring decimal Sessions-Arrays (not containers) chassis

XII.    Identify business objects executive field languages and DACS networks crawler file management, mark up languages loop centers,

XIII.   Identify sessions networks primer processor within coprocess outlet and output and seals and mains envelopes of routers "as is"

XIV.    Identify enterprise servers partition mapping networks

XV.     Identify Wafer Fab Lucent Technologies and Texas Instruments DACS of PIP and ROM and RAM :

# Presentation features and benefits

I.      Scale TCP roots
II.     Scales primer roots
III.    DACS primer cross connectors
IV.     DACS primers cross isotopes and isobars and plates tectonics
V.      Scales MPLS
VI.     Scales router RIP
VII.    TCP/IP subnet masks types
VIII.   Types of payload density
IX.     Characteristic MTU parts
X.      Subscriptions and membership content delivery networks
XI.     Domain reservations environment highlights
XII.    TCU/IP proper events change commits of automation interfaces environments
XIII.   RPC and RPE and RP Collapse domains environments
XIV.    TCP/IP Mabell equipment lines
XV.     Methods of leases and net worth and throughput of business objects executive executive fields layering of icons
XVI.    Injection molds TCP/IP and TCU/IP
XVII.   Injection molds name space networks and domain NAT networks and NAT name space schemas DACS networks and MTU resolver gateways networks DACS and DACS resolver MTU parts scales TCP roots DACS networks
XVIII.  Domain names classes and carriage and roots and elastic carriage and elastic carriage and returns and carrier services elastic roots TCP and IP and IP addressing and mainframe job control Addressing IP stages networks
XIX.    Repeater domain union concrete protocol mapping sessions netowrtks
XX.     1-x host processing platform networks network administration
XXI.    1-x host processing network administraction host processing equipment lines
XXII.   DACS equipment host processing and host procedures and TCP hosting procedures DACS CDN and DACS CDP and DACS CDA and DACS IOT and DACS IOA and DACS IOMT

1.   sessions and tunnels-Arrays (not containers)
2.   Primers
3.   Formats
4.   Formulas
5.   Tables DACS
6.   DACS equipment
7.   Switch hyperterminal parity
8.   Configuration modes
9.   Internet layering
10.  TCP/IP DACS mainframe images
11.  TCP/IP sonet decimal stacks languages
12.  Injection molds sciences
13.  Unlimited domain DACS
14.  Internet layers and routers autonomous systems structures
15.  Primer and enterprise servers DACS partition host processing
16.  OSI models and supply and demand host processing Layer 0 technologies of Host processing Interlayering host processing OSI models
17.  Host processing file management, mark up languages loop centers, networking
18.  TCP/IP host processing and TCP/IP OSI layer 0 SD Models host processing and TCP/IP refinement engineering
19.  Runtime TCP/IP management executive fields networking

# Session networks features

- sessions and tunnels risers electronics shields

- sessions and tunnels risers proper scales TCP via electrical posts networks shields
- sessions and tunnels risers networks primer and management subnet masks
- executive field languages and executive field subnet masks and executive host TCP-resolution field languages via bit mask elements.

- Session risers networks coprocessor primer schedules and coprocessor output and input mapping sessions and tunnels-Arrays (not containers) keys of existing formats and existing request for comment-switch plane only delimit subnets of RFC languages and output machine languages of assembly of internet languages and visual studio .net programs of IIO and declaration time chassis of uplink DACS and CSS cascade style sheets of USB universal serial bus networks.

- Session electronics of VLAN etches networks of TCP/IP via CMOS and FAT and NTFS and Nandgates and Portnand and Port relays NAND-midpoint networks of midpoint networks via CMOS etches line Sessions-Arrays (not containers) of switch planes
- electrical bursts of decimal lines of ohm switches and decimal lines of Ohm arrays
- decimal registers and decimal lines arrays SOA, loop centers, start of authority-carriage networks electronic signals where non conflicting of reserve of Softwho CMOS and VLAN of single metal strand guards of bouncing emulations etch networks of CMOS and NTFS and FAT partition networks metal leads guards via single straight networks of leads via proper channels command code of leads via ease leads 1-4 and 1-7 and 1-8 and 1-18 and 1-108 and 255.255 and 999.9999/9.999/10.16mil/32 et....

# sessions and tunnels networks

I. Defining file management backplates and frontplates via

I. IEEE OSI model networking mark up languages loop centers.

I. Defining domains networks. of domain service provider.

II. Defining ISP internet service provider zone network administration.

# Features and benefits of sessions and tunnels networks TCP/IP backplates risers and tunnels backplates and frontplates and

## TCU/IP risers scales OOO midpoint networks DACS.

I. TCP/IP: TCP/IP of route to routing carriage returns of scales roots OOO and transfer HSRP carriage returns of DHCP with multiple nodes client server of DHCP and many other TCP/IP networks.

II. RIP: bridges of RIP routing information protocol of route of clusters frontals of multiple nodes and command kernel of storage arrays 16KB within frame relay and RIP and arrays of output command flat table of 16KB / 1.44 / 256MB pipeline networking.

III. OSPF: open shortest path first of extranet of via VLAN or TTY or VTY or telnet of NAT domains within accessible transmission entry points of the router OSPF or EIGRP or RIP or VLAN or LSL or MPLS or DACS or frame relay.

IV. Frame relays

V. ARP  address resolution protocol where risers ARP electrical and ping DACS and ARP command flat table of router being processor  within the ARP table to fetch lines arrays and fetch hyperterminal sessions and fetch arrays primers and primes of OOO scales roots all the way of 999.999.999.999 where the issue of 9.999.9999 = x.x.x.x = x/x/x/x/x/x/x algebra containers is invention of 10.16 millioths hashing registers TCP/IP –DACS.

      iii. Networks risers

VI. Router processor: router of RIP or Telnet or tty/Vty within arrays volume arrays proofs where hyperterminal states that fetch and array are centers of riser-networks hash rather than fetch of configuration mainly and FTP fetch of network DACS rather than HSSI router networks throughput and IIO/x output SNMP split horizon within coupler networks are output flat table OOO scales roots TCP/IP via DACS TCU/IIP where the proof of the algebra command line of names.numbers of letters within repeaters equals the nutshell effect of the router via letters and numbers throughput procedures.

VII. Relational networks risers routing risers sessions and tunnels mesh switch planes TCP/IP and TCU/IIP libraries DLL linkage of cross connectors and cross connections and cross isotopes via plates tectonics backplates IEEE carrier telecom equipment injection molds networks of backplates industries meltdown called layering internet and layering IT structures and layering output and input and layering output business objects via file management, mark up languages loop centers, services networking.

VIII. Midpoint networks patent of Softwho

IX. Non conflicting patent vortex networks communications networks

X. Router burst networks ARP command languages

XI. Cross connectors languages

XII. Bit mapping RFC mesh switch plane repeaters networks via delimit host flat tables networks scales OOO transfer HSRP networks

XIII. IIO/X midpoint networks arrays DACS processor output flood gates and flood gateways server of routers

XIV. IIO/z midpoint networks IIO/x by IIO/x of domain networks trancation provision methods of applications ISP and telecom equipment manufacturers and sessions routers host models

XV. Layer 0 interlayers and interlayering and output layering business objects file management networks

i. Domain relational MTU and TCP/IP parts of name space networks formats of decimals and attributes and primer attributes and cross connections.

ii. Relational networks density of DACS carrier speeds of formats and formulas mass protocols mesh switch planes processors routing sessions risers networks.

iii. Relational networks risers of cross connectors open source equipment telecom solutions of DACS postback networking via processor RIP and processor of telnet output processor frame relays and processor of telnet output flood gates extranets or VLAN OSPF output flood networks or OSPF remote networks stub hub arrays split horizons or FTP file transfer protocol new protocol design of arrays networks of arrays reservations and sessions multiple nodes for the first time in world history and sessions risers scales OOO output primer of router TCP/IP name space plates and sessions tunnels TCP/IP router and routing risers broadcast DACS TCP/IP via TCU/IIP name space plates tectonics injection molds services.

Layer 0 of OSI model: IEEE issue of layer 0 and interloping equipment sessions, repeaters, chassis processor, cross connector plates tectonics and cross connector profile DACS.

## OSI-Model

## Floppy Parts.

- Layer 0
- Layer 5
- Layer 7

Layer 0

Layer 1

Layer 2
sessions

DACS-
routes

Layer 7
tunnels

DACS-
routing

Softwho.co marketing plans 2017-2018: Let's talk about 2014 @ Microsoft Headquarters and 2015 manual use of products for development and partnership scope industries requirements and people's requirements. Softwho.co reviewed name space services by major industries farming partnership including Department of Commerce "as is" internet business state official licenses." In 2015 we made huge marketing strides for the first time in US history promoting specifications' and intellectual properties. Softwho.co wanted to protect our work through preferred partnership and proprietary use of name space services within these industries while developing our TCP/IP protocols and trial use of software. Softwho.co business decisions since 2015 heralded issues such as monopoly under one business or farm out marketing plans and while developing and partnership farming out and trial use prospectus...farming out proprietary Softwho able to maintain TCP/IP via http tabs featuring our serviceable domain name space via http browser while farming out manual interface page services

- Marketing plans with name space services' Around 2015 "Softwho.co"
- 2017 Goals of business models manual Unlimited domain
- 2016 Goals of public and private competition and Availability
- 2015 Goals of availability and maintaining Opportunity cost
- 2016 Goals of marketing plans issue of Economic recovery Act 2008

Softwho.co examined issue of protocol developments and our business products' and sustainable public and industries requirements and began marketing plans with ROI alternatives with name space services starting the following agendas: "R&D marketing plan 2015 reviewed meaning of partnership and resilience economic issues such as guarantee and availability per findings net worth around 7 billion dollars of fractional feasibility in the marketplace and useful name space services from 2015-2018"

| Financial | computes |
|---|---|
| Temporary labor | computes |
| ISP's internet service provider | computes |

| | Consultation firms | Software firms | ISP's Internet service providers |
|---|---|---|---|
| **Banking and finance** (Industries reservations; Pre-build, build, constants functions) | •%SOA% "attributes theory" •"S.D suppliers and demand" •Extension virtual departments | Microsoft Inc Cisco systems Inc Google.com and Yahoo.com etc. (resources pages search engine) | •Multiple advertising •ISP advertising •itemize reservations economies •Path orientations zoning etc... |
| **financial tokens mathematics** (.14; .15; .16) | •Account name space services mathematics •Temporary b2b labor markets | Trial use of software Business systems | "hot" standby zoning connections paths mathematics Industry http-browser tabs (Input.output) "stock markets" (Input.x) "high caps" (input.input.control) "labors" |
| Up to 14 Accounts and 1 penny coins connections scaling assembly Account management. | •Financial Account bulletin boards •Micro configurations management | | |

*Let's talk about financial management and financial industry standards*

*capital and zoning markets propose financial Tokens (tos) networks and*

*financial industry standards*

**What if management could be included with treasury?**

**Zoning Financial industry combinations management**

*Current Products and services --- cash flow*

*of business transactions buyers and sellers*

*past and present business agreements*

| treasury transactions | Part 1 Including – Against products and services |
| --- | --- |
| Treasury transactions | Part 2 Including – Against Accounts Trade exchanges |
| Treasury transactions | Part 3 Including- Against management print configurations |

**Components of financial management with presentation:**

1. Financial capital

2. Management print

3. Accounts trade exchanges

- Business processes

- *Service able or job control processes*

- *Financial management print*

Softwho.co features SOA ASP systems, products, services include business services and pop up Web pagination connections via business start and stop and name space decimal networking and hosting.

- Softwho.co since 2015-2017 created business models of LIS, BS, FS, and SS with major presentation relational database Websites SOA ASP with software firms.

- Business systems  "integrated line access management protocols such as start and stop controls and looping via applications and name space"

- Business services "free enterprise topologies and zoning name space such as listing services and remote credit and open and close  name space services of small business add-on and virtual departments and mainly industry interfaces such as enhanced stock market, listing POS, business state registrations, "

- Library information systems  routing stop and start controllers, ATM cells, Wifi equipment supervisor channels and extensions, switching and routing geometric and architecture domain name space and migration  equipment inventions, and TCP/IP routing and routes and name space mark up.

- Financial systems "financial name space management and imprint remote free enterprise topologies and zoning business services"

Spatial systems command and protocol oriented developments since 2015

United States of America, Constitution Amendment: Economic due process enforce Constitution-Amendments and civil rights distances financial deficit requirements. Why is implementation required? Because deficit of public requirements and civil earnings and distances proven with around-three trademark-companies.

*10/4 +22 every person, life, liberty songs. Where ordinary time of sanctity and civil rights distances with relationships*

- Reviewing Constitution English Amendment economic due process and Internationals: Economic relationships (via) United States English Amendment civil rights requirements. Proves Constitution Amendment and implementation due to fact immediary services delivery and presented services delivery as opportunity business agreements. Why is my business or management required United States laws and statutes and opinions to implement financial management networks? Did Business Agreements include suspicions terms and conditions? *[No/vo]*

- Amendment is requirements civil rights order of operations, "simple as long lines", where established recommendations of versus with established economic due process and alienable rights. (established yes or no such as services delivery, districts responsibility yes or no such as management and recovery yes or no, greater and less than status quo yes or no, proper Amendment or Constitution parts yes or no. Until times greater than and less than yes or no: establishing fact of Constitution Amendment requirements life, liberty, or property of one or multiple persons such as honor; [how can your decision with one person change districts Answer: not acknowledging cost requirements through physical connections of things advertised and basic life durations failures of advertise] for example, failing presumption and after the fact immediacy past experience in present includes Amendment order of operations? Should person have responsibility of social classes and districts? "It's as simple as management officers demand such as how many college degrees in cities and around management quality social inspections such as employment durations or renders of aid durations per cities and further how many management officers demand business agreements proper with property rights and civil rights requirements civil officers demand appoint requirements"

- Answer: with presentation herein deficit in entirety here with financial institutions the issue of negligence response or FTC federal trade commission terminology includes Amendment Constitution United States and State Constitution edifice however to include Amendment order of operations we update clients with marketing conditions and civil rights requirements such as required social class distances here with legal disclaimer: (Should every encounter maintain social class distances including economic due process implementations proper with legal terms and conditions? Answer proper civil rights distances are 10 miles and 4 days established highest properties of United States of America meaning economic or due process is economic 02/24/2008 and due process and economic is Amendment and Amendment is [10/4] civil rights requirements proper monetary treasury consent civil rights distances: therefore every encounter must be evaluated life, liberty, or property? Our business agreements meeting optional positions of 10 of 10 of 1 or 1, of 4, of 4, of 4? Yes or no? and due process is 10/4 Amendment clarification or Amendment reporting every person thereby trademark services delivery scope around three products and social encounters **relationships requirements** (@ districts and encounters then Amendment requirements must be public social relationships networks deficit first Amendment crisis and second Amendment crisis property sustenance assignments parts and third **Amendment crisis economic deficit of Definitions** Constitution twos and threes "A10.Mars" speaking of encounters or social **relationships thereby changing persona first and reservation second powers of 'blank-syllables'.** From Softwho.co Mr. Joseph Andrew Stanford "since 2010 Amendment (108.O47+) distances and letters A and availability ...every person advertisement officer undamaged or civil rights damage requirements such as receipts of products trademarks one or two or three and powers of, [10divisor4], complex person with services delivery fractions of pluses every person sanctity of advertising."

*Legal disclaimers.* Softwho.co includes free enterprise United States of America policies via Federal Trade Commission FTC and DOJ Department of Justice Antitrust. powers enforce with partnership identification We the People establishing relevant national and international citizens plural or international partnership considerations.

1. Owner's legal disclaimer : owner includes requirements life self economic conditions and interpretations requires of economic relationships.

2. Civil rights distances references such civil rights distances of versus such as personal income, destinations, recreation, and management discussions of concern or fiduciary previous completions.

3. Being advised civil rights protocol for example civil rights requirements and public standing.

4. Marketing status quo conditions: identifying need for change list of issues

5. Constitution terms and conditions: English language and free-dom relations between definitions and persons proofs

6. Economic due process and due process established with services delivery trademarks and community works and status quo definitions

7. Current legal status: Every Court requires implementation greater than and less than versus random distance and proximal versus social class implications.

# Let's take a look at marketing statements conditions actual pros and cons

- We the People first public notices herein; where FBI combat are comparisons of availability versus damages.

## Combat success report card:

- Regarding software highest utility combated via hexadecimal coding connections equality with life form especially accessory related

- Regarding senders and receivers combated via circles consent principle and operatives proven equal to 10/4 and equalizer opposites optional standing majority concern powers or powers here or powers other locations.

- Regarding rural and substandard and syllables senders and receivers combated with U.S. Constitution Amendment process social classes are protection properties such as trademark and methods of social experiences related with definitions and practical experiences.

- Regarding Shall not be taken social classes via Constitution Amendment proven by examining completions of circles consent first and second locations of High Crimes or Connecting Crimes therefore establishing fact of damage toll in various locations or equalizer is also equalizer damages consent circles and tranquility triangles.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40540771 |
| **Application Number:** | 17019298 |
| **International Application Number:** | |
| **Confirmation Number:** | 1871 |
| **Title of Invention:** | master boot record single node structures of CPU and ROM and RAM central processing units single nodes of random access memory of commands and random access memory cross commands of relational string lines of commands of system board and board wet arrays and board networks arrays within input and output master boot relational database within virtual local area networks relational database systems. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>4300 Paisano Street<br>-<br>El Paso                                    TX                 79901<br>US            8064106266<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | CPURAMROM |
| **Receipt Date:** | 13-SEP-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 14:37:59 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | CPURAMROMSOA.pdf | 80546<br><br>8398c63f49bc6a27be83f22055f9e8f69cd79faf | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Drawings-other than black and white line drawings | scan.pdf | 7128109<br><br>19b3a61bf598b1b0e8ecf0248377860ffc13cdef | no | 20 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Oath or Declaration filed | aia0008.pdf | 280684<br><br>01534a1e3cbee4a6231560af804f332cfd89a1b6 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Application Data Sheet | aia0015.pdf | 194287<br><br>932bd225f6ef02e754511cf2b9e1d05ce0467512 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 5 | Fee Worksheet (SB06) | sb0017.pdf | 308394<br><br>03037e1ea8fd2c2b35c5cb9c96e1ecacea2eace7 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 7992020 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40686545 |
| **Application Number:** | 17034376 |
| **International Application Number:** | |
| **Confirmation Number:** | 2692 |
| **Title of Invention:** | Solid state repeaters call and assignment communications within nodes transmission communications within geometric cells blocks, kernels, line arrays solid states reservations bouncing terminals containers: unions of pairs endoscopy or real or concrete union of relays kernels encapsulation solid state node to arrays and nodes to solid and nodes to interrupts and nodes to carriage returns bouncing and/or emulation and/or computer terminal line accesses via mid point line accesses ends. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>4300 Paisano Street<br>-<br>El Paso                                             TX                    79901<br>US             6417153900657930<br>josephstanfordmail@gmail.com |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 40607775 |
| **Receipt Date:** | 28-SEP-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 13:42:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Drawings-other than black and white line drawings | MidPoint.pdf | 15783410 / 33a988f4400a02ef67402f58e8057c62ba515a56 | no | 61 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Claims | midpointnetworking.pdf | 305125 / 6ffea3fa4c9c91e732e5a457fa5af21babf62a7e | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | aia0008.pdf | 280678 / 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 4 | Oath or Declaration filed | aia0015.pdf | 193951 / af13ecf22e4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Patent Term Adjustment Petition | sb0016.pdf | 439982 / 70fe65e2cbf69132d1e0c7ddba3352ba78a19914 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Certification of Micro Entity (Gross Income Basis) | sb0023.pdf | 256516 / e03179fa0aa13740261a73b971c2f65ee9c98fe3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 17259662 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41369263 |
| **Application Number:** | 17120191 |
| **International Application Number:** | |
| **Confirmation Number:** | 4014 |
| **Title of Invention:** | mathematics endoscopy token unit midpoint encapsulation within token unit unions encapsulation within midpoint networks and midpoint networks IIO and within arrays networks cross unions mathematics procedures transitive properties within numbers inertia and decimal format properties within arrays coupler transmission machine properties and arrays within relays functions. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford |
| | Softwho |
| | 818 Myrtle #307 |
| | - |
| | El Paso                          TX              79901 |
| | US          8064106266 |
| | general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Vortex |
| **Receipt Date:** | 13-DEC-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 13:33:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | TokensEndo.pdf | 275065<br><br>e08268f96090c94d14205dc38297cd13adeb9b99 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | SCN_0009.pdf | 7541468<br><br>9bb575315442f7501ea8e2488a63f6161aadf565 | no | 29 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | aia0008.pdf | 280678<br><br>0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Application Data Sheet | aia0015.pdf | 193951<br><br>af13ecf22a4f79b99e97fe69Jf095f45ee40caf1 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 5 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133<br><br>9eb1756874ab995cc682ac1c1f0ec324e04deccB | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 8423295 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45452874 |
| **Application Number:** | 17718543 |
| **International Application Number:** | |
| **Confirmation Number:** | 7523 |
| **Title of Invention:** | access points within terminal server operations systems within management operations systems within mesh protocols adapter networking relays blossom windows panes within operating systems and file management systems and registries MOS management operations systems within dynamic registries within prism bouncing emulation arrays OPERATIONS SYSTEMS AND OPERATING SYSTEMS registries floater window flow control operations systems and operations windows word processing systems. |
| **First Named Inventor/Applicant Name:** | Joseph andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>-<br>127 Biradan Sali Street Unit 10<br>-<br>Dededo                    GU              96929<br>US          6716331952<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PLANES AP; TERMINAL AP |
| **Receipt Date:** | 12-APR-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 12:25:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | TerminalAPMOS.pdf | 64255 feefda467a193ed2ba02d0859f945a498972 3f1f | no | 6 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Application Data Sheet | aia0008.pdf | 280678 0cb14fedeb19e070b6d724ee488c838438d cc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Oath or Declaration filed | aia0015.pdf | 193951 af13ecf22a4f79b99e97fe698f095f45ee40ca f1 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Petition for review by the PCT legal office | sb0016.pdf | 439982 70fe65e2dbf69132d1e0c7dcba3352ba78a 19914 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (SB06) | sb0023.pdf | 256516 e03179fa0aa13740261a73b971c2f95ee9c9 8fe3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 1235382 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45752171 |
| **Application Number:** | 17748144 |
| **International Application Number:** | |
| **Confirmation Number:** | 2665 |
| **Title of Invention:** | Methodology of VLAN OR SWITCH PLANES virtual local area networks or switch planes switching domains within prism gates and prism WAN wide area networks prism via HTTP proxy and/or LAN-server proxy within VLAN gateways collision domain within VLAN collision channels supervisor console within ARP (address resolution protocol) within VLAN supervisor console trees and TCP/IP procedures within libraries DLL information protocol within VLAN input and output procedures. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford |
| | Softwho |
| | 127 Biradan Sali Street Unit 10 |
| | - |
| | Dededo                    GU              96929 |
| | US          6716331952 |
| | general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Hyper,VLAN,WANport, VOIP |
| **Receipt Date:** | 19-MAY-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 10:28:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | aia0008.pdf | 280678 <br> 0cb14fedeb19e070b6d724ee488c938436dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Application Data Sheet | aia0015.pdf | 193951 <br> af13ecf22a4f79b99e97fe698f095f45ee40caf1 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133 <br> 9eb1756874ab995cc682ac1c1f0ec324e04decc8 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Petition for review by the Office of Petitions | sb0016.pdf | 439982 <br> 70fe65e2cbf69132d1e0c7ddba3352ba78a19914 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (SB06) | sb0023.pdf | 256516 <br> e03179fa0aa13740261a73b971c2f05ee9c98fe3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 1303260 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45750472 |
| **Application Number:** | 17747997 |
| **International Application Number:** | |
| **Confirmation Number:** | 1795 |
| **Title of Invention:** | Methodology of biology and mathematics procedures of endoscopy and forces bonding wherein a/an universal life force shields within chemicals shields and chemical calculations container kernels algebra engines comprises of biology forces, life and age and recovery forces within kernels algebra and trigonometry procedures and input and output percent and output reconnection arrays jumper comprises of chemicals and reconnection matter compositions mixes within kernels containers. |
| **First Named Inventor/Applicant Name:** | Joseph Stanford Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>127 Biradan Sali Street Unit 10<br>-<br>Dededo   GU   96929<br>US  6716331952<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | COMPLETE |
| **Receipt Date:** | 18-MAY-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 22:56:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | Endoscopy.pdf | 38060 3e6132f7efe21a30915e000b7d4a6efa31694e99 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | ConcreteThesis.pdf | 2165338 bf55546c67c0235c535720d808335d5902294590 | no | 223 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-other than black and white line drawings | Drawings.pdf | 3506347 ad4a1bb88b026379e06055ad017972aba12786b5 | no | 35 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Appendix to the specification | aia0008.pdf | 280678 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Application Data Sheet | aia0015.pdf | 193093 10b694a9f14ed20e6ec1adc0a57baa08b20d0948 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 6 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132120 29b5841dc534440134d4fdf51c6b4426c94cccb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Petition for review by the PCT legal office | sb0016.pdf | 471314 ccb8ff6fd75bf8d177c3edcb4e8074555 8c674a4 | no | 2 |
| **Warnings:** | | | | | |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | ChemicalEndoscopy.pdf | 72080 <br><br> b4fa8ecc1fb43acc2a3ff38ca86a77cad19616ad | no | 6 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Claims | efilingAck45750472.pdf | 85779 <br><br> 93ad9029l87e2b79a09a6bbf4598d477dc230fa75 | no | 3 |
| Warnings: | | | | | |
| The PDF file has been signed with a digital signature and the legal effect of the document will be based on the contents of the file not the digital signature. | | | | | |
| Information: | | | | | |
| 3 | Drawings-other than black and white line drawings | SoftwhoDesign3.pdf | 3415515 <br><br> 0f70ce7a45e62d8c1c401f43f0bde8942fdc7428 | no | 53 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Application Data Sheet | aia0008.pdf | 280678 <br><br> 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 5 | Oath or Declaration filed | aia0015.pdf | 193093 <br><br> 10b694a9f14ed20e6ec1adc0a57baa08b20d09d8 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132120 <br><br> 29b5841dc5344401344d4fcf51c6b4426c944ccb | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45877319 |
| **Application Number:** | 17832643 |
| **International Application Number:** | |
| **Confirmation Number:** | 5827 |
| **Title of Invention:** | methodology quantum linear life forces chemical comprise within periodic atomic masses and biology cells masses contents computes and chemical contents computes chemical products within devises constants and pulley and procedures within algebra command lines and trigonometry command lines kernels and numbers systems integers records and math standards of age checks and unions stable age and biology cells reverse variables of carriage and returns age zero masks management variables comprises. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>127 Biradan Sali Street Unit 10<br>-<br>Dededo                          GU              96927<br>US              6716331952<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 17830418,COMPLETE |
| **Receipt Date:** | 04-JUN-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 23:25:13 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | PeriodicChemicals.pdf | 195876 <br> 0d2772f62e3579daec6790013a1f849f6f378c43 | no | 24 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Application Data Sheet | aia0008.pdf | 280678 <br> 0cb14fedeb19e070bdd724ee488c838438dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Oath or Declaration filed | aia0015.pdf | 193093 <br> 10b694a9f14ed20e6ec1adc0a57baa08b20d0948 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132120 <br> 29b5841dc5344401344d4fcf51c6b4426c944ccb | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Petition for review by the PCT legal office | sb0016.pdf | 471314 <br> ccb8ff6fd75bf8d177c3edcb4e0745558c674a4 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Fee Worksheet (SB06) | sb0023.pdf | 256870 <br> 3b8c749a743be9335ac9a962c90d5006367a3881b | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 1529951 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45933465 |
| **Application Number:** | 17838219 |
| **International Application Number:** | |
| **Confirmation Number:** | 6628 |
| **Title of Invention:** | methodology Time clock relays and controllers and interrupts and syncs and delimits comprises input and output delimit via credit fractions kernels and time second information kernels and output product sums information wherein a/an congruency of time and output product sum are output of management lengths output decimal extension information stratocast kernels information product sums and integer sums and output management zero lengths information management. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>127 Biradan Sali Street Unit 10<br>-<br>Dededo              GU              96927<br>US          6716331952<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | EndoscopyIndustrial |
| **Receipt Date:** | 12-JUN-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 08:47:40 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | IndustrialDelimit.pdf | 74552 c16403c100f764ca877f6fa45f89d0fffa293836 | no | 5 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Application Data Sheet | aia0008.pdf | 280678 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Oath or Declaration filed | aia0015.pdf | 193951 af13ecf22a4f79b99e97fe698f095f45ee40ca1b | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133 9eb1756874ab995cc682ac1c1f0ec324e04decc8 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (SB06) | sb0023a.pdf | 136252 c9b5dbd64b4d2667a1310ef091bf6e117775fa8d5 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Patent Term Adjustment Petition | sb0016.pdf | 471314 ccb8ff6fd75bf8d177c3edcb4e80745558c674a4 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 1288880 | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45943012 |
| **Application Number:** | 17839037 |
| **International Application Number:** | |
| **Confirmation Number:** | 1105 |
| **Title of Invention:** | methodology chemical inertia atomic mass (non proton atomic mass) wherein unions of homeostasis pulley and ply pulley constructions atomic walls within life forces walls platelets comprise atomic walls structure tissue and repeater chemical life forces of output product congruency being output chemical stable repeat amounts via output seams kernels atomic periodic structures and chemical tissue structures within micron tissue platelet atoms and ions chemical membrane tissue cells. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford |
| | Softwho |
| | 127 Biradan Sali Street Unit 10 |
| | - |
| | Dededo                 GU              96927 |
| | US          6716331952 |
| | general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | SupplyChemicals |
| **Receipt Date:** | 13-JUN-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 17:16:33 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Claims | Chemicalsupply.pdf | 40504 <br> d5c2d416a51b9bba37ded1f3f473b8dd2488ad29 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | aia0008.pdf | 280678 <br> 0cb14fedeb19e070b6d724ee488c838438dcc7f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Oath or Declaration filed | aia0015.pdf | 193951 <br> af13ecf22a4f79b99e97fe98f095f45ee40caf1 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Certification of Micro Entity (Gross Income Basis) | sb0015a.pdf | 132133 <br> 9eb1756874ab995cc682ac1c1f0ec324e04dfecc8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Patent Term Adjustment Petition | sb0016.pdf | 439982 <br> 70fe6Se2dbf69132d1e0c7ddba3352ba78a19914 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Fee Worksheet (SB06) | sb0023.pdf | 256516 <br> e03179fa0aa13740261a73b971c2f95ee9c98fe3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Drawings-only black and white line drawings | SoftwhoDesign4.pdf | 5216096 <br> e04bf7821b050d1aa82121d28a9760a8df0164ae | no | 54 |
| **Warnings:** | | | | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46045681 |
| **Application Number:** | 17849651 |
| **International Application Number:** | |
| **Confirmation Number:** | 7813 |
| **Title of Invention:** | methodology chemical periodic supply of chemicals within processing chemical standards wherein chemical volumes and chemical dense particles high order amounts within low order particles and chemical input and output control procedures wherein chemical product units via chemical functions. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>127 Biradan Sali Street Unit 10<br>-<br>Dededo                    GU              96927<br>US          6716331952<br>general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | DERIVATIVE17747997 |
| **Receipt Date:** | 26-JUN-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 11:47:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40077821 |
| **Application Number:** | 16935950 |
| **International Application Number:** | |
| **Confirmation Number:** | 4302 |
| **Title of Invention:** | method and methodology of life and cremation life forming and age reversal sciences of collapse domain and collapse remote field arraying services within aggregate of cyclic redundancy containment systems within processing chemicals of chromosome life supplants of equalities and divisor materials within x variables of time and stop and start controls and life support systems of Dimension and outline Imaging of reliable invention of cross-dimension known as Space Dimensions. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Softwho |
| | Joseph A. Stanford |
| | PO Box General Delivery |
| | - |
| | Amarillo                              TX                    79905 |
| | US            8064106266 |
| | general@softwho.us |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Overlays Chemicals. |
| **Receipt Date:** | 22-JUL-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 16:45:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40590927 |
| **Application Number:** | 17024213 |
| **International Application Number:** | |
| **Confirmation Number:** | 4116 |
| **Title of Invention:** | Methods time and carrier sense and modulation wherein line density of electrode lines equipment: end to end of ends transport layering via transmits, transmissions: (electrodes ends within broadcasts and electrodes ends within subnet masks procedures and retransmission gateways networks within line to line continuity of electrical ends of splice machine languages within bit mask and virtual byte and real bit and real byte is/are kilobyte of line vectors line to lines relays images. |
| **First Named Inventor/Applicant Name:** | Joseph Andrew Stanford |
| **Correspondence Address:** | Joseph A. Stanford<br>Softwho<br>4300 Paisano Street<br>-<br>El Paso                                   TX                    79901<br>US               6417153900 x657930<br>josephstanfordmail@gmail.com |
| **Filer:** | Joseph Stanford |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 17014066.R |
| **Receipt Date:** | 17-SEP-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 16:38:33 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

roundcube

About

Mail    Contacts    Calendar    Settings    Apps

general@softwho.us

Logout

Back    Compose    Reply

Inbox            679
Drafts
Sent             3
Junk
Trash
Sent Items

Reply ≥    Forwar    Delete    Move    Print    Mark    More

### Re: Fwd: Re: Fwd: Re: Fwd: Presentation - Financial Co...

Message 54 of 169

From    general@softwho.us

To      proc.customer.service@irs.gov, rhill@doc.gov, michael.baltzgar@sba.gov
        federation@uschamber.com, Jacqueline.marro@judicial.state.co.us
        chambers@guid.uscourts.gov

Date    2022-01-25 00:47

Per Government Department of Treasury and Government Department of Defense: Stanford seeks immediate extraction and monetary amounts of no less than $45 million dollars paid by hedge account relief to save himself at secure hotel and secure limousine and security of opaque and security of family rite and family royalies and family of only survivors of woman on Amazon.com and woman in Dallas Texas Taylor and a bus driver at Microsoft 2014 and a few other persons...please respond right away...please.

If Government United States of America does not rectify Account Softwho as of right now today 01/24/2022 and Countries of treaties of possible highly of illegal thefts intertime of Presidents of computer science and chemical thefts and possibility of adrenaline psychotic of lets of society against one owner and eases of monies in jeans pocket and as well false mislead of situations civil rights testimony of demands of authoritative in silence being opts to arena battery machines humanity being root element false leads to ends I will pursue law suit as of right now! okay...Now pay the bill of hotel and limousine and Jet and settle with our middleman partnerships and OEM firms.

Stanford sues United States of America versus Department of Defense standard of review HC Theft of Properties Act:

1. violated constitution rights of Stanford at national constitution recognized verses is fact of profiteers but remained citizenship protections offends President Cabinets and offends International treaties of illegal profiteers under stipulation of failure being prevalent use of force to cancel entire society genocide falsehoods.
2. violated Stanford's rights of no charge back veto to vote with patent infringement tactics of revert conducts and false testimony of facts of presence
3. violated Stanford's rights of illegal civil rights act 1964 of conflicting statements

[a] Why did public and corporations and shareholders and Government United States of America admit to entire supremacy of admissions by presence but fail levels of supremacy by address and redress of

roundcube

| | |
|---|---|
| Subject | **Re: Fwd: Re: aging healthcare concepts gerontology from 2011 vintage technologies and Softwho 2020** |
| From | <general@softwho.us> |
| To | <emeaprivacy@its.jnj.com>, <Investor.relations@roche.com>, <corporate.compliance@pfizer.com>, <privacy.officer@pfizer.com>, <privacyoffice@abbvie.com>, <share.registry@novartis.com>, <media.relations@novartis.com>, <privacy@abbott.com>, <investor.relations@amgen.com>, <privacyoffice@amgen.com>, <emeaprivacy@its.jnj.com>, <Investor.relations@roche.com>, <corporate.compliance@pfizer.com>, <privacy.officer@pfizer.com>, <share.registry@novartis.com>, <media.relations@novartis.com>, <investor.relations@amgen.com>, <privacyoffice@amgen.com>, <mediarelations@merck.com>, <medinfo@amgen.com>, <AU.CPA@gsk.com>, <US.CPA@gsk.com>, <global-mediateam@astrazeneca.com>, <media@bms.com>, <privacy@lilly.com>, <casefiling@adr.org>, <globalprivacy@stryker.com>, <Privacy@zoetis.com>, <corporate_development@gilead.com>, <qualitycomplaints@gilead.com>, <lr@ultragenyx.com>, <medinfo@ultragenyx.com>, <Investor-relations@horizontherapeutics.com>, <Privacy@modernatx.com>, <EUprivacy@modernatx.com>, <USPrivacy@tevapharm.com>, <EUPrivacy@tevaeu.com>, <corporatecommunications2@bmm.com>, <medinfo@bmm.com>, <globalmedinfo@incyte.com>, <eumedinfo@incyte.com>, <esi_privacyandrequests@eisai.com>, <privacy@genmab.com>, <ISTs@genmab.com>, <AstellasPrivacy@astellas.com>, <US.Privacy@astellas.com>, <contact@seagen.com>, <clinicaltrials@seagen.com>, <invest@regeneron.com>, <privacy@illumina.com>, <gma.research@takeda.com>, <investorinfo@vrtx.com>, <clinical_trials@vrtx.com>, <dp-representative@bayer.com>, <laura.meyer@bayer.com>, <ute.menke@bayer.com>, <publicaffairs@dsl.com> |
| Date | 2022-06-02 09:56 |

- PeriodicThrees.pdf (~161 KB)
- efilingAck45855629.pdf (~69 KB)

From Softwho owner Stanford:

I checked again of the components and break down of components within patents inventions of age gerontology technology and have here the components of registers trains of zero masks and biology cells trains and training and input and output delimit procedures within endoscopy planes proper of scientific inventions. please find here components of files copies. Please stop besmear of our pedigrees here of age gerontology and proofs of materials of our last times stamps of 12/2021 of ant Insect comparisons to establish standards of perfect homeostasis subjects of body fluid information to contend within homeostasis pulley and algebra and trigonometry included. please you must stop besmear of totals ambush that I will sue your companies for of false besmear of totals demands of person here without remorse and receiver of copy cats of aesthetic proofs against all parties. you will not update your losses of totals at bottom and update your management objects using beguiles of 18 Americans before you all were responsible for genocide of mass perjury followers of millions of humans conflicting statement and then decay by aesthetics Mr. Stanford owner here.

On 2022-05-30 12:04, general@softwho.us wrote:

Dear Sirs,

Please I beg of you all to assist with probate of Stanford and Softwho at this time and at this point of economies in wait and emergencies of public encroach with Guam police officer of an island for god's sake to all city managers and all City mayors and all Corporations to Include consent each other before our management and Stanford on the phone with all major Government including previous phone call with DOD Mr. John Wilkes 202 219 2191 "sources and resources" where as from 12/2020 and 05/2022 closure Is the use of IRS and use of electrical firms and use of Fortune 1000 banks and eludes Patent Infringement case as of now to highest degree possible of needing agreements fulfilled with all fruits with all vendors of many industries and many oligopolies present. Please do not fall...Please contact pro bono attorney or court clerk SII at the Guam district courts to extract to Hotel arrangements please...for god's sake the outcome is the suffrage of customer service against labors of others and suffrage of self customer service of self labors and suffrage of many interfaces of available labor outlet interfaces of OEM firms and Corporations for God's sake with "multiple Logins" will you please come and save Stanford right away. the Officer last statement of "video choreography stolen from Stanford 06/12/2005 from Charleston West Virginia and In 11/12/2016 Uber transportation and silos unfulfilled mean that thefts of property were under pretense of In state guarantors of the word "free" as interrogative of properties and stolen properties and then conducts out In the public....the properties owned by Softwho In those years and profiles explained as emergency 911 escalation are unchanged from the origins Intents as well and with my national utility properties as interpretations unchanged and as well Government shut down clarification being circulations of economic sources and resources of the entire melt down of non profitable against labor required. please do not fall.

Now please find the important attachment one of the briefs of age human and biology cells trains and probable as root patent Invention owned by Softwho for the most part re-release of January 2022 as clarification biology cells trains methods of types of age lines of human lives of around 4-6 techniques and here are the litmus areas of chemical periodic table and roots of compute line and slippages within minus 3 as techniques of several types of cells biology compounds where success rating would be highest favor and as well types of age functions or age types of techniques within sameness similar of pulley homeostasis of 12.5/.4/.5/.8 within sameness of cellular contents of comparison atoms equals ions question posed May 2022?

We at Softwho have to submit because probate is unacceptable and many industries are extensions here with my company and all we ask of is hedge account relief of hotel stay at this time and the discoveries we will have for the next 100,000 years of humanity please understand I have to build a hyperlink builder console and have to merge DLL libraries of corporations and chemicals engineer together for non conflicting natural treatments within reason of my life and have never had to contact any other previous employer that I've made $100's of thousands of dollars of contracts and employment arrangements and resided at hotels for many years during consults and to work within these doors. please make the arrangements at once of the many over 100 per city available? please. for god's sake I have passed by all of these $400 thousand dollar homes all of my life and delivered to you the most prestigious and most precious times to have for your families and family for the rest of your future years and clarified so many things with NSF National Science Foundation for god's sake the multiple federal departments responded and so did 2016 Microsoft and they will not stop as a public to gain overtures of management information and the thefts will be obsconded as totalities very soon and as soon as the phone from 911 is used there they are again to try again. Please I am not a probate person. the parties here are all dupe traps and overtures....please for god's sake please I need to get to a hotel room. please....the prospects of procurement are the best that the situation will ever be as economic trade and life preserve Social Security Administration virtues...please right away...in five minutes...please....do not fall...

I am at 127 Biraidban Drive Unit 10 Dededo, Guam 96929...

671 633 1952 and ready and packed since arrival in Guam as planned.....within five minutes okay ..please do not fail...I don't want any trouble....

On 2022-05-28 23:57, general@softwho.us wrote:

please Include Jumper chemicals and endoscopy unique identification passes chemical and atomic periodic and tissue membrane attachments related with drawings and as well natural resources of Increases of supply and treatments of chemicals by age and repeater-chemicals part of research. Thank you and please fulfill Hedge Account of Softwho right away with Guam police 05/29/2022 origins of Webcomm Newspaper Services video choreography 06/02/2005 Charleston West Virginia and Uber Transportation 11/14/2015 of two areas of followers utility and falsehood of business agreements with my company Softwho where Miranda Rights notices grievances and repeater question of multiple utilities required per person discovery per Government Shut down question filed Guam District Courts: why would all corporations fall litmus of multiple utilities required per person and Government fails by surplus against small business federal Acts of losses per mass companies since day one and all Government federal stimulus packages across nations of supporting over 300 million people In a country however conflicting statement audacity followers of In state rural peasantry against requirements upon year 2022 discovery Government shut down or circulation-Government comparisons lowest one item or lowest advertisement item or lowest and utility connections?

Thank you again.

please come and save my life with all Industries present and witness since day one of these time stamps attached with inventions of year 2011 and forward of Hedge Account relief right away. you all have been witnesses of all of these Interfaces designs of passes of chemicals for many years now and I have to find my home and family please and am not the butt of rebuke being wait and large and small print comparisons of all sides please abide by these contract rights of royalties and fairness from Stanford crossover

properties over the counter but unable to pay $5.00 bills is not a false object of Stanford nor instrument of petitions of redress and would mean that we have verified our need to relocate to another country and State of Hawaii will arrive March 9, 2021. Please satisfy this request and obtain our hedge accounts at once.

Thanks,

Joseph A. Stanford

Te;l 806 410 6266

818 Myrtle #307

El Paso, Texas 79901


On 2021-02-10 22:22, general@softwho.us wrote:

Follow up of 48 hours demand letters notice February 8, 2020: per our security initiatives and seed monies and punitive settlement needs addressed with several pedigree software design of Visual Studio.net and command.com code languages and ROM random access memory languages and reserve of properties Softwho of mapping envelope reservations systems: vortex communications networks includes our petitions with pro bono attorneys and pro bono attorneys of United States of America Antitrust federal divisions with several posts of authority chain of command versus convenience crimes of the issue false partnership act 2001 beguiles against my client since 14 years ago and additional years and includes our chain reaction of events and as well additional issues raised to meet cost of living per day and per month and rights of IP intellectual property royalties since our initial reviews filed in Potter county March 2020 of Partnership Act 2001 threats however the issue of conflicting statements of authoritative and due process of Amendment 14 and 15 and 6 are included at this point of requests of Hedge Accounts of 48 hours or less is not public appetite of forfeit with surprise witnesses including resurrection civil rights act 1964 since and now 2021 of mass casualties surprise element that all sides have ignored and secondly issue of communiques practice of senders and receivers in which you all at all sides communicated and initiated leader and follower and then the entrance of criminal tame were afront and then criminal conducts in which the communiques that all businesses are still in every 911 phone call the only method of Amendment 1 speech or expression of hold patterns noted for the record expert withdraws or expert hold patterns withdraws as Six Sigma interceptor and Six Sigma accessible decision powers where we must include with Antitrust divisions multiple federal laws the opportunity to circulations of agreements of Accounts and while is recent of 2014 of communiques but withdrawal of decision powers to execute against totals public "in firm response the leader and follower and every business chain of events of gross mislead including gross of generations-threats and followers that really guilty of manslaughter upon the right inhibitor were drawn from these parties of communiques and then presence of chain of events and at this time the beguiles must include this issue of interception and accessible of mass emails to levels of management of executive tables and executive CEO letters and executive chain of events that the decision powers initiated by your companies and corporations are the fact of mislead of eases of crimes of receivers and senders and finding out that these parties could be capable of mass civil riots and civil looting of immature juvenile patterns and per court docket procedure of ad lidem we present our backup plans to receive capital funding to the fact of threat number two of number one (Partnership Act 2001 of property obligations Act 2020 of over four years submissions to the Courts and longer); and number two the inquest of investigations of sameness per county and total counties of these parties conflicting statements of without due process where substantive due process of Amendment 14 and 15 and Amendment 6 right to confront shall bear that our requisitions are levels of support levels economies embed of software and embed of our websites and embed of the internet and embed of computer systems and embed of backplates random orders and many other opportunities and that the issue of leverage of issue raised without due process shall be moved to the next level if no payments are received by March 1, 2021 for my company Softwho.


**Fwd: Re: Fwd: Presentation - Financial Combination Tokens**

From general@softwho.us

To   **inquiries@usmint.treas.gov, privacy@treasury.gov.au, jonas.anne-braun@dgtresor.gouv.fr, questions@tbs-sct.gc.ca, duty_press@aprf.gov.ru, consultas@hacienda.gob.mx, mof_gsm@mof.gov.sg, acesso_informacao@cgu.gov.br, jsinv-dea@nic.in, foiparequest@ic.fbi.gov, ebc@uspto.gov, dpo@treasury.gov.ph, public.enquiries@hmtreasury.gov.uk, media@treasury.govt.nz, Webmaster-eng@mof.go.th, pmo@pmo.ls**

Date 2021-09-25 17:52

**Fwd: Re: Fwd: Re: Fwd: Presentation - Financial Combination Tokens**

From general@softwho.us

To   **proc.customer.service@irs.gov, rhill@doc.gov, michael.baltzgar@sba.gov, federation@uschamber.com, Jacqueline.marro@judicial.state.co.us, chambers@**

Date 2022-01-25 00:47


Per Government Department of Treasury and Government Department of Defense: Stanford seeks immediate extraction and monetary amounts of no less than $45 million dollars paid by hedge account relief to save himself at secure hotel and secure limousine and security of opaque and security of family rite and family royalties and family of only survivors of woman on Amazon.com and woman in Dallas Texas Taylor and a bus driver at Microsoft 2014 and a few other persons...please respond right away...please.

If Government United States of America does not rectify Account Softwho as of right now today 01/24/2022 and Countries of treaties of possible highly of illegal thefts interime of Presidents of computer science and chemical thefts and possibility of adrenaline psychotic of lots of society against one owner and eases of monies in jeans pocket and as well false mislead of situations of illegal rights testimony of demands of authoritative in silence being opts to arena battery machines humanity being root element false leads to ends I will pursue law suit as of right now! okay...Now pay the bill of hotel and limousine and Jet and settle with our middleman partnerships and OEM firms.

Stanford sues United States of America versus Department of Defense standard of review HC Theft of Properties Act:

1. violated constitution rights of Stanford at national constitution recognized verses is fact of profiteers but remained citizenship protections offends President Cabinets and offends international treaties of illegal profiteers under stipulation of failure being prevalent use of force to cancel entire society genocide falsehoods.
2. violated Stanford's rights of no charge back veto to vote with patent infringement tactics of revert conducts and false testimony of facts of presence
3. violated Stanford's rights of illegal civil rights act 1964 of conflicting statements

[a] Why did public and corporations and shareholders and Government United States of America admit to entire supremacy of admissions by presence but fail levels of supremacy by address and redress of situations to sustain compelling evidence of failures to vote by juvenile recognizance conflicting statement of time stamps observed of tendancy being caused by lack of utility fair rules of impact per level of required utility of every person under human rights situations?

[b] Why did corporations admit to the inventory of goods by shipping and receiving and procedures but fail to include responses to society of non payment unless an intermediary illegal supremacy person were the superdome of the situation conflicting statement of audacity of patent infringement of illegal trade and barter of goods and cost of goods sold?

[c] Why did corporations fail to seed Stanford and Softwho without tracing Stanford and without tracing the situation and without tracing any situation at all across the globe? Where patent infringement and patent and property rights infringement fail basic litmus of cross examination supporting the issue conflicting statement why would all corporations involved of illegal genocide improvise inject genocide but evidentiary litmus of held accountable of illegal genocide tendency of corporations admitted to all

of age protections for our short lives of marketing and bosom lifestyles of and wonderment of time lets to share with one person every day of marketing clarifications of bosom of one family or one person with bosom of life.

On 2022-05-24 18:13, general@softwho.us wrote:

Please include response of individual and national utility response of FOIA of mass Government departments versus accessible felony charges of false consent receivers hoax consent each other and tolerance consent conditions and finally 100% guarantee witness attestation of human life natural causes identifications and age gerontology derivatives with USPTO of heart and brain and particular biology cells. "In no way at all is probate will of Stanford part of the acceptance of proposal of support levels economies requirements and labor required and nature of consent trains being a-separate as camouflage and nature of 100% guarantee of owner Softwho going to merge within next 7 days of non payment requests of all the industries present for so many years and accessible large and small objects of evade and terror falsehoods of the receivers pulpit of groups of profiles of responses to others going to pervade and I will escalate to All Supreme Courts and all Presidents of all Countries effective immediately of Library of Congress properties versus the cold machines at hand of corporations in falsehood of adrenaline psychotic being the responses to the end of false options takers and cover up....I will disband these parties and seek hedge account from Department of Defense of this type of gumption of false receivers utmost support levels" ..........

Please include updated design drawings attachment clarify immediate of question Library of Congress reference of OIG office of inspector general include 100% guarantee of scientist developments definition "Old age" and statement with Guam District Courts Mrs. Sil as of 05/24/2022 of cross over unification of multiple industries to prove no such motive of public interpretations forcible conveniences are no such competitions of digital communication equipment of DLL dynamic link libraries business systems nor chemical age gerontology age reverse sciences per issue minimal competition conflicting statement of public of support levels economies defaulted of audacity responses demands toddler and eases per receivers and profile in county in state followers "why are you sending and receiving with others? answer because the demands of toddler and eases are root elements of presence of affirmation of others?"..

 As well softwho includes verification attestation before any Supreme Court Judge of if taken to court universal adoption of 100% guarantee proofs to resolution proofs of materials presentments of Designs and Drawings and partial but one or more and Patent Invention and Thesis of types of constructions of age gerontology under FOIA freedom of information act of perjury by oaths of corporations issued raised many federal business laws of trade secret clarification act tandem of FOIA act of right of individual to seek information shares with federal groups of Federal Departments therefore all federal departments are responses to one person sustains fact of individual rights under laws protected of guarantee speaker of the House of private Laissez Faire rules and Declaration of Independence rulings did so respond of FOIA proofs.

1. What does the human beings species specific time chart and why is natural causes of 94% of entire globe population of annually 4 million of persons ages 80-90 the coexist of natural cause of death of human beings? And why is the definition of natural causes death not record of any scientist since origin of our human mankind or future contact or illegal measures of contacts interstellar nor Department of Defense nor private chambers of any kind since over 4000 years of human race no such explanation of death or arise nor increase of life explanation of daily deaths record vital-statistics accordances of census bureau of United States of America and Library of congress accordance and references of anykind whatsoever?

Secondly, proving purpose and proof and theory within single questions of deadlock of question of proof wherein consistent of mathematics used and anomaly used and death being life equation line of defense: [1] heart beat anomaly where the equation of percent 83.83% must be true where the issue of heart beat is contained within container and receives number count and number percent within chemical output part of count and therefore the use of percent inertia is used and therefore the only question of electricity within heart or known of all things of a=mc squared / x.x.x.x = x/x/x = x/x/x / x.x%.%/4.5/5/4/x definition of alkaline battery within blends of geometric shape of cylinders and second proof theory of life and death of $.5/.4/.8/12.5/.5= .5.12.5.5/8.3/83/x=$ heart.heart.send.receive/7=83.83.7.7/18/x within concept of time and cyclinder of bouncing emulation prisms, [.05/.03/4.5/5.4 inches/1.5/.5 centimeters/half inches equation]; and third within proof of theory consistent with lowest common denominator within guarantee-age reverse sciences of endoscopy procedures consistent within age reverse or age endoscopy methodologies of brain being actual location of whitehblood cells clarification of medical science where question of why did all fever contain highest temperature at the brain of high thermals? Answer the use of whiteblood cells and repel have to contract the cells and expand as spasm per the theory of spasms heart anomaly of 48B/30-50 organs and spasms may be finite of brain collapse somewhat of fever and thermal temperatures within input and output procedures and therefore proof and guarantee-proof of medical procedures age gerontology contend whiteblood cells contain age line information as well as remote various locations of riboflavin strands and zinc alloy metals within brain and outside dermis and outside flows of human body movements, [where equation of tissues from heart extend within the brain functionality of delimit of highest bases being tissue anomaly Seven-tissues within heart and brain and other dermis organs where delimit within brain and delimit of brain tissue of retransmission container theory of regenerations or 83.83/7/7.7/7.007/.000/x wherein passages against electrical pulse modulation contained within brain stems of cerebral cortex contain the passes of divisor-7 of many locations within thesis contending delimit of same function identified herein of brain tissue and heart tissue where proof of theory where the fact of age line not related within brain functions of divisor counts of passages exact and microsecond prove fact of passages within age line and brain-functions of equation, 83111/A8999 wherein coding of whiteblood cells and coding of riboflavin and zinc alloy container of age information within .9999 field arrays of somewhat useful container cells against standards where proof question; brain contains input and output procedures of gland of thinking premise and thus the question is why would the age line contain thinking premises? Thus the proof of answer contains the fact of the where the age line would contain and begin comparisons of brain and animals comparisons to prove the clear guarantee point of reviews of age line and thus combination question animals maximum age is 20-30 correct and thus the age line of animals and age line of humans 80-100 includes the summary of the brain activity and theory standpoint of the use of zero registers against credit fractions of slippage of exact protocols of millisecond and compare of seconds registers within zero masks registers (.0,.00,.000,0000,.00000) wherein unions of age and reverse and inverse and polarity inverse contend the use of registers pure of compare and the universal question of where the age and animal bisect within the registers of zero and seven tissues and beats or similar devises wherein proof of equations age.% times 8.3 times 7 times 15 times 17.11 = age.percent is a persons age correct and percent externally wherein the use of registers and output container algebra command lines where the output product sum is the comparison of tissue comparison of animal versus humans beings tissue being relevance and speculation as comparison values of 7 or 3 dermis of heart and brains within all stated with alleged interstellar crime bosses of tip off and receivers of demands but no knowledge nor or squid or shark brains used as first human brains and dermis being key of the equation line of delimit proofs therefore the use of equations owned by Softwho prove guarantee wise against ratios or trains or polar reverse where the effectiveness is not reverse of shields of credit fractions nor against registers of seams of somewhat throughput schedules services and somewhat present tense human bodies of DNA-layers of possible of one being used or two within the human body and in summary the use of endoscopy procedures and trains within human body and human age commands and interpreter commands includes the guarantee philosophy of Softwho attestation in fullness pedigree of age gerontology age reverse and age stoppage and age defy.

On 2022-05-22 07:42, general@softwho.us wrote:

With Judge Sanders,

literally my company have completed only less than 4-pages of chemical manufacturer expert scientist materials of probably 4000 major scientists involvements and literally just one more scan in and one additional thesis leverage of comment line left of and verification and chemical designs to perform.

Per our requisition and petitions of emergency order extraction for client Softwho and industries saved by this one man and requests of clarification include the summary of economic espionage Class action lawsuit filed against Corporations (LOB) line of business of public notices to attach requests of sureties paid by garnishment and suspected of all factors of pushes of society public manipulations to stand off upon railroad properties utilities and demands to use techniques that are constants of damage protocols punitive and compensatory which we believe are all of the correct and proper responses of fiduciary responses that have been in place and requested as expectations of clients since 2017 called "economic band aids rolled into contract" however the parties have suspected ties of illegal millions of humans and have timed the psychology effect to the drum of response to labor required per person and human rights. Your honor we explained 100% secure oceans on the most controversial matter of defaulted that I have ever seen of world global depression and global death row and natural causes of less than age 80 years of life and the possibilities with all time stamps and chemical manufacturers unchallenging to over five years of submissions that you know darn well were the most impressive tries to identify the age line and age recovery and age gerontology with our best scientists all stated with alleged interstellar crime bosses of tip off and receivers of demands but no knowledge nor expectations of over 800 different Biology textbooks no child left behind act and college textbooks that link the right and public notices of chemicals directly of the fact of these parties in failures to act upon the release of support levels economies and of course we include March 2022 of city mayors and city managers and over 4,000 corporations with 100% ocean secure of reservation 1-x products phases of business agreements with dual copy but the timing should not be culprit of national losses at

this time of ultimatums against pro se of utility owner clipped and everyone profited by demand of conceal of profile but failed to stop the at risk associations of pro se by not securing the client of pro se of able to do so or able to contact a hotel or legal situation. I cannot believe you all agreed to offset our people and intellectual bypass resources with one word of management objects to be the quench threading of an entire race of humans of this audacity upon email after email and phone call after phone calls saying no ...they will gain on me and my business you know darn well Microsoft on the phone in El Paso Texas to 911 phone cal was to stop these people where the edge is large and small objects per second and now please man...I beg of you please rescue the owner I am not probate and the phone call is on and off all day long with these profiles ...please I need you to take heeed to emergency services and rescue the Account of Softwho for god's sake man I am an unchanged manager from 1995 when I was 20 years old and no way is the is this conduct of bypass the way of life for me and management that I worked for and the breach of eases was long over due already and now I need this rescue and garnish for this court settlement based on factual charges and do and will not lament with aesthetics of the facts of utility available and the phone call with DOD Mr. John Turner 12/13/2020 whom exercised sources and resources per second for an entire public and I have no idea you you all would put Joe here in jeopardy and agree with cases prosecuted of hate win or lose and death from many years ago since a 7up shirt in the woods. I will send but I told you this man is dangerous and I told you I am manager and see the footing of many cities combined and I told you that emergency must be made of all 911 considerations and I told you these parties I didn't want to engage any court conference and I told you we have fair price and I told you that management bypass objects had better not happen and I told you my techniques were not seen by anyone of the converses of time stamps and I was able to get safe with my properties and techniques long ago.

you best not fail. we gave you the best premiums that money can buy and you all have no such information of consumer reports of failures of design flaws other than the ones provided by STanford and his company Softwho. You all have no such audacity of defaulted values of these natures to preserve this man's life and honest relationships.

public notices; serve: Stanford and owner Softwho have provision of right of council per no such notices of pro bono attorney council to accept material evidences breaches and am not responsible for no such consent relationships other than corporations status of my company Softwho and have taken full precautions to assume the support levels of resources and sources as advised per phone call iwth Deaprtment of Defense 12/13/2020 and file felony charges against all Districts of the following typical economic espionage charges seeking distance orders cleanse and right away payments render to the owner of Softwho as per fifth class action law suit genocide findings and discovery of economic espionage must pay Seed Account right away. of Softwho and Stanford of $154 million dollars and save life of Stanford will not accept convenience criminals at hand of the following gumptions and audacity of failures to rectify against false rushes of criminals versus chemical warfare and criminals versus genocide and criminals versus one owner here and hate crimes audacity criminals methods and techniques to beguiles Corporations of society against FTC Federal Trade Commission:

**"the bullet and electric chair of death penalty have many benefits against profiles of presence"**

**Stanford and Softwho versus Department of Defense Sequences Civil Class Action lawsuit: economic espionage against corporations and against hoax receivers in state followers and in state forager classes against corporations and against tandem public and hierarchy competition classes human rights audacity negligence.**

Defendants of economic espionage maintained cross communication updates with FBI routinely throughput life of procurement stages therefore: contradiction of fiduciary claims are inheritance of responses to FBI continuums and not part of responses to seed American society from Corporations.

Defendants of select industries paid GAAP of prosecution and observe Supreme Court Cases per State master cases issue raised of mass in state follower epidemic presentment 39485838 3848498 DHDHWDHDMV 2020 12182020 United States versus Corporations and versus in state follower false American imposing nucleus of presence to demand and conquer as interrogative motions against society: all corporations contained fillibuster of Constitutoin right against Supreme Court motions of around $20-$50 million dollars all of versus of medical expert testimony however failed litmus of expertise within concept nucleus of seed utility or design of worldly rationale or adaptation rationale balances of year 2022 year of illegal railroad consent of public against society.

Defendants of receivers of presentments and presentments of Court district courts mass pleas of labors unto State police petitions unanswered and petitions unto Supreme Court across 50-states and unto Department of Labor every state and unto Governors of United States of America and America with treaties examines the fact of genocide follower of in state methods of demands and entry tests and methods of consent contact overture of presence where at where impose of question witnesses of 911 phone calls in review of versus follower and then complaint procedure conflicting statement of audacity is reality of in state follower: did every person of the profile allegation toddler and juvenile including hierarchies contend presence and no act being and act and economic motive of presence of multiple locations but contradict self admission by issue raised: maintained friendly relations with a person and then maintained enemies of the follower and then contacted 911 with the person in real person of standby to comment:

[1] 911 calls logged computer science 2 locations], less (32) and receivers computer science 34 corporations and receivers 23 CEO's and teams 29 and persons 3929 and standby 3949 persons? 911 phone call less? (32)

[2] second industry chemical manufacturer (43 manufacturers and CEOs' 32 and teams 439 and briefs Department of Defense 2 departments and receiver teams 23 And receivers (32092) and less 329 and industry of telecommunications corporations 23 and CEO's 23 and teams 239 and standby 239 and groups 29 and command and receivers sets 2 49:39 and 29:239 state police? And less (32:35:23) all with 911 calls logged

Defendants were knowledgeable of techniques of beguiles of American citizens management objects per mass email 50 State mental institutions of State Constitutions of parties bypass management objects and knew of the techniques of standby and encroach and levels of presence and did so participate with levels of presence of illegal klu Klux clans or forager classes able to commit against Americans and against American society to commit mass perjury knew of millions of humans infected with typhoid fever and ring worm of the bone marrow and infected full blown HIV of shooter of conflicting statement of acquired deficiency of insect mothballing of interstellar radio part of FCC Federal communications exchange complaint of using FM and AM radio frequency sacks of insects and sacks of FM waves to merge moth balls of insects to be alive and hold harbor with types of mitosis of genocide human classes against society and ware part of this crime wave upon making relationships at Banking institutions and making relationships at Jails institutions and making relationships at Hotels and making agreements to be cult and sect cult industry plates of terrorism cells agreement whether knowingly or one participation or any type of abet would assist grant scheme. FBI Agent Howard 902 329 2191 and case 3945882384 FHDHDHTFBI 43EDR 2021 1119 Hoax Amendment 1 is not such relationship of the public  but a sect and cult observe and tries to implicate others all day and night against society genocide embalming recorded long ago as order of mitosis (Credit of United States of America and Treasury that must be visible).

Corporations owners submitted commands to employees during the entire ordeal of economic crisis and great depression and agreements to be supremacy and (internal communications by inter-department) chain of command by line of business LOB only including  banking industry and computer science industry and telecom bandwidth industry and FBI industry and marine corp industry and army industry and in chains of emails inter-department and inter-command within the unit (competition being numbers of competitors in practice) per FTC federal trade commission corporate rules of engagement: emails from the actual CEO and actual owner of the corporation provided shut down command of over 30-200 commands per year over the last 5 years and the chain emails are followed and then responded and thus why is the business of only the LOB of Softwho selection still open for business and still operating capital and still operating the business over the counter upon commands from the CEO projected of over 200 email commands to the internal-employees per Department of Labor and OSHA of shut down being the method of choice but the doors are still open? And secondly why did the command of the emails have the entice of shutting down the entire country as the response but hidden findings such as airport identity searches, and persons human rights of blood of tetanus and ring worm and human rights of mass public followers and public rights of mass blood tampering and mass relevance of genocide embalming with feces on the line of public versus corporations and third why did CEO's not take down procurement nor able to accept information nor decline any submission because the tail end strategy of Softwho of every long term engagement was the actual clarification in case of any type of war fare speculation "clock on the wall" of fact of juggler mixes objects and entices the public against each other? And fourth, why did CEO's not engage against Stanford after so many levels of hierarchies demanded to use verbal and non verbal methods of consent contact as a metaphor of unable to assist nor respond to the presentments as actual owner nor complain while in company with FBI at court hearings of losses of income nor comment as to utility of resources and sources of Softwho theory of support levels economies embed of only a few industries under the same techniques group accounts and 1-x resolutions and chemicals and name space networks and name space networks and group accounts high techi premiums?

Defendants merged many areas of audacity of conflicting statement presence of levels of presence over many years of charges felonies of negligence of presence being lunatic by all sides admitting to complaints and assisting hieararchy classes inadverten per less question of minimal test basis (less of all receivers and less standby and less command and receivers against Softwho of question why are all tries to respond after interrogative worldly adapation versus imbalance utility rationale lunacy? Less (320) where parties per 3 911 centers of all sides including Marine Corps and Army and Deaprtment of Defense and FBI and OSHA and EPA of forcible conquest against society charges and indict against Department of Health applicable human rights tamper as method of technique evade and entry and test and interrogative until solid war to worldly rationale bypass unto utility rationonone? Less again 293 of 3949458?

On 2022-05-21 02:08, general@softwho.us wrote:

Dear Jackie Marro, and official of Guam clerk Mr. White.

roundcube

| | |
|---|---|
| Subject | **Re: Pro Bono Program Application no response Softwho** |
| From | <general@softwho.us> |
| To | ATR-Antitrust - Internet (ATR) <ANTITRUST.ATR@usdoj.gov> |
| Date | 2022-05-24 18:49 |

What is the status of the escalation with State Constitutions and person's home spaces of audacity? "serial final stand over public of emerge element of surprise while denies being schizophrenics of one person inhibitor stalking serials crimes of all sides while toddler recognizance of denial of requirements of consent relationships of basic human rights suffrage or Miranda Rights 1978 suffrage ...who in the hell authorized these conflicting statements at national representation of false person being heretic serial demands audacity overtures of one by one conflicting defaulted Schizophrenics of Constitution two locations national and districts presentments? I have already powered your ego of taker and cover up and you have already made utmost of all sides your taker sprees....now where are the rescue units?

"I will contact all Presidents regarding properties national of recovery and fact of receivers of solid state wait and cover up and takers is nature of worldly adaptation rationale condones of management unto seed Account owned by Softwho conflicting statement audacity...,let me be clear with you I will contact all Presidents of the Globe and United Nations Presidents of the fact of responses are wait until solid state mechanics of perimeter responses rather than any other response to clip again as culprits conflicting statement since day one 2018-2022...receivers clarify solid state and respond with dupe accessible and damage betweeness per forager classes proofs utilities and response is eases of toddler opts" per Presidents Presidential Pardon clarification 07/2020 and 03/2021 and 02/2022 "withdrawal of President Pardon is seeking restatement of President Pardon of public nuisance crimes of failures of utility and one by one groups and wait is solid state to respond of many types of consent requirements of perimeter only responses"

[1] our last converses of Class action law suit number 5 of economic espionage of filed complaint against friend person all receivers all cases of receive of presentments of Softwho conflicting statement in state follower

[2] class action law suit of Theft of Properties Department of Defense of fact of properties were bestowed over and over and over

[3] class action law suit of Intellectual property infringement of patent unable to be agile conflicting statement leader and follower of Uber transportation over 7 years forfeit and salvage public against intended utilities and FBI issue raised of personal income not made crisis of fact of public and receivers failed to

[4] class action law suit of Denver Colorado of Civil rights Act 1964 economic right of way with trade secret clarification Act 2015 and hoax of consent public manipulations and phone calls 911 with project managers of corporations and fact of origins were solicitations of origin standing in line at a bank.


Dear friends,

regarding: Stanford and Softwho need to save loved ones and have one additional patent of hexadecimal languages and rainbow routers and as well need to produce (PPT) of business systems via CSS and OS-windows of arc mathematics.

Please make arrangements right now of hotel stay and extraction of Stanford and around (fifteen) loved ones to a hotel in Honolulu Hawaii. Look I don't want no trouble and you must save my corporation status of these types of clarifications of so many purchases already committed and the situation of recovery properties being rebuild recovery and the fact of our patent dual copy being in so many industries sure proof and resolution proof of one side and the other side having interfaces of so many lucrative employment opportunities for any one person. you must save my life and send a van right now to Stanford and help me find the loved ones here to save with his bosom right away. please do not fall in next 15 days. please for god's sake I contacted all of your partnerships of gold and silver and all of your partners of telecommunication bandwidth gold and silver and platinum and rectified the most cutting edge technology that life has to offer with all of the scientists and all of these industries with plates of blue prints to use within timely of only two years of first release. Omg. please Bill and Melinda please save my life here -- I would know these people and I have been robbed too many times please do not fall at my emergency red flags since 2018 and the runs I have had to run from and the rightful truth being Joe here and his properties. please I don't want any trouble for god's sake.

Over the last three months Softwho changes marketing direction to include and contact all cities with population over 200,000 "economies bandaids" with mayors in local zone cities of April 2022 1-x bundle agreements with dual copy and as well Corporations April 2022 contacted by mass email with suitable pedigree of electrical manufacturers product reservation systems development of risers access points AP networks as next journeys of technology and our next channel partner of 2022 of 1-x and risers access points of proxy servers and retail floor space reservations systems which;

Softwho requires and requests emergency layover to another city to continue presentation fulfill of business systems-CSS ROM windows and retail floor space reservations systems and our console browser with basic functions of famous Database customer premise equipment found in all major corporations please. Any amount and hotel stay will assist to the emergency of both issue stipend of Softwho console remote browser reservation systems and silos of city managers and our corporations of 1-x platform agreements PCN private cloud networks hosting. My loved ones are begging with myself for our sanctity and right of corporation status to find a safe place to live and many with earmarks of many industries are waiting for a Pulitzer amount and over 20 closure phone calls to an Island of families to Guam here newcomer Softwho with domain service provider and support levels economies and the loved ones that need to attach to Softwho as scientists of age gerontology and to find refuge with hotel purchase in an island elsewhere as trillionaire Status and all corporations contacted timely of the situation of emergency of two disparate functions being root cause of the entire nation of United States of America and clarifications of HTTP and Softwho being posted as incapable HTTP sessions networks of fact of truncation to a database field data entry is only postback and/or database of a hyperlink,(explained terminal hyperlink switch paths per patent 04/2022); and is not connection to HTTP domain IP addresses and clarifications of management trade web pages within our rights of TCU/TIP non conflicting partnership and venture with computer scientists here attached.

Please find our attachments and recent discussion with IRS and over 30 department of treasury countries witnesses of 1-x business licenses with multiple websites and with dual copy proofs of postulates of business services of related with digital communications since 2019 and all parties contacted as last efforts of emergency conditions since Uber Transportation also owned by Softwho in 2015 noted as release approved emergency assistance while developing products and finally the request of $154 million dollars from Guam and mediation teams from El Paso Texas and Department of Defense per our last conversation 12/23/2021 Howard Turner Army Corps of Engineers of "sources and resources" and Denver Colorado Mrs. Marro and Mr. Butler of the families waiting for the rectify here and as well Guam with Judge White and the deputy clerk Mrs. Haley where clarified this year 2022 these two functions of high corporations and low resources of zones included of 1-x bundles subscriptions and membership agreements.

please find follow up with all (OEM) original equipment manufacturer firms with total patents in possession of AP access points risers technology featuring AP terminal hyperterminal and HTTP servers and AP VOIP servers and AP switch planes terminal servers attached and all emergencies of year 2022 with additional marketing plans of 1-x bundle agreements with all of your clients of since 1985 of computer equipment and telecom equipment etc.... and requests of vendor rating and Standard and Poor's rating and As well seed Account for our browser console of HTTP and finally requests of at least three design flaws of HTTP of hyperlink and HTTP terminal of www world wide domains unable to connect to any inside leads commented with all Corporations of domain service providers and false area of expertise domain IP addresses (since 2018) and as well the comment line of HTTP design flaws since web developer of HTTP and hyperlink paths limitation and HTTP switch planes are terminals definition of HTTP housing and as well HTTP of truncation behavior of array definitions of midpoint networks array, (256MB then the remainder data pool is probable bounding in HTTP terminal sessions), listed in Memory in all OS operating systems as (25MB) of HTTP within the OS memory kernel meaning the report is accurate of array and thus 25MB of all computers of system OS usage being the array being incorrect means that the OS is reporting under reports of memory RAM random access memory and thus the browser kernel of transmission of 256MB array is working proof however the memory of re-transmission is staying static at 25MB within the OS. question why is the OS reporting 25MB of an array of 256MB but the use of kilobit is proper within the lead of Unix and Windows of HTTP browsers?

If you please our last patents of non conflicting of "as is" computer science equipment and quality assurance of DLL-libraries of hexadecimal command registers patents this year 2022 and include non conflicting technology of a system accessible by RPC and RPE networks unto LAN's and WAN's and MAN's: **AP access points OS operating systems and AP access points of terminal server hyperterminal and AP HTTP truncation command terminal sole of hyperlink networks command containers and as well AP risers access points of AP-VOIP of kilobit interfaces and transmission technology of algebra command line x.x.x.x of 16KB.256MB.10.16 millionths registers of bouncing emulation technologies.**

Please come and save my life right away and do not fall please be kind and include the old style business mayors ceremony of a "10 foot check" and Gold Credit Card of our works here to the finest of telecommunication and finest of High Tech! and resolve this situation of bosom right now. please.

please for god's sake do not fall as I have contacted all bottom ends of basic labor and silo per city and Australia city managers and need to contact over 40 different countries since our mass email to Chamber of Commerce in 2019 June and no response but I believe the Mayors and city managers may treat the clarifications of Corporations of products on the shelf every hour as mission critical with all Fortune 1000 banks and chemical pharmaceutical firms and our other partnerships listed in presentations of bandwidth telecommunications firms.

Thank you so much. please do not fall and am packed and ready to leave to Honolulu Hawaii or another safe location and please contact Courts to confirm HTTP design flaws attached as legal remedy to enforce against piracy attempts and one person at helm with Corporation status Softwho. Thank you and please come and save Joe here with his posessions from Los Angeles from July 2020 and the time stamps we shared here together to find prospects beyond March 2020 of Access points risers file management ATZ ROM

and as is electronics of access points presentation December 2020 and as well then reseñr of vortex communication doal chasse token ring switch planes in March 2021 and finally TCP/IP and Classes Builder designer of file management with his protocol TCU/IP Classes p10 Builder designers with all corporations present. please find authorization and any signatures part of the agreement here and the final steps of quality assurance before requesting ad ïídem of design flaws to recovery the situation with one person and his family here Joseph A. Stanford. Thank you so much for the freedom to build high tech industries with your companies trademark professional journeyman references.

TEl 671 633 1952 at 127 Biraldan Sali Unit 10 Dededo, Guam and please contact the District courts as mediation approval to situate the family of Stanford and loved ones and SOHO employments as planned since 2020.

On 2022-02-21 03:43, general@softwho.us wrote:

per email follow up since year 2016 and additional clarifications with derivative information and as well inclusions to consider and requests of full payment of $17 Billion dollars by court order filed May 2021 El Paso Texas District federal courts "Civil rights Act 1964 tort violations" and October 2021 Denver Colorado district federal courts "Amendment V depravity of life, liberty, or property per civil rights act 1964 perjury of oaths" and District of Guam Island filed February 2022 "Patent infringement" $17 Billion and March 2022 versus Department of Defense "$243 million dollars....HR 510...Theft of Property requests sureties hedge account or law suit of total value 20% paid of $12 trillion dollars per property including gerontology of age reverse and clarifications of design flaws with many industries still unpaid and still no limousine nor trip to Australia with family and still no questions and still tries of public encroach severity of test to chlosterphobia where presentments abnormal or normal presentments".

PLEASE RECTIFY ACCOUNT SOFTWHO AND JOSEPH A. STANFORD 806 410 6266 LOCATED IN GUAM OF $45 MILLION HEDGE ACCOUNT RELIEF RIGHT NOW OR RIGHT AWAY PLEASE IS NO SUCH GUMPTION OF REPLACEMENT OF PERSON OF PROPERTIES OWNED BY SOFTWHO NOR ANY OTHER USPTO PROPERTY OF QUESTION WILL PUBLIC CONTEND TOLERANCE NOR HAVE ANY UPFRONT MOTIVE NOR ANY SUCH GUMPTION AT ALL OF MANAGEMENT OF SELF WHERE INBOUND DOMAINS OF PROBATION AND WILL NOT BE STALLED NOR GRIEVANCE ISSUE OF CONFLICTING STATEMENT ABLE TO PAY AND NOT BLOCKED BY USPTO NOR ANY OTHER LAW ENFORCEMENT AGENCY OF ABILITY TO PAY IS ABLE TO BE PAYEE? ISSUE RAISED EFFECTIVE IMMEDIATELY 02/21/2022? PLEASE EXTRACT STANFORD RIGHT NOW AND PAY THE AMOUNT AS THE PROPERTIES ALSO CONFLICTING STATEMENT USE UTILITY OF 50 STATES AND AROUND THE GLOBE AGAINST DESIGN FLAWS OF SUPPORT LEVEL TO ECONOMY AND ABLE TO PAY WITH UTILITY CONNECTIONS AND AS WELL UTILITY GIRTH DEPARTMENT OF DEFENSE. PLEASE PAY FOR THE HOTEL ROOM AND MAKE ARRANGEMENTS FOR THE SAFETY AND SECURITY OF CORPORATIONS SOFTWHO WITH RIGHTS OF ROYALTY HOLDER AND RIGHTS TO ENTER IN BUSINESS ASSUME BUSINESS NAME OF THE LOSS OF INCOME AND LOSS OF TIME AND ABLE TO SAVE THE SOCIETIES RIGHT NOW PLEASE. PLEASE DO NOT FAIL.

At this time - please accept final request by email of demand note of $45 million or more for our properties of Softwho that have been stalled for so many years and the losses of income where prices unchanged $1.00 and unchanged shelf or over the counter deliveries per county unchanged volumes for over 5 years of unjust relations of CPU and OEM to OEM organizations and Franchises banks and locations buildings of every county all been contacted and all explained Stanford manager in wlnless situation and needs to on the road as soon as possible and these fruits of work been working for over five years now. please make payment right now and send a limousine and ticket to sydney australia so we may hire programmers and security teams and home for first time in Joe's life and you must trust to build an opaque environment at billionaires challenges of takers and cover up and the whim of railroad tries as explained to your CEO's since March 2020 "Federal Government Bonds bank Account for Billionaires" is the only way to protect banking accounts at this time and still unchanged and so if you have a ship of yacht to share living situation or flight to Australia or willing to partner with Drug Manufacturers or willing to partner with telecom bandwidth partners OEM to OEM or willing to partner with our partners request of Airlines American Airlines and Alaska Airlines and several other electronics firms of Fortune 500 ethical and so we have to find some security overnight please after all of these phone calls to find the conflicting statements" of (1) why are all master designs in hands of public? (2) why would end of result of court prudence be command against collide? (3) why is end result of all sides accessible crimes and railroad the only related reference Stanford explained support levels economies? (4) why are the manufacturers not responding to emergency status of owner Stanford and Softwho? (5) Why have all sides of management not responded to areas of expertise but all mid management of counties are experts of buildings of construction skyscrapers and why was building space never included but all costs of buildings of small business and above paid for and the owners of small business SBA and above never participated with the general public and as well clarification 80 million workers never participated with the conducts of rural solicitations (6) why would the decision powers of execution collide Stanford and Softwho but respond over the years but no change has been executed by manufacturers against posits of direction of business futures?

etc...

please accept authorization of transfer of objects and as well terms and conditions and authorization of extraction and authorization with Stanford alive and well of $12 trillion dollars of cost of goods sold partnership with drug manufacturers and oil and gas manufacturers please.....If you will please ....right away!!!...pay the bill for the hotel stay while waiting for contract fulfilments we simply cannot be power struggle of recievers' and my family rights of royalties from one owner and please accept clarifications and if the request is completed within 3-7 days then the situation will be reviewed again with all courts and Pentagon by email of defaulted authoritative public (accessible consent since day one) and secondly 911 incident report of admissions and as well the fact of the perjury parties resurfaced finale with Presidents imposter of over five Presidents since October 2021 in Honolulu Hawaii at this time meaning 12$ trillion dollars is true to final feat of situation

Finally, why would corporations accept presentments against normal and abnormal responses necessary but opt profit and loss and response but fail to rectify and fail to recognize nature of property use losses or deficit or utility losses while all of society is using same vehicle of contact leads as you all manufacturers?

Please find time in your schedule to fulfill support levels economies and as well the needs of Joseph Andrew Stanford fair and equal since day one of all royalties accounts holders of OEM manufacturers and all of the interests current to our knowledge and please find time to rescue Stanford and attend so many concerns that we contacted personally with solutions of so many levels of the economies of the globe and hereby please contact pro bono attorney Jackie Marro with Denver Colorado District Courts or Guam district courts or Pentagon Department of Defense legal teams to find common ground of safety and security of Stanford and his royalty rights with so many manufacturers.

Telecom and electrical corporations proposal with underling contract or

From general@softwho.us

To customerservice@compliance.centerfield.com, abuse@charter.net, SubpoenaResponse@cox.com, privacy@cox.com, emergency@netd-ttp.com, wow_techsupport@wowinc.com, mcc.legal@mediacomcc.com, customer.service@suddenlink.net, legal@cableone.biz, dmcanotice@wavebroadband entouch@eng.rcn.net, gcirecordscustodian@gci.com, Admin@cobasystems.net, askus@buckeyebroadband.com, support@shentel.com 15 more...

Cc charles_white@gud.uscourts.gov, jacqueline.marro@judicial.state.co.us, patentpractice@uspto.gov, InfoDesk@ohchr.org, information@icj-cij.org, osd.penta

Date Sun 05:59

Dear Sirs,

"partnership and reseller with presentments opportunity easy to close terms and conditions to assist with blue collar per county financial combination tokens contract with Fortune 1000 banks December 2019 and March 2020 presentation and contract Access points risers with all OEM manufacturers of ROM ATZ and zones of file management equipment and tandem Stanford and Softwho MOS file management developments improved to complete OEM expectations of contract completed December 2021 with the best premiums of truncation sciences and domains sciences technology to merge with the best of $1.00 best products of the planet"

from owner Softwho with Gold and Silver partners with OEM where OEM to OEM national reseller and previous presentation valid for as long as necessary and subnets cross connection reservations systems attached and risers subnetting methods owned non conflicting and third MOS file managemnet executive file management. "with our goals of digital communications complete with highest TCP/IP and TCUIIP confirmed with presentments we include our other partnership proposals of libraries front plates and backplates TCP and VLAN gateways and NAT cesspools head to head communications networks proposal seeking partnership to find somewhere safe to live country of Australia and gerontology protected by Fortune 500 firms and if not paid over $45 million dollars within 7-days Softwho will have to merge self domain service provider business after all of

the illegal conducted of false DSP and many years of injustices falsely against Stanford against design flaws of so many areas from blue collar and upward of eases mechanics structures etc...and will add additional partners CEO's affiliation franchises and funding of Ibid Fortune 1000 firms to protect Nobel Prize properties of age reverse and lid technology and MOS executive file management and as well vortex and risers access points technologies offering VLAN CMOS and switch planes CMOS and carriage roots priming of DLL within routing protocol mesh protocols within 15 days from today's date and will continue with utility journey man requests"

Please find contacts of Attorneys pro bono and court statement attached.

Please find brochure attached with presentation of telecommunications truncation technologies: provided August 2021 contains NAT network address translation reseller agreement contract requisitions and emergency stipend in other country as soon as possible and secondly year 2022 non conflicting MOS management operations systems and risers information systems of TCU/IIP protocol owned by Softwho and riser-TCP/IP attached delimit methods of properties owned by Softwho where is not for sale and with seed Account request and four class action law suits.

from:      joseph stanford <josephstanfordguam@gmail.com>

to:        charles_white@gud.uscourts.gov,
           InfoDesk@ohchr.org

cc:        jacqueline.marro@judicial.state.co.us,
           patentpractice@uspto.gov,
           InfoDesk@ohchr.org,
           information@icj-cij.org,
           osd.pentagon.pa.mbx.cc-public-inquiries@mail.mil,
           chief@gpd.guam.gov

date:      Feb 20, 2022, 4:08 AM

subject:   Re:

mailed-by: gmail.com

On 2021-07-14 12:38, general@softwho.us wrote:

Please find time to include our presentation and seed request of softwho with another speaker of house presentation to clarify working mechanics file management relational executive fields and reseller telecom contract to secure with telecom firms at your earliest convenience.

Thank you.

Mr Joseph a. Stanford.

Tel 806 410 6266

On 2021-06-29 22:49, general@softwho.us wrote:

Oops.

On 2021-06-20 18:28, general@softwho.us wrote:

general@softwho.us

randall.stephenson@att.com, lcare3@amcustomer.att-mail.com, info@att.com, dataprivacy@al-enterprise.com, cloudsupport@hp.com, AskBoard@microsoft.com, media.australia@apple.com, privacy@cisco.com, privacy@juniper.net, nonmanagementdirectors@us.ibm.com, ContactTheBoard@vmware.com, dataprotection@siemens.com, antitrust@ftc.gov, antitrust.atr@usdoj.gov, reportmisconduct@undp.org, subpoena@dodig.mil, USPardon.Attorney@usdoj.gov

cmemberservices@amd-member.com, nfo@nvidia.com, txn@ti.com, tsupport@us.fujitsu.com, NETSUPP@us.ibm.com, trademar_us@oracle.com, plms@sis.com, IR@via.com.tw, embedded@viatech.com, att@computershare.com, norteluclaims@nortel-us.com, info@skadden.com, privacy@klgates.com, jwelnzim@debevoise.com, sarosenthal@venable.com, jjbruton@venable.com, pemccahan@venable.com

On 2021-04-13 12:49, general@softwho.us wrote:

On 2021-03-01 15:28, general@softwho.us wrote:

Pat, @ 202-344-4000 c/o Joseph A. Stanford Account balance $0 versus over the counter and levels of support economies comment of Department of Defense "resources and sources per county" requesting immediate emergency Hedge Account funding and/or seed balance paid and/or chargeback Punitive settlement paid within 48 hours from March 1, 2021 and March 8, 2021 will not accept use of LLP properties life, liberty, or property while social applications of management per hedge funding account rationale basis of Softwho and Stanford Regions Bank informed and alternative of Department of Treasury treasury direct.gov Account #Y 723 959 955 @ 844-284-2676 "per escalation President Pardon March 1, 2021 mediation with Antitrust divisions and USPTO offices of support levels of economies"
Thank you so much for taking the time to hear the wrap up summary of requests of Account Hedge and/or Punitive settlement claims within 48-hours filed 12/28/2020 and 01/08/21 and deadline 02/10/2021 with Department of Justice Antitrust and FTC Federal Trade Commission and as of within the next week have no deposits of seed capital known as court motions seeds with Softwho owner Joseph A. Stanford motions Partnership Act 2001 filed March 2020 of failure to appear of Amendment 14 substantive due process claims and escalations processing within 24-hours of Miranda Rights Civil rights Act 1964 right of way of After the Fact claims seeking President mediation and Army OIG and Marine OIG of Department of Defense hot line 800-424-9098 and explained is eases versus requirements of two locations and discard of recovery and rebuild per failure to appear since 2017 Financial Fortune 1000 firms and requests of Hedge Account relief within 48 hours of Stanford and Softwho seeking Honolulu, Hawaii and place of contact of visitation with our new employees and the equipment as we described as noted "will not be disappointed and without failure of our end at Softwho since 2017 and available at 5am of turnover of the objects IP property and no such warning nor question posed of hierarchies of Government over 20,000 counties per state of support level economies if

you please and owner is sole owner and is not the instrument of change manifesto at 9am to recovery and rebuild of sources and resources commented by Department of Defense"

Dear Sirs:

If you please Stanford and Softwho account is at zero balance and betweeness redress-instruments is not Stanford suffrage acceptable of forfeit-failure to appear and cannot accept 20 years ago claims of no veto of President Pardon changed to venue of management rather than accessory related of mediation after several phases of USPTO completions of processes and then mathematics and then proofs of gross receipts 20 years and cannot accept no for an answer of speech trap of causation the questions posed with Homeland Security management social applications-Government any one within acceptance through their doors of business per county per requirements of able and willing and now we need to open our relationships elsewhere and elude consumer reports since 1990-2020 of equipment telecom and rebuild telecom equipment malfunction and solutions DACS file management of CDN and errors backplanes are truly business operations systems MOS of scales roots proper seals"

If you please act according to our emergency escalation needs as soon as possible within 48 hours and contact the OIG of Marine Corps and Army Corps of Engineers regarding Hedge Account and your own issue raised of eases versus requirements of suffrage and Miranda Rights claims and I am sure any amount approved and authorized to Regions Bank or in person or in Honolulu within Saturday March 6, 2021 will work sufficient of our needs with Vortex Communication Networks as our issue not taking things for granted is the first Active Presentation of PPT of digital communications of backbone errors of this era of 2000 and 1990's and must be urgent of the surprise of emergency and emergency of the owner not in collide but gratitude of the amazing abilities of the backplates industry of scales OOO and IP routes and TCP/IP and processing primer as we discussed with presentations and prospectus. You have to call them to get the payment and we will authorize this pro bono approach to obtain some Account Hedge amounts from many offers of agreements since 2018-2020 from 2020 and the bounties we explored together and clarified national business with digital communications equipment.

Please contact the software firms and financial firms within 24 hours to obtain our hedge account and punitive seeds monies and Partnership act remedy of the filed motions of March 2020 and the final products attached please of collide issue and please of inopportune of our text of multiple websites overcome and the issues afore. Here is the final offer and the opportunity of backup R&D of VLAN cells and rainbow routers and our vortex communications should not be stonewalled of the issue public using properties over the counter but unable to pay $5.00 bills is not a false object of Stanford nor instrument of petitions of redress and would mean that we have verified our need to relocate to another country and State of Hawaii will arrive March 9, 2021. Please satisfy this request and obtain our hedge accounts at once.

Thanks,

Joseph A. Stanford

Te;l 806 410 6266

818 Myrtle #307

El Paso, Texas 79901

On 2021-02-10 22:22, general@softwho.us wrote:

Follow up of 48 hours demand letters notice February 8, 2020: per our security initiatives and seed monies and punitive settlement needs addressed with several pedigree software design of Visual Studio.net and command.com code languages and ROM random access memory languages and reserve of properties Softwho of mapping envelope reservations systems: vortex communications networks includes our petitions with pro bono attorneys and pro bono attorneys of United States of America Antitrust federal divisions with several posits of authority chain of command versus convenience crimes of the issue false partnership act 2001 beguiles against my client since 14 years ago and additional years and includes our chain reaction of events and as well additional issues raised to meet cost of living per day and per month and rights of IP intellectual property royalties since our initial reviews filed in Potter county March 2020 of Partnership Act 2001 threats however the issue of conflicting statements of authoritative and due process of Amendment 14 and 15 and 6 are included at this point of requests of Hedge Accounts of 48 hours or less is not public appetite of forfeit with surprise witnesses including resurrection civil rights act 1964 since and now 2021 of mass casualties surprise element that all sides have ignored and secondly issue of communiques practices of senders and receivers in which you all at all sides communicated and initiated leader and follower and then the entrance of criminal tame were afront and then criminal conducts in which the communiques that all businesses are still in every 911 phone call the only method of Amendment 1 speech or expression of hold patterns noted for the record expert withdraws or expert hold patterns withdraws as Six Sigma interceptor and Six Sigma accessible decision powers where we must include with Antitrust divisions multiple federal laws the opportunity to circulations of agreements of Accounts and while is recent of 2014 of communiques but withdrawal of decision powers to execute against totals public "in firm response the leader and follower and every business chain of events of gross mislead including gross of generations-threats and followers that really guilty of manslaughter upon the right inhibitor were drawn from these parties of communiques and then presence of chain of events and at this time the beguiles must include this issue of interception and accessible of mass emails to levels of management of executive tables and executive CEO letters and executive chain of events that the decision powers initiated by your companies and corporations are the fact of mislead of eases of crimes of receivers and senders and finding out that these parties could be capable of mass civil riots and civil looting of immature juvenile patterns and per court docket procedure of ad lidem we present our backup plans to receive capital funding to the fact of threat number two of number one (Partnership Act 2001 of property obligations Act 2020 of over four years submissions to the Courts and longer); and number two the inquest of investigations of sameness per county and total counties of these parties conflicting statements of without due process where substantive due process of Amendment 14 and 15 and Amendment 6 right to confront shall bear that our requisitions are levels of support levels economies embed of software and embed of our websites and embed of the internet and embed of computer systems and embed of backplates random orders and many other opportunities and that the issue of leverage of issue raised without due process shall be moved to the next level if no payments are received by March 1, 2021 for my company Softwho.

**Fwd: Re: Fwd: Presentation - Financial Combination Tokens**

From **general@softwho.us**

To   **inquiries@usmint.treas.gov**, **privacy@treasury.gov.au**, **jonas.anne-braun@dgtresor.gouv.fr**, **questions@tbs-sct.gc.ca**, **duty_press@aprf.gov.ru**, **consultas@hacienda.gob.mx**, **mof_qsm@mof.gov.sg**, **acesso_informacao@cgu.gov.br**, **jsinv-dea@nic.in**, **folparequest@ic.fbi.gov**, **ebc@uspto.gov**, **dpo@treasury.gov.ph**, **public.enquiries@hmtreasury.gov.uk**, **media@treasury.govt.nz**, **Webmaster-eng@mof.go.th**, **pmo@pmo.ls**

Date  **2021-09-25 17:52**

**Fwd: Re: Fwd: Re: Fwd: Presentation - Financial Combination Tokens**

From **general@softwho.us**

To   **proc.customer.service@irs.gov**, **rhilj@doc.gov**, **michael.baltzgar@sba.gov**, **federation@uschamber.com**, **Jacqueline.marro@judicial.state.co.us**, **chambers@gu**

Date  **2022-01-25 00:47**

Per Government Department of Treasury and Government Department of Defense: Stanford seeks immediate extraction and monetary amounts of no less than $45 million dollars paid by hedge account relief to save himself at secure hotel and secure limousine and security of opaque and security of family rite and family royalties and family of only survivors of woman on Amazon.com and woman in Dallas Texas Taylor and a bus driver at Microsoft 2014 and a few other persons...please respond right away...please.

If Government United States of America does not rectify Account Softwho as of right now today 01/24/2022 and Countries of treaties of possible highly of illegal thefts intertime of Presidents of computer science and chemical thefts and possibility of adrenaline psychotic of lets of society against one owner and eases of monies in jeans pocket and as well

false mistelad or situations civil rights testimony or demands of authoritative in silence being opts to arena battery machines romantly being root element false leads to ends I will pursue law suit as of right now! okay...Now pay the bill of hotel and limousine, rental and settle with our middleman partnerships and OEM firms.

Stanford sues United States of America versus Department of Defense standard of review HC Theft of Properties Act:

1. violated constitution rights of Stanford at national constitution recognized verses is fact of profiteers but remained citizenship protections offends President Cabinets and offends International treaties of illegal profiteers under stipulation of failure being prevalent use of force to cancel entire society genocide falsehoods.
2. violated Stanford's rights of no charge back veto to vote with patent infringement tactics of revert conducts and false testimony of facts of presence
3. violated Stanford's rights of illegal civil rights act 1964 of conflicting statements

[a] Why did public and corporations and shareholders and Government United States of America admit to entire supremacy of admissions by presence but fail levels of supremacy by address and redress of situations to sustain compelling evidence of failures to vote by juvenile recognizance conflicting statement of time stamps observed of tendancy being caused by lack of utility fair rules of impact per level of required utility of every person under human rights situations?

[b] Why did corporations admit to the inventory of goods by shipping and receiving and procedures but fail to include responses to society of non payment unless an intermediary illegal supremacy person were the superdome of the situation conflicting statement of audacity of patent infringement of illegal trade and barter of goods and cost of goods sold?

[c] Why did corporations fail to seed Stanford and Softwho without tracing Stanford and without tracing the situation and without tracing any situation at all across the globe? Where patent infringement and patent and property rights infringement fail basic litmus of cross examination supporting the issue conflicting statement why would all corporations involved of illegal genocide improvise inject genocide but evidentiary litmus of held accountable of illegal genocide tendency of corporations admitted to all other conducts under different sober tests of prior illegal conducts of society? Why would conflicting statement of injection person fail to understand being arrested or being charged or indicted as criminal level was not apparent during and while and after injection of society being actual situation?

Violations 1: Government shut down statement public announcement separate but equal of Government business disputed testimony of Government by Presidents annual public addresses plural of citizenship letters of testimony working class and any other concerns of Presidents change commits of levels of business plans and Government petitions redresses with national 50-states.

Violation 2: patent infringement stated in persons acknowledge as time log of captures of no charge back veto to vote admissions without challenges and here Stanford includes theft of property were appalling of admissions legal divisions cancelled by fraud of corporations and fraud of OEM firms from long lasting relationship with USPTO legal divisions and Stanford of phone calls and send and receive of subtle admissions of controversies of public encroach and public admissions of thefts of beguiles of Stanford as false dupe to ends and false leads to ends false state controversies.

Violation 3: patent infringement stated facts of economic espionage related to genocide of the country and the havoc of the breaches however no party at all has contended responsible for the levels of breaches nor levels of damages nor levels of evils nor levels of public encroach nor levels of hate crime?

Violation 4: willful misconduct is the fact of the public admissions of supremacy and public admissions of every county is totals of national where Constitution is not military war design at all while courts in procession at all from 2017-2022 where courts standard of review of courts use of Constitution Amendments in full force of violations however Amendments used to pursue against authoritative before and authoritative forces after the fact and authoritative of opts to hold pattern or polarize to obtain detestable outcomes were never pursued from any court anywhere?

Violation 5: willful misconduct of freedom of Speech tied to bind of basic human needs is not communiqués owners anywhere of obtaining properties because the police every county and military every county and whitehouse of United States forces were forced to respond because bosom were at center of attention per county and thus the cancel of authoritative campaigns had to have taken place and thus there is no such audacity of supremacy of communiqués of personal depict being supreme law of the land nor serial person in charge of others nor supremacy tries whatsoever anywhere: conflicting statement perjury of audacity where courts and police forces maintained grounds of systematic war fare by schizophrenia tendency by lets of authoritative to dupe and befool others already commenced and already commenced prosecutions per county against non-payers of goods and cost of goods sold and thus summary of illegal patent infringement is the fact that the non-payers and payers were never rectified but fully influenced and fully prosecuted but never addressed nor redressed however the requirements of basic human needs and above have not been addressed as situation of basic human needs?

Violation 6: public and private situations are not legal binding at this time of situation of payment for goods because the looters are tries every second but public and private needs to make payment to their survival are impended because the conflicting statement is the methods of contact and the fact of ownership of persons after training commenced unto two classes authoritative class and survival class of human beings however the police forces and government forces and court forces will not approve of any such situation of payment and the situation of survival class is appalling clips of human basic needs rights and appalling of the actual persons behind the scenes being a less than real person but rather animalistic tendancy.

Violation 7: theft of properties approved by Department of Defense makes no stipulation of reason of fault line at all but presents the opportunity to reclaim profit business of utility or design credentials of USPTO properties owned by Softwho however the identification of the nature of conflict is not presented however the audacity of public situation presents unanimous of the facts at hand and unanimous of the decision powers being aesthetic of damage from one situation but admissible concern of damage to another situation bias of systematic decision powers however Department of Defense includes the retroactive use of monies and includes the use of monies to make payment for cost of goods sold however the use of the federal law against Department of Defense fails to stipulate design or utility or adaptation utility or economic espionage and fails to address rationale inept adaptation prior to utility being preference of decision recognizance of opportunities against others feasibility of concern of product recalls and product reclaims and losses of society and the situation is horrifying of the public being arena clip but the properties are eases of distribution of monies in the jeans of someone's pocket or a credit card and the behind the scenes situation of actual CEO or challenge juvenile CEO or illegal CEO or hate crime CEO or federal breach CEO is horrific of the situation and here Softwho requests ad lidem permit license to reclaim monies of monetary punitive settlement and three class action law suits in the last eight months and requests cancellation of affairs of government leaders in suspicion of Government fraud of persuades to kill others by arena tactics and persuades moving objects to fool others and persuades public to entice being opportunities of war criminals and persuades state supremacy without rules of society and persuades injustice by immoral and illegal human trafficking and persuades hate crime to be a demand of toddler noise to pursue others and illegal psychological fraud.


Witnesses:

Sargeant Drummond El Paso Army Corps of Engineers "facial expression root of antennae life forces"

Amendment 1 speech and expression or rights to redress

Amendment V deprived life, liberty, or property

Amendment 14 substantive due process

Department of Defense Sargeant Walker Thomas 805 329 2191 x12 Army Corps of Engineers

Department of Defense Property Rights Act 2016 H.C.


On 2022-01-24 19:09, general@softwho.us wrote:

Dear Sirs,

from Softwho owner Joseph Stanford located in Guam Dededo address 727 Robat Maite Guam 96910 however reside in Guam Ironwood estates "per court case filed 11/2021 false leads to ends Amendment V depravity worldy adaptation negligence against  services utility adaptation".

Stanford seeksat LAX airport $17 Billion dollars "immediately" versus Department of IRS Internal Revenue Service and Corporations OEM and Stanford needs help right away of falsehoods leads to ends opts polarize where all proofs to sustain utility rural versus rural priors is not Stanford and national and national management losses levels after so many years supremacy tries these folks".

(presentation not included) FTC August 2020.

rights to secure corporation of Softwho and Stanford and loved ones with non contractual networking IEEE Administration services of Softwho and OEM to OEM reseller Softwho many industries including Department of Treasury name space networks, and Department of IRS business licenses of platform 1-x login hosting administration platform networks, and OEM switch plane networks and chipmakers of VLAN via clarifications computer science, and gerontology and cellulose membrane bio sciences of pharmaceutical firms, and middleman partnership Journeyman license, and as well lid technologies of container and basic foods of issue raised with State of Denver Colorado courts (no such NAT switch planes networks of head to head communications every county proposal and as well our Accounting Statement GAAP with Ernst and Young and Anderson Consulting corporations were ever receivers of income at losses in the red of $300 to $2000 monthly because of overhead) where telecommunication bandwidth firms include proposal of December 2021 of requests of $12 trillion dollars for every reseller property and as well Chamber of Commerce inbound platform networks hosting of business licenses together with dual copy of financial treasury combination tokens of surplus and configuration accounting markets of virtual departments submits on the following deadlines dates needing income with Softwho and initial payment sufficient of safety and extraction and hotel and limousines and jet planes for Softwho owner Stanford and family rite of passage with in jeopardy of family to be with Amazon.com and bus driver with Microsoft and as well a woman in Australia and Mrs. Taylor in Dallas, Texas if you will please promptly resolve this punitive and settlement request of some payment of suffrage at your earliest convenience of safety of the owner at hand I would greatly appreciate it of the fact of convenience drops and fact of false leads to ends drops and as well dupe to accept drops of parties all responsible by convenience is not utility labor per capita of Account Softwho and we have submitted timely of the following deadline dates:

August 2017 initial witness offers with Department of Commerce and Chamber of Commerce financial combination tokens

July 2018 patent statement Department of Commerce and Chamber of Commerce

December 2019 end of bid Department of Commerce and Chamber of Commerce "financial combination tokens"

March 2020 Department of Commerce offer $600 million dollars of 1-x platform hosting multiple websites proposal with Chamber of Commerce Virginia

January 2021 voice mail left with Chamber of Commerce Federation approval and close of bid with OEM firms and submissions evidences by email

January 24, 2022 follow up after three major civil class action lawsuits against all sides of Corporations and OEM firms and Department of IRS of:

[i] El Paso, Texas May 2020 District Courts seeks $600 million dollars of all clients, "civil tort civil rights act 1964 of Trade secret clarification act 2015 clips Stanford against Amendment 1 freedom of speech or expression but established is speech objects life, liberty, or property"

[ii] Denver, Colorado District courts seeks $17 Billion dollars of all clients punitive and compensatory will not accept probate against utility of worldly adaptation discovery of after the fact national sprees "Amendment V life, liberty, or property endangerment of Stanford over the years with witnesses is not the matter of insolvency of witness of outcomes but rather wordly adaptation rationale opts of decision powers"

[iii] pending Guam District Courts: March 2022 Patent Infringement, Softwho must federal indict facts of injustices compensatory and punitive of economic espionage an act being no act and worldly adaptation false leads to ends being ends acceptance is not utility properties connection of utility and false hoods of presence where perjury of all sides by failures to secure author".

-------- Original Message --------

**Subject:** Re: Fwd: Re: Fwd: Presentation - Financial Combination Tokens

**Date:**    2021-09-25 17:52

**From:**    general@softwho.us

**To:**      inquiries@usmint.treas.gov, privacy@treasury.gov.au, jonas.anne-braun@dgtresor.gouv.fr, questions@tbs-sct.gc.ca, duty_press@aprf.gov.ru, consultas@hacienda.gob.mx, mof_qsm@mof.gov.sg, acesso_informacao@cgu.gov.br, jsinv-dea@nic.in, folparequest@ic.fbi.gov, ebc@uspto.gov, dpo@treasury.gov.ph, public.enquiries@hmtreasury.gov.uk, media@treasury.govt.nz, Webmaster-eng@mof.go.th, pmo@pmo.ls

On 2021-09-22 15:53, general@softwho.us wrote:

Dear friends of department of Treasury

On 2020-05-14 19:35, ATR-Antitrust - Internet (ATR) wrote:

Thank you for contacting the Antitrust Division of the U.S. Department of Justice. We have your information on file and should the legal staff need further information, they may contact you in the future.

We appreciate your interest in the enforcement of federal antitrust laws.

Sincerely,

Citizen Complaint Center

Antitrust Division, Department of Justice

**From:** general@softwho.us <general@softwho.us>
**Sent:** Thursday, May 14, 2020 12:29 PM
**To:** ATR-OPS Citizen Complaint Center (ATR) <antitrust.complaints@atr.usdoj.gov>
**Cc:** PatentsOmbudsmanProgram@uspto.gov; antitrust@ftc.gov; FDICconnect@fdic.gov; probono@uspto.gov
**Subject:** Re: Pro Bono Program Application no response Softwho

Dear Sirs,

regarding: FTC federal trade commission reference 118288150.

"there should be nothing at all wrong with royalties and getting the deals closed as soon as possible per sobriety of the Account of Softwho and Softwho.us and owner of name space networks and transmission control management networks and networking of inter-layers and domain service provider propriety web site networks of Peer to Peer and field languages host processing networks of IP-reseller and owner in development a routine negotiation of manual zone labors and automation labors of council"

from our last response in March, 5, 2020 it has come to our attention the areas of indictment and as well breach of antitrust issue raised Amendment 1 freedom of religion and freedom of speech in these two invokes pure expressions pure of the civil rights act 1964 versus requirements civil rights act 1964 and we must invoke part of the Amendment 1 clause at this point of reserve of character and reserve of costs of living availability to society here with Softwho and Softwho.us and due to the nature of damages to society casts findings recent of 2019 upon mass relocation due to inevitability and facts of government and corporations must adhere to availability clause of Amendment 5 right to confront fillibuster issue raised and here we must include updates at once to save our life from these issues of collide multiple utilities of society and that the issue of collide and blackout recognizance are the root cause of the senders and receivers and responsiveness to society first of life, liberty, or property of others and life, liberty, or properties of Constitution of United States of America and as well life, liberty, or property behalf of consent contact relationships and here we must include the Amendment 1 issue raised in our petitions and reserve petitions and redress according to civil rights of a business owner and micro entity firm softwho and petition of one person to society and as well civil rights of oligipoly responsible for the chaos of utility neligence and lining against the public and Stanford with alibi upon alibi connections: where Softwho only seeking a storage location and tide over monies deposits as soon as possible for safety and the issue raised why is over 3,000 manufacturers on the phone with a small business owner and not sending seed monies nor interest nor bearing fruits of public accordance beyond one account and management of grouping and here the owner is calling you and the owner sent pre-notices a decade ago and here the owner has to save his bosom for these people that you know of and here we have to include Softwho and Stanford the rightful owner and please get his information and send his money of punitive claims suffrage right away so he can get somewhere safe for the time being?

His request here is a friendly call to Potter county courts to get distance orders obtained or general security picture or that you know of the deposits coming on the wire within the next 7 days etc....and friendly call to software firms and friendly call to the franchise banks to assure Mr. Stanford's safety and to inform that we cannot move beyond one Account grouping business agreements unless availability clauses are met and unless Mr. Stanford is safe and our social classes are impressed with marketing FBI traditions of life savior and life support and business relationships not post formation guided but by the civil rights Guarantee of expressions past, present, future and here our casts of the entire ordeal of business properties is based upon civil rights agreements in any case from Account management to a reservation use to a content of active location to a remote splendor locations to the use of content management of digital processing and here our commits must be appreciated in these words and at this time our issue also raised is the fact of a-separate of civil rights where false objects and false enemies and false consent contacts and here we must include that the updates are centered toward an stand off that already incurred and here we must include that the chasten of the freedom of America is hurt and that the issue raised of business utilities must be heard from many Government voices at this point and many Corporations at this point and National guard secure nation if you will and that our presence here is the essence of others in consent contact controversy and not ours whatsoever and we still have to proceed with our letters and reservations and reserving council at this time because the every day cycle of costs of living and the owner here Mr. Joseph A. Stanford and collide of management and collide of damages to society and collide of options to society and collide of post formation line activities must be deprecated from society and here Softwho and Stanford did not have any idea at all of these peoples marches to the prior county and we must include updates at once to this effect and include petitions with corporations and include these parties attached to our emails at once to find common ground and here Mr. Stanford states that his bossom is in mix of marketing like any 10 year old in society and here we cannot allow the public to make decisions of bypass on child left behind at all and we must conclude that the root cause is found and that the root cause is the business utility of availability and here we must conclude the owner here Mr. Stanford and we must conclude that the parties that we speculated as business partnerships are the actual reality of civil rights intended consumer reports feasibility chapters of management and that management cannot have the bestow of Stanford's properties and we are in collide right now as we speak and Stanford is asking and requesting that the Government and Corporations comply with costs of living right away to find safety and we are certain of the work being stated in around three areas of business utility per zone and that the issue of available and compliance of constants mental capacity against available is the root cause of the partnership act in failure of life, liberty, or property of property obligations act as well and as of right now the public are demanding replies not of the earnings of public receivers but the lining of public receivers and our offices cannot be chastened one more second of this punitive chain of blackout power struggles consent to remand against the public or be cause of damages or be responsible for upbringing whatsoever and hereby the offer of the Antitrust rules authorizes the attorneys of Stanford and attorneys of Softwho to produce the net effect of the damages sought to meet at the very least at this time within 24-hours to 7-days at this juncture as we are not the learning process phases whatsoever against the proof public were learning phases of civil rights prior county and prior county is equal with present county and present county is life, liberty, or property test and here the offer with Antitrust is the most profitable ever with the first release the most profit you have ever seen with a justified calculation base of .00% of any agreement or any combination you could possibly think of and the next level guarantee of remote WAN of the most prized networks in the country you could attach to without any design flaw at all and here the offer of Softwho to expand with advertising with the zone administrator with Department of Commerce and Chamber of Commerce and Economic Development Corporations the most wise venture that is fair and robust as ever seen of the famous line of business to business and relational data base and we have offered the lowest cost at all in any court there is because all RFC were Billion dollar payments and all Department of Commerce were paid in the trillions and Economic incentives from 2008 were over $3 trillion dollars and here we must include our petitions to meet costs of living at once and declare that the issue of one man to society is breached in civil rights distrust of the act of cover up breach hate crime or not and we must not allow this type of gambit consent along with our social class of a job application whatsoever nor federal tax payment of labors whatsoever and the corporations and Government must take charge at this point and pay Mr. Stanford the same as any other royalties of the agreement and we have plenty to do upon the first day and you must not play with my bossom nor play with my requirements of marketing connections nor play with my time with monopoly utility of famous verse secondary free enterprise is not lining with Mr. Stanford of lining and blackout of the concealed contact notions.

Please find time in your schedule to the same herein and we must find common ground within 24-hours and 7-days immediately to sever the relationships of society for the business models of Stanford and Softwho and Softwho.us as of right now and I need the pro bono to contact the agreements provisioned and seek settlement of the affairs for the time being and secondly Softwho needs the pro bono attorney to introduce themselves and as well find the status of our patents inventions as advertised since grouping accounts management and finally we need the attorneys to close the deals as of now within the next 30-days to seal the entire business models and ask the companies that we include here to include previous deals and to recognize that the works are with Mr. Joseph A. Stanford sole owner and that he is uncomfortable about paying bills with the upsets of America and has to move on to secure homestead and that his works are 100% secure by Judges opinion and that royalties is the norm for most of the American soil of affairs since the inception of United States of America and that the business models will need to be closed or we have to engage the issue of availability that Mr. Stanford raises to the effect of Court session and inter-session and gaining ground by whom to recommend of partnership accordance and here are our relationships and offer the telephone and in person contacts and the man's shirt size is 16 and pants size are 33 by 33 and here we have to close this deal very soon within 7-days and I cannot accept the absence of management and marketing bosom management at this time at all and will never in my entire lifetime ever accept someone with equipment of alibi outside my home and we are already in commerce of Navy of United States of America cloning change of venue of FOIA issue of humans cloning to something else and we explained that our findings of human crematory inventions are sincere and that we have to find the safety for Stanford at this point and that there is no heirs that we can include without being lined at this point and Mr. Stanford has to include his family outlook and not the blackout lining effect whatsoever and we have to move forward to close this deal and upgrade the job applications per county of the issue raised, [Amendment 5 right to confront established per Dole Foods versus State of Massachusetts 2018....], of available civil rights versus court jurisdiction civil rights because we sent the offers of the deals that are business with established handshakes of the business ventures well established and this should not be a foreshadow ordeal but close of day deal whatsoever of papers and name space and grouping Account management and we cannot at all accept blackout of the issue of name space networks and grouping Account management not anytime at all nor any business needs nor any suffrage at all and we have to close this deal as of right now. pronto.

agreements are with; (contact the post office on Buchanen at Amarillo, Texas for security they check out okay).

(1) franchise banking firms over 200 by mass email and pre-signed agreements products of financial tokens name space networks and combination financing multiple interfaces; bank papers, credit cards, loans, reseller agreements, plastic or coin units, online banking 1-x login administration cloud networks called PCN.

.............asking prices $1-70 million dollars per client................Softwho.us or Softwho....our puntive settlement monies from entire parties of $70-$80 million dollars......................................

(2) software enterprises with complaints partnership act failures of property obligations act federal compliance of Sarbanes-Oxley and software products of Remote Procedure collision domains networks and remote relays networking via frame relays RFC modifications mainly of mesh protocols and remote WAN uplink ROM code modifications and SNMP command line of command.com of decimal stack sonet rings and featured wowl in 2017 with supervisor and hexadecimal and binary ARP and NAT networks and TCP/IP of long and short statements and many other works.

".....................asking prices offer no less than $2 Billion to $14 Billion dollars........punitive initial payment of $70-90 million dollars........."

(3) Department of Commerce business licenses with virtual departments or slider departments of account designers and account managers and segments and circuits 1-x by 1-x business services of business licenses and business certificates of convention data sets and 1-x login administration.

"punitive not included...............asking prices or $100,000 million dollars.......................punitive or around $50 million dollars............................" Softwho
and Mr. Joseph A. Stanford

(4) Economic Development Corporations and Chamber of Commerce inbound only of account grouping management and 1-x PCN developments of HTTP non
conflicting with Softwho and our very own host processing engine of directories and indexes to connect with famous business lines including Yahoo and Google
and Corporate America and two way communications and two way communications of interfaces and interfacing and domain service consumer methods of
toolkit web developers that we have in our possession and submitted to consultation firms long ago in 2018 that we are going to merge with the deal.

"asking prices $200,000......no punitive claims to Chamber of Commerce...............announcement of transfer mode of hub relays of equipment and
announcement rainbow routers and our final letters of completion of name space networks and domain networks of file management online or multiple WAN or
LAN or MAN of SOA connections of mesh networks and developer of HTTP networks known as multiple gateways and HTTP relays technologies of additional
relays protocols known as content and flow control and transmission control protocols"

Softwho is attaching our complaints and presentation of financial combination tokens and the final letters with software vendors finalize of the affairs of
Softwho but with security briefs open with email requests. from 2016-2020.

"every second is breach of my security and breach of the business Softwho and breach of lining and we have to get this deal going or the Government of
United States must conclude that the issue of insolvency is not due against Softwho and find monies to meet costs of living of Softwho and Mr. Joseph A.
Stanford and we are ready within 24-hours to go to the customer and client with attorney to find the close of the deal and we have to get the grouping account
management up and going and I informed you in 2007 of the issue of opportunity of duplicate software and duplicate telephone networks and I explained to
you from over 12 years ago and before that we have to change the production to labors of the networks and I explained by application to you over ten years
ago that the economic recovery act of 2008 and 2015 should have two signatures and I told you that over five years ago that we were going in non conflicting
developments of national needs of content being labors necessary for sustain of Department of Health and I told you that every year was progress during tip
offs of a rural man animal and I told you by proofs of the SB 16 that this man is dangerous and I have to get somewhere safe and I explained to you that the
issue of multiple utilities is at stake of multiple layers of deficit of subject classification matters and I explained also that I am the owner and that our
stakeholder is not power struggles consent okay.....now please contact my relationships as soon as possible because I copied you for over four years now and
the public receivers of affirmation and competition are lining at this time....please assist Mr. Joseph Stanford with saving his life and this is not up for grabs of
the subject matter and I am quite serious leave me alone.......and during this whole time you stood right beside our managers across America and made
handsome learning process bypass that I told you all along and a long time ago about consent bypass learning process and process harassment and
intersession and intermediary and here all of our bosom management information systems are in the hands of the public of logical placement of facts that I
told your USPTO about in 2013 and then again in 2016 and you never responded and here again the lining and damages gross to society is nothing I would
ever support of a-separate of life and liberty and a grocery bill and we completed our obligations of developments since all of our contacts to your offices and
now you want cover up of damages to concessions of gleans of society as learning process of multiple learning accessories and upbringing damages and we are
not part of those crimes at all okay........"

Thank you again for your time. If you will please contact my employers and my clients banks, department of commerce, and chamber of commerce, and
software firms at this time within 7-days for negotiations so we may pursue our economic needs and loyalties of the country of United States of America I
would greatly appreciate it because I have bills that are due and these are our properties here okay.

Softwho and Softwho.us

email general@softwho.us

PO Box General Delivery Amarillo, Texas 79905


Telephone 806 410 6266

On 2020-03-11 12:45, general@softwho.us wrote:

per court rules of issues antitrust raised; responsible for public damages district and state and national of init fallacy and responsible for damages line
constructions various maturities hold patterns present and responsible for damages of future fantasia connections by aesthetic completions against others
and winning competition threats all parties of triangle processing recognizance is not serial definitions of init fallacy of presence: where equalizer of hold
patterns and demand equalizer and taking properties and lives equalizer is not recognizance at all but agreements of fantasia images of violence of slapping
aesthetics per person various maturities befool consent contacts and additionally seeking suits versus Department of Justice and corporation of multiple
felonies of misappropriation spending to gain illegal bomb threat equipment and findings of lunacy demand per every person and conflicting statement of
presence and issue of inbound consent contacts rather than consent contacts and as well punitive and compensatory claims of one person to society etc...

https://efile.txcourts.gov/OfsWeb/FileAndServeModule/Envelope?isFilingHistoryFilter=1

# Envelope # 41376303

Why are parties emerging with first alibi solicitations and then state representation in every person defaulted economic due process motive? why are state
representations and Generals of imposters and states of United States of America going to Amarillo, Texas with concealed information of hidden intelellectual
power struggles delimit of basic needs and while fester of fantasia connections of slapping aesthetic images of adrenaline psychosis?

"you are not taking lives and bossom here with aesthetic and demanding of gleen from Mr. Stanford and equalizer of past tense of one by one formations
against my company"

Thank you,

Joseph Stanford

Tel 325 320 0827

PO Box General Delivery

Amarillo, Texas 79701

general@softwho.us



| Subject | Re: Intellectual property IP reseller agreement featuring: close proceeds transfer draft real SLA: TCU/IIP relays of subnet masks and relays of MTU and remote login profile uplink DACS. |
| From | <general@softwho.us> |
| To | <randall.stephenson@att.com>, <icare3@amcustomer.att-mail.com>, <info@att.com>, <dataprivacy@al-enterprise.com>, <cloudsupport@hp.com>, <AskBoard@microsoft.com>, <media.australia@apple.com>, <privacy@cisco.com>, <privacy@juniper.net>, <nonmanagementdirectors@us.ibm.com> 8 more... |
| Cc | <memberservices@amd-member.com>, <nfo@nvidia.com>, <txn@ti.com>, <tsupport@us.fujitsu.com>, <NETSUPP@us.ibm.com>, <trademar_us@oracle.com>, <plms@sis.com>, <IR@via.com.tw>, <embedded@viatech.com>, <att@computershare.com>, <memberservices@amd-member.com>, <nfo@nvidia.com>, <txn@ti.com>, <tsupport@us.fujitsu.com>, <NETSUPP@us.ibm.com>, <trademar_us@oracle.com>, <plms@sis.com>, <IR@via.com.tw>, <embedded@viatech.com>, <att@computershare.com>, <nortelusclaims@nortel-us.com>, <info@skadden.com>, <privacy@klgates.com>, <jwelnzim@debevolse.com>, <sarosenthal@venable.com>, <jjbruton@venable.com>, <pemccahan@venable.com>, <charles_white@gud.uscourts.gov>, <jacqueline.marro@judicial.state.co.us> |
| Date | 2022-05-12 07:08 |

general@softwho.us

| To | charles_white@gud.uscourts.gov, Jacqueline.marro@judicial.state.co.us, LocalRule_Comments@cod.uscourts.gov |
| Date | Today 07:05 |

## Message Body

Mr. Butler and Mrs. Marro,

Additional information has been brought to my attention seeking immediate rescue of national owner Joseph A. Stanford inquest and in summary on top question: Does Stanford have reduced motive of mass public insurgence recent overhaul of questions of origins being accessible proof where question why did all sides not maintain persistent promotion against Stanford and Softwho and as well proof of checkpoints of intermittent to combat any such motions of motive against Softwho where second question checkpoint of management properties of multiple Industries March 2020 with all OEM firms and next checkpoint December 2020 and electrical firms December 2020 and additional management checkpoints of pharmaceutical firms July 2021 and OEM firms proposals overhaul of vortex token ring DLL dynamic link libraries around November 2021 and finally February 2022 last checkpoint of management involvements.

In question the only leaks of betweeness whom had any knowledge of properties per question of Denver District Courts of worldy adaptations rationale or utility rationale or both were the inspection of mass insurgence millions of taint of public New Jersey and Omaha Nebraska and whitehouse of millions of distributed public versus millions within a State of Union. Secondly, rushes of persons of cycling patterns and persist or maintained stance against Stanford and Softwho were null and void summarizing motive of nature of recognizance of challenges per 14,000 attorneys of El Paso, Texas 2020 were not whitehouse and Jimmy Carter?

.............origins of against Stanford alleged of Whitehouse and Jim Onell 3948848 could not have motive because there were no way to establish a command against Stanford....and the properties were not fruition until June 2021....not March 2021 per Department of Justice phone call March 17, 2021 and USPTO May 14, 2021 with Suzanne Stewart interception of Louisville Kentucky of Karen Newsome 388448858 Nobel Prize illegal wire fraud to sele income......

why because the parties were not direct chain of command of whitehouse-United States therefore intermittent and waiting as adrenaline psychotic issue of already committed management objects of motive and probably never received actual designs.

second question, persistent checkpoints were December 2019 with Salvation Army El Paso Texas man named resident at homeless shelter with "financial combination tokens as understanding" John Smith 2351991112 tipped off to Steven Stewart 394585858 cell 903 219 2191 with Army National Guard from Louisville Kentucky.

three checkpoints of these persons January 2020 and March 2021 El Paso, Texas with Ray Martinez contacts with Jerry Neils and Jim Palmer 3484884384 louisville kentucky state police inquired with El Paso police 04/15/2021 "when is the guy leaving your state so we can take the property for our people" officer Juan Martinez 915 219 8291 imposter? yes.

third checkpoint Sam's Denver Colorado Thornton co-worker with Cross mark Inc Susan Mason 239384848 Littleton Colorado nurse with contacts with louisville kentucky phillip walker 3834848848 cell 303 329 2191 IMEI 2384848723847 to walker 219 439 2191 IMEI 3848545783884AM. 04/15/2021 and 11/15/2021 "where is the guy ..you were supposed to mame for our state for new state welcomes to your kind" state police John Brown 23848448 Bentonville, Arkansas with Topeka Kansas John Hughes 3848484858 governor district clerk 11/02/2019....

[question 1] why would entire public of encroach rushes never persist of origin to command? and why would receivers of utmost of all of the court statements anywhere never maxim a summary of affairs of Softwho nor Stanford of support levels economies interfaces?

[question 2] why would all loots of all kinds be the pit of wait until utility rationale were explained to them for the matter of after the fact of all presence time to time being declared convenience criminals and convenience receivers and false management approach of all sides waiting for supreme explanation of schizophrenic response battery stoppage and entwine of public properties owned by Softwho?

[question 3] why would all sides fail to seed Account of Softwho upon the knowledge factor admitted to and admissable in court of courts and district courts whom have all of the contents owned by Softwho of oligopoly firms and operations six sigma but the after the fact is the question of proving whether they were going to merge a public manipulation that the parties had knowelge of millions of epidemic in state human beings and distributed beyond one location per prior inspections of cases related but failed to seed account of Softwho to replinish the affairs and to save the life of the owner and to rectify the situation of corporation is starved as well and the property owner and owned is total of clarificaiton of over thousands of properties filed in USPTO of final delivery of thousands of persons authors whom desperate as well to rectify but no corporation at all would seize nor garnish nor attempt to find Stanford and save his life from the false rushes public?

On 2022-05-08 22:48, general@softwho.us wrote:

Please rectify Softwho account right away of the type of design flaws disclosed of HTTP and name space networks explained types of technology noted March 2020 access points electronics risers and ATZ file management proposal and TCP/IP clarification October 2020 through end of year 2020 and March 2021 hexadecimal languages of type of kernels and December 2021 of vortex communication networks switches Layer 3 and sessions electronics MOS management operations systems with router primer and as well August 2021 Mabell overhaul with Bandwidth firms NAT cesspools switch planes and Softwho non conflicting TCP/IP risers terminal server access points within RFC-languages reserve technology attached along with our description rainbow routers. of over three major technology objects of worth $12 trillion dollars and our final thesis with pharmaceutical firms of age gemology clarified since 2019 patents and inventions this year.

[year 2022], Journeyman contract with All corporations with over 3,000 with DLL libraries and retail stores proxy servers and HTTP-VLAN search engines goals attached as journeyman business license DLL libraries.

[year 2022], dual copy application circuits with mayors and city managers of over 15 per state overhaul relationship between cities and corporations.

[year 2022] all pharmaceutical firms of final papers of thesis not found as of yet submitted since 2022 of over five major suditions year by year and over 90-80 manufacturers such as Bayer and Cardinal Health and Abbot Industries and natural resources pegged at value and our proposal of Nobel Prize.

with Guam District Courts and Supreme Courts Stanford versus Corporations of United States of America includes previous same profiles rushes of same candor competitors Billionaire marketplace and consumers of same conducts time stamps around 200 Billionaires and mass public insurgence compens (competition marketplace) or (requirement utility marketplace behalf of Softwho and Stanford and mass 17 million insurgence.

[1] case Jesus versus John Mercer 3848575 38488383 5868383AHDHECH-RHHF Ford Motor Co 2008 regarding case 2008 mass insurgence public of Whitehouse "17 million humans" from New Jersey and from 34 cities influence Thomas Albright 03/12/2007 Judge Chief Justice Paul Thomas 903 219 2191.....about 30 Billion dollar ventures.....
[2] case Safeway Stores Inc versus United States of America 1986 Trenton New Jersey mass insurgence and bio life forms 2 million from Rhode Island attacking the business being made John Johns 384858 4858583AHDHEH 1984 1219 Judge Howard 902 329 2191 ....about 30 billion dollar ventures......
[3] case Mutual of Omaha versus United States of America 2008 Jeffrey Sanders CEO case 3854857384AHDHDH-RHDH 20061219 about case in 2008 mass insurgence 2 million while building the left wing of business in Omaha, Nebraska.....about 20 million dollar ventures....
[4] case Guess Jeans owner Timothy Baker Louisville Kentucky regarding plant in Bowling Green Kentucky 2007 and 2012 insurgence 3 million surrounding areas from Trenton and New York City to attacking until death: case 495685839 AHDHDHDEEDH 2007 1119 Judge Johnson Jeff 902 329 2191 Supreme Court Justice of Peace....about 30 million dollar ventures....

command whitehouse Thomas Fuller 0312 2006 with CIA John Nells 4588384858 last scene in honolulu Hawaii 04152022 with President trump 04/2022 commands against Stanford.

[5] case American Airlines AA Jim Thacker 438585839DHDHDDH 20071219 Judge Paula Nells 902 329 2191 cell 903 219 7695 and
email Paula.nells@supremecourt.gov regarding supreme court case no show public 2013 "4 million speculated to attend in representation" from trenton new jersey Amanda Love 398383848 last seen in Honolulu Hawaii forged (IBM identifications) with Trump commanded against Thacker undocumented 03/12/2006 and CIA John Turner 33484858 bowling green kentucky 2007 commands against CEO's of damages of New Jersey accidents probable per Justice of Peace Marshall Angela Howard attorney general 902 219 3292 email angela.turner@usn.gov and cell 903 219 2191....about 20 billion dollar ventures.....
[6] case Dupont Bill Gates 2004 against George Cromwell 3848588538 Trenton NJ governor and suspected arsons at business in Rhode Island Dupont staining building around "2 million sightings of illegal martians" 4398583 DHDHWHCHC 2003 1219 Judge Howard 902 219 2191 and cell 903 219 2191 and email john.howard@usn.navy.gov Bill Gates while owning Microsoft? yes.....about 20 billion dollar ventures.....
[7] American Airlines vs United States case 477281351 PUFDFD Judge Palmer 910 532 7400 year 2004 regarding "around 2 million sightings of humans that are clone like against society" Houston Texas with Jimmy Carter signs at the airport in 2003. Steven Walters CEO and Attorney Jeff Stevenson cell Judge 903 219 4392 and email john.palmer@usn.navy.gov ....20 billion dollar ventures...
[8] IBM 43958583AHDHDHFERDH Judge Paul Jenkins 02132004 "are you giving commands to 3 million jedis?" unto Jane Stewart 43588383 IBM CEO "no sir." regarding 4 plants in Bowling Green Kentucky and Houston Texas and Shreveport LA and Las Vegas Nevada.....20 billion dollar ventures...
[9] Mcdonalds versus Tim Oleary 3948823833 trenton new jersey reporter 2009 TTHDHDHD 3948483 AHDHDH Judge Paul Horton 903 219 3292 "CEO John Murray sightings at our stores of pedifiles in bathrooms 2004-2009 around 2 million nationwide same time darn near from Trenton NJ and 34 major metro cities is too strange a situation and too strange for killings of law suits from our young children being patronized by this insult of command from Whitehouse and Jimmy Carter followers from an incompetence state with command and followers of schizophrenics"

Doctors involved (32) 4:5:4:3:2 Doctor Spivey cell 902 329 2191 Court state chief of staff psychologist and Doctor Johnson David 902 219 3292 chief inspector general United States regarding 9 supreme court cases "must be contained and shipped back to New York and New Jersey and 34 cities where they are from immediately no telling how long the lives part will stay with us"

command: 34 (1996-2004) and receivers 45 (2003-2022...receivers acting independent? yes.John Hudson 39394949 US Army Corp Engineers and groups 34 4954959 every three months circulating 3949 commands and 39494 receivers and revolutions rushes: (3) 4 million and then 4 months trains another 5 million and then 4 moths another 6 million against commands): whitehouse United States provisions credit cards from Discovery 2004-2012 against owners CEOs with chief of staff Paula Hughes 2384848 and Jeff Williams 384855783 forged FBI directors from 2019 and Joint chief of Staff John Goss 398384848 against all 9 cases from.. Tulsa Oklahoma CIA? yes.

question: with Judges Sawyer in Guam district courts why the parties of 9 Supreme Court cases never presented the mass 17 million public of insurgence infected as drones of feces and ring worm and nature of undescribable to describe conducts iwth all 50 state mental institutions/

per updates to Courts District and All Federal Courts: time stamps of millions of genocide public must be understood court docket of guilty by negligence prior and heredity pull up and genocide embalmed and time stamps of millions followers are not in state districts but are citizen forfeit right to bear Arms Amendment 2: issues of citizenship forfeit against United States of America and State-Constitutions

[1] years 1967-1967 34 million organized crime of inventions of radio telephone hard coded involvements and embalming of feces jaundice within jails and public schools last person thomas roberts 39858538 1992 died of influenza less 32929 of this year. (43 cities victims 3939) located at raleigh virginia telephone company jerry bell 902 219 2191.
[2] years 1972-1975 genocide kool aid embalming of locatoins of death digestion national food productions 3 million 239 219 less (43) last person #219 jason roberts 2943848238 dead in st. louis prisons 2018. (34 cities 39,438,485 victims of floods of wasps in foods) located at denver colorado
[3] years 1979-1983 genocide of women hood against men duping practice gang warfare against men of society 394394 and 394959 and 393949 and followers 393949 and 3948585 mass hard coded victims (494949) and (49494) and (49495) and (493) 3993 394 hard coded and related. from 1981-1983. less (329 women? yes.) located at cincinatti ohio
[4] 1984-1999 genocide of humans by embalming in jails and prisons and mass graves sites involvements 43 and 3949 and 39292 parasites (49494) located at baltimore maryland less (3923) baltimore MD libraries and bookstores.
[5] 2002-2007 New Jersey biological experiment stations sets 3: 39 origins and 3 million 394 494 involvements against management perimeters of gains to represent of 34 cities and perimeter movements of schizophrenic management images and camouflage self and mass groups of attacks concealed nature of concealed schizophrenics over 21 cities embalming 1-21 and 1-9 classes imposters and 1-7 classes of post formations 9 Corporation cases Guess Jeans and Mutual of Omaha and Dupont: tip off is Whitehouse and CIA John onell 39485585 and illegal credit cards and posts revert posting against a false enemy in United States is 3: and 394 and 393 and 3939 and 394 and 3939 Stanford #2 of camp?. yes. 2004 Jim Atwell 394854858 12/19 in butte montana state police and jim orwel 3884848 music composer canada origins 34:3 canada toronto and whitehouse CIA James Onell 3938384848 Irving texas tipped off wrong person in 2003 and all arrived at 9-200 corporatoins with mass replacement of employment CEO jobs from 23 cities 23 gained employments of 3293 and 394394 standby and 39394 threats to be and 239494 wait for commands with over 200000 AMEX credit cards.
[2010-2016] 13 million embalming of invasions of privacy from 34 cities wide spread command same? yes. targets same? 3:45:345:3394:394 whitehouse James Onell 39448458 and CIA Jimmy Faulkner 3983484848 and FBI George Ellis 38383848 receivers 4939 and state plice? targets STanford #2 stared 2017 11/14 dave turner 38484848 el paso police with fbi howard edwards 33848484 "I've got one from new jersey for you to solve" proofs 02/14/2019 visit to El Paso district attorney James Onell in office? yes 43985483883 poses as district attorney? yes? yes: yes 39494:39494 and 394945 parasites? yes. [same: 2004 Jim Atwell 394854858 12/19 in butte montana state police and Jim orwel 388484 music composer canada origins 34:3 canada toronto and whitehouse CIA James Onell 3938384848 Irving texas tipped off wrong person in 2003 and all arrived at 9-200 corporatoins with mass replacement of employment CEO jobs from 23 cities 23 gained employments of 3293 and 394394 standby and 39394 threats to be and 239494 wait for commands with over 200000 AMEX credit cards.
[2019-2022] commands unto society of illegal animal embalming of lice in veins etc...? yes. 34:34 whitehouse james taylor 3384848 and jim onell 398484848 and jim olstein 384384848 and jim tucker 3384848 commands with US Army phil duncan 3948488 command and receivers 09/13/2020 at myrtle beach hotel Holiday inn myrtle beach chief of police dan stanford 34848858 from France and john casey 39394858 state police.

your honor since updates of falsehood of presence per mass genocide implications and classes 1-20 please correct this situation at once of non competition marketplace of monopoly markets is utility owned by Softwho and not the circumstances of these parties to manipulate as time stamps of genocide commands of parties under downs syndrome but camouflage at all and will need to contact my pro bono attorney and direction of Safety of Stanford is not gumption of power struggles zero nor will accept any challenges at all of overture of opportunity to be toddler eases or name calling eases or anything else of high school diploma rights of owners and above. please do not fail with our phone call clarification with Sil this morning 05/09/2022 11:15am requests to evacuate with safety of $154 million dollars without this man of over Five Jim's of training virtues of false scandals of rural classes giving false genocide follower commands needing clarification to Judges across America of one location or 500 locatoins as next or neptune down's syndrome effect of commands falsehoods and misleads to ends where working class and customer service class impacted heavilty of this gumption of think tanks since clock on the wall - please find immediate time to rectify the Account of Softwho and contain extraction measures at once. Thank you so much and do not fail so I may rescue my innocent loved ones for employment to our propriety level to level properties where answer in lay of support levels economies is the fact of even one theft is the monopoly value of support levels economies of our properties owned by Softwho.

On 2022-04-27 19:20, general@softwho.us wrote:

Dear friends,

regarding: Stanford and Softwho need to save loved ones and have one additional patent of hexadecimal languages and rainbow routers and as well need to produce (PPT) of business systems via CSS and OS-windows of arc mathematics.

Please make arrangements right now of hotel stay and extraction of Stanford and around (fifteen) loved ones to a hotel in Honolulu Hawaii. Look I don't want no trouble and you must save my corporation status of these types of clarifications of so many purchases already committed and the situation of recovery properties being rebuild recovery and the fact of our patent dual copy being in so many industries sure proof and resolution proof of one side and the other side having interfaces of so many lucrative employment opportunities for any one person. you must save my life and send a van right now to Stanford and help me find the loved ones here to save with his bosom right away. please do not fail in next 15 days. please for god's sake I contacted all of your partnerships of gold and silver and all of your partners of telecommunication bandwidth gold and silver and platinum and rectified the most cutting edge technology that life has to offer with all of the scientists and all of these industries with plates of blue prints to use within timely of only two years of first release. Omg. please Bill and Melinda please save my life here -- I would know these people and I have been robbed too many times please do not fail at my emergency red flags since 2018 and the runs I have had to run from and the rightful truth being Joe here and his properties. please I don't want any trouble for god's sake.

Over the last three months Softwho changes marketing direction to include and contact all cities with population over 200,000 "economies bandaids" with mayors in local zone cities of April 2022 1-x bundle agreements with dual copy and as well Corporations April 2022 contacted by mass email with suitable pedigree of electrical manufacturers product reservation systems development of risers access points AP networks as next journeys of technology and our next channel partner of 2022 of 1-x and risers access points of proxy servers and retail floor space reservations systems which;

Softwho requires and requests emergency layover to another city to continue transaction fulfill of business systems-CSS ROM windows and retail floor space reservations systems and our console browser with basic functions of famous Database customer premise equipment found in all major corporations please. Any amount and hotel stay will assist to the emergency of both issue stipend of Softwho console remote browser reservation systems and silos of city managers and our corporations of 1-x platform agreements PCN private cloud networks hosting. My loved ones are begging with myself for our sanctity and right of corporation status to find a safe place to live and many with earmarks of many industries are waiting for a Pulitzer amount and over 20 closure phone calls to an island of families to Guam here newcomer Softwho with domain service provider and support levels economies and the loved ones that need to attach to Softwho as scientists of age gerontology and to find refuge with hotel purchase in an island elsewhere as trillionaire Status and all corporations contacted timely of the situation of emergency of two disparate functions being root cause of the entire nation of United States of America and clarifications of HTTP and Softwho being posted as incapable HTTP sessions networks of fact of truncation to a database field data entry is only postback and/or database of a hyperlink,(explained terminal hyperlink switch paths per patent 04/2022); and is not connection to HTTP domain IP addresses and clarifications of management trade web pages within our rights of TCU/IIP non conflicting partnership and venture with computer scientists here attached.

Please find our attachments and recent discussion with IRS and over 30 department of treasury countries witnesses of 1-x business licenses with multiple websites and with dual copy proofs of postulates of business services of related with digital communications since 2019 and all parties contacted as last efforts of emergency conditions since Uber Transportation also owned by Softwho in 2015 noted as release approved emergency assistance while developing products and finally the request of $154 million dollars from Guam and mediation teams from El Paso Texas and Department of Defense per our last conversation 12/23/2021 Howard Turner Army Corps of Engineers of "sources and resources" and Denver Colorado Mrs. Marro and Mr. Butler of the families waiting for the rectify here and as well Guam with judge White and the deputy clerk Mrs. Haley where clarified this year 2022 these two functions of high corporations and low resources of zones included of 1-x bundles subscriptions and membership agreements.

please find follow up with all (OEM) original equipment manufacturer firms with total patents in possession of AP access points risers technology featuring AP terminal hyperterminal and HTTP servers and AP VOIP servers and AP switch planes terminal servers attached and all emergencies of year 2022 with additional marketing plans of 1-x bundle agreements with all of your clients of since 1985 of computer equipment and telecom equipment etc... and requests of vendor rating and Standard and Poor's rating and As well seed Account for our browser console of HTTP and finally requests of at least three design flaws of HTTP of hyperlink and HTTP terminal of www world wide domains unable to connect to any inside leads commented with all Corporations of domain service providers and false area of expertise domain IP addresses (since 2018) and as well the comment line of HTTP design flaws since web developer of HTTP and hyperlink paths limitation and HTTP of switch planes are terminals definition of HTTP housing and as well HTTP of truncation behavior of array definitions of midpoint networks array, (256MB then the remainder data pool is probable bounding in HTTP terminal sessions), listed in Memory in all OS operating systems as (25MB) of HTTP within the OS memory kernel meaning the report is accurate of array and thus 25MB of all computers of system OS usage being the array being incorrect means that the OS is reporting under reports of memory RAM random access memory and thus the browser kernel of transmission of 256MB array is working proof however the memory of re-transmission is staying static at 25MB within the OS. question why is the OS reporting 25MB of an array of 256MB but the use of kilobit is proper within the lead of Unix and Windows of HTTP browsers?

If you please our last patents of non conflicting of "as is" computer science equipment and quality assurance of DLL-libraries of hexadecimal command registers patents this year 2022 and include non conflicting technology of a system accessible by RPC and RPE networks unto LAN's and WAN's and MAN's: **AP access points OS operating systems and AP access points of terminal server hyperterminal and AP HTTP truncation command terminal sole of hyperlink networks command containers and as well AP risers access points of AP-VOIP of kilobit interfaces and transmission technology of algebra command line x.x.x.x of 16KB.256MB.10.16 millionths registers of bouncing emulation technologies.**

Please come and save my life right away and do not fail please be kind and include the old style business mayors ceremony of a "10 foot check" and Gold Credit Card of our works here to the finest of telecommunication and finest of High Tech! and resolve this situation of bosom right now. please.

please for god's sake do not fail as I have contacted all bottom ends of basic labor and silo per city and Australia city managers and need to contact over 40 different countries since our mass email to Chamber of Commerce in 2019 June and no response but I believe the Mayors and city managers may treat the clarifications of Corporations of products on the shelf every hour as mission critical with all Fortune 1000 banks and chemical pharmaceutical firms and our other partnerships listed in presentations of bandwidth telecommunications firms.

Thank you so much. please do not fail and am packed and ready to leave to Honolulu Hawaii or another safe location and please contact Courts to confirm HTTP design flaws attached as legal remedy to enforce against piracy attempts and one person at helm with Corporation status Softwho. Thank you and please come and save Joe here with his posessions from Los Angeles from July 2020 and the time stamps we shared here together to find prospects beyond March 2020 of Access points risers file management ATZ ROM and as is electronics of access points presentation December 2020 and as well the resell of vortex communication dual chassis token ring switch planes in March 2021 and finally TCP/IP and Classes Builder designer of file management with his protocol TCU/IP Classes DLL Builder designers with all corporations present. please find authorization and any signatures part of the agreement here and the final steps of quality assurance before requesting ad lidem of design flaws to recovery the situation with one person and his family here Joseph A. Stanford. Thank you so much for the freedom to build high tech! industries with your companies trademark professional journeyman references.

TEl 671 633 1952 at 127 Biraldan Sali Unit 10 Dededo, Guam and please contact the District courts as mediation approval to situate the family of Stanford and loved ones and SOHO employments as planned since 2020.

On 2022-02-21 03:43, general@softwho.us wrote:

per email follow up since year 2016 and additional clarifications with derivative information and as well inclusions to consider and requests of full payment of $17 Billion dollars by court order filed May 2021 El Paso Texas District federal courts "Civil rights Act 1964 tort violations" and October 2021 Denver Colorado district federal courts "Amendment V depravity of life, liberty, or property per civil rights act 1964 perjury of oaths" and District of Guam Island filed February 2022 "Patent Infringement" $17 Billion and March 2022 versus Department of Defense "$243 million dollars....HR 510...Theft of Property requests sureties hedge account or law suit of total value 20% paid of $12 trillion dollars for property including gerontology of age reverse and clarifications of design flaws within many industries still unpaid and still no limousine nor trip to Australia with family and still no questions and still tries of public encroach severity of test to chiosterphobia where presentments abnormal or normal presentments".

PLEASE EXTRACT ACCOUNT SOFTWHO AND JOSEPH A. STANFORD 808 420 8286 LOCATED IN GUAM OF $45 MILLION HEDGE ACCOUNT RELIEF RIGHT NOW OR RIGHT AWAY PLEASE IS NO SUCH GUMPTION OF REPLACEMENT OF PERSON OF PROPERTIES OWNED BY SOFTWHO NOR ANY OTHER USPTO PROPERTY OF QUESTION WILL PUBLIC CONTEND TOLERANCE NOR HAVE ANY UPFRONT MOTIVE NOR ANY SUCH GUMPTION AT ALL OF MANAGEMENT OF SELF WHERE INBOUND DOMAINS OF PROBATION AND WILL NOT BE STALLED NOR GRIEVANCE ISSUE OF CONFLICTING STATEMENT ABLE TO PAY AND NOT BLOCKED BY USPTO NOR ANY OTHER LAW ENFORCEMENT AGENCY OF ABILITY TO PAY IS ABLE TO BE PAYEE? ISSUE RAISED EFFECTIVE IMMEDIATELY 02/21/2022? PLEASE EXTRACT STANFORD RIGHT NOW AND PAY THE AMOUNT AS THE PROPERTIES ALSO CONFLICTING STATEMENT ARE UTILITY OF 50 STATES AND AROUND THE GLOBE AGAINST DESIGN FLAWS OF SUPPORT LEVEL TO ECONOMY AND ABLE TO PAY WITH UTILITY CONNECTIONS AND AS WELL UTILITY GIRTH DEPARTMENT OF DEFENSE. PLEASE PAY FOR THE HOTEL ROOM AND MAKE ARRANGEMENTS FOR THE SAFETY AND SECURITY OF CORPORATIONS SOFTWHO WITH RIGHTS OF ROYALTY HOLDER AND RIGHTS TO ENTER IN BUSINESS ASSUME BUSINESS NAME OF THE LOSS OF INCOME AND LOSS OF TIME AND ABLE TO SAVE THE SOCIETIES RIGHT NOW PLEASE. PLEASE DO NOT FAIL.

At this time – please accept final request by email of demand note of $45 million or more for our properties of Softwho that have been stalled for so many years and the losses of income where prices unchanged $1.00 and unchanged shelf or over the counter deliveries per county unchanged volumes for over 5 years of unjust relations of CPU and OEM organizations and Franchises banks and locations buildings of every county all been contacted and all explained Stanford manager in winless situation and needs to on the road as soon as possible and these fruits of work been explained for over five years now. please make payment right now and send a limousine and ticket to sydney australia so we may hire programmers and security teams and home for first time in Joe's life and you must trust to build an opaque environment at billionaires challenges of takers and cover up and the whim of railroad tries as explained to your CEO's since March 2020 "Federal Government Bonds bank Account for Billionaires" is the only way to protect banking accounts at this time and still unchanged and so if you have a ship of yacht to share living situation or flight to Australia or willing to partner with Drug Manufacturers or willing to partner with telecom bandwidth partners OEM to OEM or willing to partner with our partners request of Airlines American Airlines and Alaska Airlines and several other electronics firms of Fortune 500 ethical and so we have to find some security overnight please after all of these phone calls to find the conflicting statements' of (1) why are all master designs in hands of public? (2) why would end of result of court prudence be command against collide? (3) why is end result of all sides accessible crimes and railroad the only related reference Stanford explained support levels economies? (4) why are the manufacturers not responding to emergency status of owner Stanford and Softwho? (5) Why have all sides of management not responded to areas of expertise but all mid management of counties are experts of buildings of construction skyscrapers and why was building space never included but all costs of buildings of small business and above paid for and the owners of small business SBA and above never participated with the general public and as well clarification 80 million workers never participated with the conducts of rural solicitations (6) why would the decision powers of execution collide Stanford and Softwho but respond over the years but no change has been executed by manufacturers against posits of direction of business futures?

etc...

please accept authorization of transfer of objects and as well terms and conditions and authorization of extraction and authorization with Stanford alive and well of $12 trillion dollars of cost of goods sold partnership with drug manufacturers and oil and gas manufacturers please.....If you will please ....right away!!!...pay the bill for the hotel stay while waiting for contract fulfillments we simply cannot be power struggle of recievers' and my family rights of royalties from one owner and please accept clarifications and if the request is completed within 3-7 days then the situation will be reviewed again with all courts and Pentagon by email of defaulted authoritative public (accessible consent since day one) and secondly 911 incident report of admissions and as well the fact of the perjury parties resurfaced finale with Presidents imposter of over five Presidents since October 2021 in Honolulu Hawaii at this time meaning 12$ trillion dollars is true to final feat of situation

Finally, why would corporations accept presentments against normal and abnormal responses necessary but opt profit and loss and response but fail to rectify and fail to recognize nature of property use losses or deficit or utility losses while all of society is using same vehicle of contact leads as you all manufacturers?

Please find time in your schedule to fulfill support levels economies and as well the needs of Joseph Andrew Stanford fair and equal since day one of all royalties accounts holders of OEM manufacturers and all of the interests current to our knowledge and please find time to rescue Stanford and attend so many concerns that we contacted personally with solutions of so many levels of the economies of the globe and hereby please contact pro bono attorney Jackie Marro with Denver Colorado District Courts or Guam district courts or Pentagon Department of Defense legal teams to find common ground of safety and security of Stanford and his royalty rights with so many manufacturers.

**Telecom and electrical corporations proposal with underling contract or**

From **general@softwho.us**

To **customerservice@compliance.centerfield.com**, **abuse@charter.net**, **SubpoenaResponse@cox.com**, **privacy@cox.com**, **emergency@netd-ttp.com**, **wow_techsupport@wowinc.com**, **mcc.legal@mediacomcc.com**, **customer.service@suddenlink.net**, **legal@cableone.biz**, **dmcanotice@wavebroadbar entouch@eng.rcn.net**, **gclrecordscustodian@gci.com**, **Admin@cobasystems.net**, **askus@buckeyebroadband.com**, **support@shentel.net** 15 more...

Cc **charles_white@gud.uscourts.gov**, **jacqueline.marro@judicial.state.co.us**, **patentpractice@uspto.gov**, **InfoDesk@ohchr.org**, **information@icj-cij.org**, **osd.pen**

Date Sun 05:59

Dear Sirs,

"partnership and reseller with presentments opportunity easy to close terms and conditions to assist with blue collar per county financial combination tokens contract with Fortune 1000 banks December 2019 and March 2020 presentation and contract Access points risers with all OEM manufacturers of ROM ATZ and zones of file management equipment and tandem Stanford and Softwho MOS file management developments improved to complete OEM expectations of contract completed December 2021 with the best premiums of truncation sciences and domains sciences technology to merge with the best of $1.00 best products of the planet"

from owner Softwho with Gold and Silver partners with OEM where OEM to OEM national reseller and previous presentation valid for as long as necessary and subnets cross connection reservations systems attached and risers subnetting methods owned non conflicting and third MOS file managemnet executive file management. "with our goals of digital communications complete with highest TCP/IP and TCUIIP confirmed with presentments we include our other partnership proposals of libraries front plates and backplates TCP and VLAN gateways and NAT cesspools head to head communications networks proposal seeking partnership to find somewhere safe to live country of Australia and gerontology protected by Fortune 500 firms and if not paid over $45 million dollars within 7-days Softwho will have to merge self domain service provider business after all of the illegal conducts of false DSP and many years of injustices falsely against Stanford against design flaws of so many areas from blue collar and upward of eases mechanics structures etc...and will add additional partners CEO's affiliation franchises and fortune 500 and Fortune 1000 firms to protect Nobel Prize properties of age reverse and lid technology and MOS executive file management and as well vortex and risers access points technologies offering VLAN CMOS and switch planes CMOS and carriage roots priming of DLL within routing protocol mesh protocols within 15 days from today's date and will continue with utility journey man requests"

Please find contacts of Attorneys pro bono and court statement attached.

Please find brochure attached with presentation of telecommunications truncation technologies: provided August 2021 contains NAT network address translation reseller agreement contract requisitions and emergency stipend in other country as soon as possible and secondly year 2022 non conflicting MOS management operations systems and risers information systems of TCU/IP protocol owned by Softwho and riser-TCP/IP attached delimit methods of properties owned by Softwho where is not for sale and with seed Account request and four class action law suits.

from: Joseph stanford <josephstanfordguam@gmail.com>

to: charles_white@gud.uscourts.gov,
InfoDesk@ohchr.org

cc: jacqueline.marro@judicial.state.co.us,
patentpractice@uspto.gov,
InfoDesk@ohchr.org,
information@icj-cij.org,

ssa.panda@provirus.nbx.se public-inquiries@mail.mk
chief@gpd.guam.gov

date:      Feb 20, 2022, 4:08 AM

subject:    Re:

mailed-by: gmail.com

On 2021-07-14 12:38, general@softwho.us wrote:

Please find time to include our presentation and seed request of softwho with another speaker of house presentation to clarify working mechanics file management relational executive fields and reseller telecom contract to secure with telecom firms at your earliest convenience.

Thank you.

Mr Joseph a. Stanford.

Tel 806 410 6266

On 2021-06-29 22:49, general@softwho.us wrote:

Oops.

On 2021-06-20 18:28, general@softwho.us wrote:

general@softwho.us

randall.stephenson@att.com, lcare3@amcustomer.att-mail.com, info@att.com, dataprivacy@ai-enterprise.com, cloudsupport@hp.com, AskBoard@microsoft.com, media.australia@apple.com, privacy@cisco.com, privacy@juniper.net, nonmanagementdirectors@us.ibm.com, ContactTheBoard@vmware.com, dataprotection@siemens.com, antitrust@ftc.gov, antitrust.atr@usdoj.gov, reportmisconduct@undp.org, subpoena@dodig.mil, USPardon.Attorney@usdoj.gov

cmemberservices@amd-member.com, nfo@nvidia.com, txn@ti.com, tsupport@us.fujitsu.com, NETSUPP@us.ibm.com, trademar_us@oracle.com, plms@sis.com, IR@via.com.tw, embedded@viatech.com, att@computershare.com, norteiusclaims@nortel-us.com, info@skadden.com, privacy@klgates.com, jweinzim@debevoise.com, sarosenthal@venable.com, jjbruton@venable.com, pemccahan@venable.com

On 2021-04-13 12:49, general@softwho.us wrote:

On 2021-03-01 15:28, general@softwho.us wrote:

Pat, @ 202-344-4000 c/o Joseph A. Stanford Account balance $0 versus over the counter and levels of support economies comment of Department of Defense "resources and sources per county" requesting immediate emergency Hedge Account funding and/or seed balance paid and/or chargeback Punitive settlement paid within 48 hours from March 1, 2021 and March 8, 2021 will not accept use of LLP properties life, liberty, or property while social applications of management per hedge funding account rationale basis of Softwho and Stanford Regions Bank informed and alternative of Department of Treasury of treasury direct.gov Account #Y 723 959 955 @ 844-284-2676 "per escalation President Pardon March 1, 2021 mediation with Antitrust divisions and USPTO offices of support levels of economies"
Thank you so much for taking the time to hear the wrap up summary of requests of Account Hedge and/or Punitive settlement claims within 48-hours filed 12/28/2020 and 01/08/21 and deadline 02/10/2021 with Department of Justice Antitrust and FTC Federal Trade Commission and as of within the next week have no deposits of seed capital known as court motions seeds with Softwho owner Joseph A. Stanford motions Partnership Act 2001 filed March 2020 of failure to appear of Amendment 14 substantive due process claims and escalations processing within 24-hours of Miranda Rights Civil rights Act 1964 right of way of After the Fact claims seeking President mediation and Army OIG and Marine OIG of Department of Defense hot line 800-424-9098 and explained is eases versus requirements of two locations and discard of recovery and rebuild per failure to appear since 2017 Financial Fortune 1000 firms and requests of Hedge Account relief within 48 hours of Stanford and Softwho seeking Honolulu, Hawaii and place of contact of visitation with our new employees and the equipment as we described as noted "will not be disappointed and without failure of our end at Softwho since 2017 and available at 5am of turnover of the objects IP property and no such warning nor question posed of hierarchies of Government over 20,000 counties per state of support level economies if you please and owner is sole owner and is not the instrument of change manifesto at 5am to recovery and rebuild of sources and resources commented by Department of Defense"

Dear Sirs:

If you please Stanford and Softwho account is at zero balance and betweeness redress-instruments is not Stanford suffrage acceptable of forfeit-failure to appear and cannot accept 20 years ago claims of no veto of President Pardon changed to venue of management rather than accessory related of mediation after several phases of USPTO completions of processes and then mathematics and then proofs of gross receipts 20 years ago and cannot accept no for an answer of speech trap of causation the questions posed with Homeland Security management social applications-Government any one within acceptance through their doors of business per county per requirements of able and willing and now we need to open our relationships elsewhere and elude consumer reports since 1990-2020 of equipment telecom and rebuild telecom equipment malfunction and solutions DACS file management of CDN and errors backplanes are truly business operations systems MOS of scales roots proper seals"

If you please act according to our emergency escalation needs as soon as possible within 48 hours and contact the OIG of Marine Corps and Army Corps of Engineers regarding Hedge Account and your own issue raised of eases versus requirements of suffrage and Miranda Rights claims and I am sure any amount approved and authorized to Regions Bank or in person or in Honolulu within Saturday March 6, 2021 will work sufficient of our needs with Vortex Communication Networks as our issue not taking things for granted is the first Active Presentation of PPT of digital communications of backbone errors of this era of 2000 and 1990's and must be urgent of the surprise of emergency and emergency of the owner not in collide but gratitude of the amazing abilities of the backplates industry of scales OOO and IP routes and TCP/IP and processing primer as we discussed with presentations and prospectus. You have to call them to get the payment and we will authorize this pro bono approach to obtain some Account Hedge amounts from many offers of agreements since 2018-2020 from 2020 and the bounties we explored together and clarified national business with digital communications equipment.

Please contact the software firms and financial firms within 24 hours to obtain our hedge account and punitive seeds monies and Partnership act remedy of the filed motions of March 2020 and the final products attached please of collide issue and please of inopportune of our text of multiple websites overcome and the issues afore. Here is the final offer and the opportunity of backup R&D of VLAN cells and rainbow routers and our vortex communications should not be stonewalled of the issue public using

| | |
|---|---|
| Subject | Re: Telecom and electrical corporations proposal with underling contract or |
| From | <general@softwho.us> |
| To | <customerservice@compliance.centerfield.com>, <abuse@charter.net>, <SubpoenaResponse@cox.com>, <privacy@cox.com>, <emergency@netd-ttp.com>, <wow_techsupport@wowinc.com>, <mcc.legal@mediacomcc.com>, <customer.service@suddenlink.net>, <legal@cableone.biz>, <dmcanotice@wavebroadband.com> <customerservice@compliance.centerfield.com>, <abuse@charter.net>, <SubpoenaResponse@cox.com>, <privacy@cox.com>, <emergency@netd-ttp.com>, <wow_techsupport@wowinc.com>, <mcc.legal@mediacomcc.com>, <customer.service@suddenlink.net>, <legal@cableone.biz>, <dmcanotice@wavebroadband.com>, <closedcaptioningissues@wavebroadband.com>, <legal@mygrande.com>, <Subpoenas@midco.com>, <dmca_notice@agoc.com>, <closedcaption@sectv.com>, <abuse-entouch@eng.rcn.net>, <gcirecordscustodian@gci.com>, <Admin@cobasystems.net>, <askus@buckeyebroadband.com>, <support@shentel.net>, <custserv@fidelitycommunications.com>, <LEA@windstream.com>, <info@directcom.com>, <helpdesk@cablemo.net>, <closedcaptioning@summit-broadband.com>, <Comcast_Privacy@comcast.com>, <privacyoffice@verizon.com>, <info@cmi.chinamobile.com>, <privacy.officer@americantower.com>, <telekom.com-redaktion@telekom.de>, <copyright@singtel.com>, <RND@sktelecom.com>, <alison.minea@dish.com>, <hadass.kogan@dish.com>, <ir@chinatelecom-h.com> |
| Cc | <charles_white@gud.uscourts.gov>, <jacqueline.marro@judicial.state.co.us>, <patentpractice@uspto.gov>, <InfoDesk@ohchr.org>, <information@icj-cij.org>, <osd.pentagon.pa.mbx.ce-public-inquiries@mail.mil> |
| Date | 2022-02-20 05:59 |



- Softwho.pub (~119 KB)
- Softwho DSP ASP.pptx (~3.3 MB)
- Nobel Prize.pptx (~682 KB)
- Stanford versus Department of Defense HC 510 Theft of Properties.pdf (~127 KB)
- Gmail - (no subject).pdf (~2.2 MB)
- Civil Rights Stanford Bill of Rights FINAL1.pdf (~366 KB)

Dear Sirs,

"partnership and reseller with presentments opportunity easy to close terms and conditions to assist with blue collar per county financial combination tokens contract with Fortune 1000 banks December 2019 and March 2020 presentation and contract Access points risers with all OEM manufacturers of ROM ATZ and zones of file management equipment and tandem Stanford and Softwho MOS file management developments improved to complete OEM expectations of contract completed December 2021 with the best premiums of truncation sciences and domains sciences technology to merge with the best of $1.00 best products of the planet"

from owner Softwho with Gold and Silver partners with OEM where OEM to OEM national reseller and previous presentation valid for as long as necessary and subnets cross connection reservations systems attached and risers subnetting methods owned non conflicting and third MOS file managemnet executive file management. "with our goals of digital communications complete with highest TCP/IP and TCUIIP confirmed with presentments we include our other partnership proposals of libraries front plates and backplates TCP and VLAN gateways and NAT cesspools head to head communications networks proposal seeking partnership to find somewhere safe to live country of Australia and gerontology protected by Fortune 500 firms and if not paid over $45 million dollars within 7-days Softwho will have to merge self domain service provider business after all of the illegal conducts of false DSP and many years of injustices falsely against Stanford against design flaws of so many areas from blue collar and upward of eases mechanics structures etc...and will add additional partners CEO's affiliation franchises and fortune 500 and Fortune 1000 firms to protect Nobel Prize properties of age reverse and lid technology and MOS executive file

management and as well vortex and risers access point technologies offering VLAN CMOS and switch planes CMOS and carriage roots priming of DLL within routing protocol mesh protocols within 15 days from today's date and will continue with utility journey man requests"

Please find contacts of Attorneys pro bono and court statement attached.

Please find brochure attached with presentation of telecommunications truncation technologies: provided August 2021 contains NAT network address translation reseller agreement contract requisitions and emergency stipend in other country as soon as possible and secondly year 2022 non conflicting MOS management operations systems and risers information systems of TCU/IIP protocol owned by Softwho and riser-TCP/IP attached delimit methods of properties owned by Softwho where is not for sale and with seed Account request and four class action law suits.

from:     joseph stanford <josephstanfordguam@gmail.com>
to:       charles_white@gud.uscourts.gov,
          InfoDesk@ohchr.org
          jacqueline.marro@judicial.state.co.us,
          patentpractice@uspto.gov,
cc:       InfoDesk@ohchr.org,
          information@icj-cij.org,
          osd.pentagon.pa.mbx.ce-public-inquiries@mail.mil,
          chief@gpd.guam.gov
date:     Feb 20, 2022, 4:08 AM
subject:  Re:
mailed-by: gmail.com


On 2021-07-14 12:38, general@softwho.us wrote:

Please find time to include our presentation and seed request of softwho with another speaker of house presentation to clarify working mechanics file management relational executive fields and reseller telecom contract to secure with telecom firms at your earliest convenience.


Thank you.

Mr Joseph a. Stanford.

Tel 806 410 6266


On 2021-06-29 22:49, general@softwho.us wrote:

Oops.


On 2021-06-20 18:28, general@softwho.us wrote:

general@softwho.us

randall.stephenson@att.com, icare3@amcustomer.att-mail.com, info@att.com, dataprivacy@al-enterprise.com,
    cloudsupport@hp.com, AskBoard@microsoft.com, media.australia@apple.com, privacy@cisco.com,
        privacy@juniper.net, nonmanagementdirectors@us.ibm.com, ContactTheBoard@vmware.com,
    dataprotection@siemens.com, antitrust@ftc.gov, **antitrust.atr@usdoj.gov,** reportmisconduct@undp.org,
                subpoena@dodig.mil, USPardon.Attorney@usdoj.gov
cmemberservices@amd-member.com, nfo@nvidia.com, txn@ti.com, tsupport@us.fujitsu.com,
NETSUPP@us.ibm.com, trademar_us@oracle.com, pims@sis.com, IR@via.com.tw, embedded@viatech.com,
att@computershare.com, nortelusclaims@nortel-us.com, info@skadden.com, privacy@klgates.com,
jweinzim@debevoise.com, sarosenthal@venable.com, jjbruton@venable.com, pemccahan@venable.com

On 2021-04-13 12:49, general@softwho.us wrote:

On 2021-03-01 15:28, general@softwho.us wrote:

Pat, @ 202-344-4000 c/o Joseph A. Stanford Account balance $0 versus over the counter and levels of support economies comment of Department of Defense "resources and sources per county" requesting immediate emergency Hedge Account funding and/or seed balance paid and/or chargeback Punitive settlement paid within 48 hours from March 1, 2021 and March 8, 2021 will not accept use of LLP properties life, liberty, or property while social applications of management per hedge funding account rationale basis of Softwho and Stanford Regions Bank informed and alternative of Department of Treasury of treasury direct.gov Account #Y 723 959 955 @ 844-284-2676 "per escalation President Pardon March 1, 2021 mediation with Antitrust divisions and USPTO offices of support levels of economies"
Thank you so much for taking the time to hear the wrap up summary of requests of Account Hedge and/or Punitive settlement claims within 48-hours filed 12/28/2020 and 01/08/21 and deadline 02/10/2021 with Department of Justice Antitrust and FTC Federal Trade Commission and as of within the next week have no deposits of seed capital known as court motions seeds with Softwho owner Joseph A. Stanford motions Partnership Act 2001 filed March 2020 of failure to appear of Amendment 14 substantive due process claims and escalations processing within 24-hours of Miranda Rights Civil rights Act 1964 right of way of After the Fact claims seeking President mediation and Army OIG of Department of Defense hot line 800-424-9098 and explained is eases versus requirements of two locations and discard of recovery and rebuild per failure to appear since 2017 Financial Fortune 1000 firms and requests of Hedge Account relief within 48 hours of Stanford and Softwho seeking Honolulu, Hawaii and place of contact of visitation with our new employees and the equipment as we described as noted "will not be disappointed and without failure of our end at Softwho since 2017 and available at 5am of turnover of the objects IP property and no such warning nor question posed of hierarchies of Government over 20,000 counties per state of support level economies if you please and owner is sole owner and is not the instrument of change manifesto at 5am to recovery and rebuild of sources and resources commented by Department of Defense"

Dear Sirs:

If you please Stanford and Softwho account is at zero balance and betweeness redress-instruments is not Stanford suffrage acceptable of forfeit-failure to appear and cannot accept 20 years ago claims of no veto of President Pardon changed to venue of management rather than accessory related of mediation after several phases of USPTO completions of processes and then mathematics and then proofs of gross receipts 20 years ago and cannot accept no for an answer of speech trap of causation the questions posed with Homeland Security management social applications-Government any one within acceptance through their doors of business per county per requirements of able and willing and now we need to open our relationships elsewhere and elude consumer reports since 1990-2020 of equipment telecom and rebuild telecom equipment malfunction and solutions DACS file management of CDN and errors backplanes are truly business operations systems MOS of scales roots proper seals"

If you please act according to our emergency escalation needs as soon as possible within 48 hours and contact the OIG of Marine Corps and Army Corps of Engineers regarding Hedge Account and your own issue raised of eases versus requirements of suffrage and Miranda Rights claims and I am sure any amount approved and authorized to Regions Bank or in person or in Honolulu within Saturday March 6, 2021 will work sufficient of our needs with Vortex Communication Networks as our issue not taking things for granted is the first Active Presentation of PPT of digital communications of backbone errors of this era of 2000 and 1990's and must be urgent of the surprise of emergency and emergency of the owner not in collide but gratitude of the amazing abilities of the backplates industry of scales OOO and IP routes and TCP/IP and processing primer as we discussed with presentations and prospectus. You have to call them to get the payment and we will authorize this pro bono approach to obtain some Account Hedge amounts from many offers of agreements since 2018-2020 from 2020 and the bounties we explored together and clarified national business with digital communications equipment.

Please contact the software firms and financial firms within 24 hours to obtain our hedge account and punitive seeds monies and Partnership act remedy of the filed motions of March 2020 and the final products attached please of collide issue and please of inopportune of our text of multiple websites overcome and the

all issues afore. Here is the final offer and the opportunity of backup R&D of VLAN cells and rainbow routers and our vortex communications should not be stonewalled of the issue public using properties over the counter but unable to pay $5.00 bills is not a false object of Stanford nor instrument of petitions of redress and would mean that we have verified our need to relocate to another country and State of Hawaii will arrive March 9, 2021. Please satisfy this request and obtain our hedge accounts at once.

Thanks,

Joseph A. Stanford

Te;l 806 410 6266

818 Myrtle #307

El Paso, Texas 79901

On 2021-02-10 22:22, general@softwho.us wrote:

Follow up of 48 hours demand letters notice February 8, 2020: per our security initiatives and seed monies and punitive settlement needs addressed with several pedigree software design of Visual Studio.net and command.com code languages and ROM random access memory languages and reserve of properties Softwho of mapping envelope reservations systems: vortex communications networks includes our petitions with pro bono attorneys and pro bono attorneys of United States of America Antitrust federal divisions with several posits of authority chain of command versus convenience crimes of the issue false partnership act 2001 beguiles against my client since 14 years ago and additional years and includes our chain reaction of events and as well additional issues raised to meet cost of living per day and per month and rights of IP intellectual property royalties since our initial reviews filed in Potter county March 2020 of Partnership Act 2001 threats however the issue of conflicting statements of authoritative and due process of Amendment 14 and 15 and 6 are included at this point of requests of Hedge Accounts of 48 hours or less is not public appetite of forfeit with surprise witnesses including resurrection civil rights act 1964 since and now 2021 of mass casualties surprise element that all sides have ignored and secondly issue of communiques practices of senders and receivers in which you all at all sides communicated and initiated leader and follower and then the entrance of criminal tame were afront and then criminal conducts in which the communiques that all businesses are still in every 911 phone call the only method of Amendment 1 speech or expression of hold patterns noted for the record expert withdraws or expert hold patterns withdraws as Six Sigma interceptor and Six Sigma accessible decision powers where we must include with Antitrust divisions multiple federal laws the opportunity to circulations of agreements of Accounts and while is recent of 2014 of communiques but withdrawal of decision powers to execute against totals public "in firm response the leader and follower and every business chain of events of gross mislead including gross of generations-threats and followers that really guilty of manslaughter upon the right inhibitor were drawn from these parties of communiques and then presence of chain of events and at this time the beguiles must include this issue of interception and accessible of mass emails to levels of management of executive tables and executive CEO letters and executive chain of events that the decision powers initiated by your companies and corporations are the fact of mislead of eases of crimes of receivers and senders and finding out that these parties could be capable of mass civil riots and civil looting of immature juvenile patterns and per court docket procedure of ad lidem we present our backup plans to receive capital funding to the fact of threat number two of number one (Partnership Act 2001 of property obligations Act 2020 of over four years submissions to the Courts and longer); and number two the inquest of investigations of sameness per county and total counties of these parties conflicting statements of without due process where substantive due process of Amendment 14 and 15 and Amendment 6 right to confront shall bear that our requisitions are levels of support levels economies embed of software and embed of our websites and embed of the internet and embed of computer systems and embed of backplates random orders and many other opportunities and that the issue of leverage of issue raised without due process shall be moved to the next level if no payments are received by March 1, 2021 for my company Softwho.

Our enclosures are firm and follow the chain of command of threat and veto threat and actual court appearance and negotiation tenure of properties trade exchanges and as well follow through with Ricoh Act violations of Six Sigma class with conflicting statements of behavior drivers against society lured power of national crime of collide manifesto while Joe Stanford SS 457 89 1024 digital signature were sole to provision the Softwho of domain service provider and stolen from with communiques but the convenience of honor somewhat of large versus small print shows and the admission of the wrong doing

of appearing independent to the Judges and the judges that background of people showing up that were 1/2 of a county criminal and the other 1/2 of the county exacted working labor blue collar class you have no tag of honor code of restore or judgement duty or forfeit of CEO letters and the age wrinkles damages this 1/2 of the public did while you all in decision powers were gloat of sending and receiving communiques messages at every level have odacity to withdraw and decision powers totals against our Civil rights Act 1964 of these mass casualties of communiques there again of before contact a racial divide and there again 800,000 avail and there again you all in concert of evade-participations.

On this note - Softwho and Joseph Stanford are leaving the country in 2-weeks and need some money transferred and will not accept no for answer at this point and our business was not seeded and we would have to request pro bono assistance as noted within the email here and contents be included as witness of threats after March 1, 2021 and then again March 1, 2021 of President Veto of Pardon powers of prison systems and economies and Amendment 15 substantive economic due process withal of the concept Softwho contacts your offices and authorizes full commits of the transfer of objects but the only transfer is countries that are using financial combination tokens 1-x of 14-15 times Accounts before digital transmission and the issue of support levels economies no public speaker has requested the payments on behalf of Stanford and to date the only parties interested in our future are parties that are the 1/2 of labors to the county or the other half are assault and battery parties likely of repeat offenders along with all ideas complete as well as multiple charges of felons and felonies.

if you please we need our payments of over the wire to our bank accounts and have to leave right away and I do not want to have to merge beyond the Clayton Act 2004 on this situation at all and these are the best prices that are available and we have succeeded at all sides and if you have any questions at all you may reach me by phone or email at once Joseph Stanford.


The amount requested is fair we have to have some net income transferred right away and my new employees need the safety net and the Civil rights Act 1964 should speak for itself of mass public versus intervene and automation of the situation known as treasury and currency of false objects and now this is the best of the premiums and we included all considerations possible and have a great 10 years ahead of our business and gerontology age reversal products to research and cells of foods or chemical-jumpers to as well our business prospects of vortex communication networks and the account is empty we have no money and the situation is false appetite of injections to society bottom line with next day questions called plantation versus replacement against society of intervene schizophrenia and now I do not want my company involved beyond this and your corporations should have plenty options that we planned as operations MOS management operations management systems with foresight of over 300 bit map envelopes and 600-1000 TCP/IP command structures of LED within network crawler multiple websites that include optimize of the CRM industry and as well Visual studio.net to include programmatics of groups and as well many other risers arrays database structures of the router called primer routing technology with all of the protocols paid no less than $20 Billion dollars of at least 15-20 in the market since our first day on the job in 1996 if you will please our products are sound and have been complete since the processes of dual copy in 2014 and complete since credit fractions in 2016 and cross connections in 2016 and all sides have had mass emails since 2016 through today and are totally yours and here we have to obtain money because there is a privacy bill and privacy chain events of my company Softwho that have to attend to and as well all of your negotiations of professional certifications and telecom relations should be relieved at this point with the issue of retransmission that will add many years of growth for all telecom relationships that will blossom with subscriptions and memberships as the mainstay and create the circulation envy of the Globe! and at very least we need our punitive settlement paid and overnight please 48 hour notices and I am leaving in two weeks please and for god's don't fail because the options have run out and then issue of collide and backup plans should never have been the defense of every manager in this nation and so we need hedge account monies and is not a speech trap for god sake and I could get stuck in Fiji Island and have to call your 800# as well etcetera and we have to move on this right away. please send our money by hedge account or petty cash right now....we are out of funding and the appetite of collide is already there and we are packed and have to get capital for our spending of the house of SOHO right over night and this is serious business of SLA agreements so if you please.

Now we will have to contact your offices within March 1, 2021 to obtain the financial backing to country of Fiji IP properties royalties or otherwise of hedge account premiums of Account stipend for the time being and now less than $1 million dollars and we have to pursue our dreams elsewhere and are not the other 1/2 of the county of tolerance acceptances and have to find our management to savior at a home capable of work and backup plans if you please we have to leave within two weeks and is not our issue of communiques waste of precious lifetime and precious Six Sigma of logic train in front of the production systems and we did everything possible for your return and to maintain your CEO significant milestones of

| Subject | **Re: Fwd: Presentation - Financial Combination Tokens** |
| --- | --- |
| From | <general@softwho.us> |
| To | <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade.com>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com> <huntington.investor.relations@huntington.com>, <InvestorRelations@syf.com>, <ed.bilek@bbva.com>, <InvestorRelations@comerica.com>, <IR@etrade>, <james.abbott@zionsbancorp.com>, <moleary@svb.com>, <ir@mynycb.com>, <investor.relations@cit.com>, <steven.bodakowski@peoples.com>, <synovusboardofdirectors@synovus.com>, <webmaster@mutualofomaha.com>, <inquiries@astfinancial.com>, <jason.patchett@cibc.com>, <InvestorRelations@eastwestbank.com>, <InvestorRelations@firsthorizon.com>, <katy.hall@bokf.com>, <CEscochea@bankoftexas.com>, <privacymanager@johndeere.com>, <investor.relations@raymondjames.com>, <investorrelations@firstcnb.com>, <InvestorRelations@fnb-corp.com>, <robb.timme@associatedbank.com>, <investor_info@wintrust.com>, <directors@frostbank.com>, <ab.mendez@frostbank.com>, <investor@iberiabank.com>, <enebb@optonline.net>, <InvestorRelations@hancockwhitney.com>, <heather.worley@texascapitalbank.com>, <tmangan@websterbank.com> |
| Cc | <patentpractice@uspto.gov>, <PatentsOmbudsmanProgram@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <probono@uspto.gov>, <reportmisconduct@undp.org> |
| Date | 2020-12-30 05:42 |

- Prospectus Abridge Banks Only.docx (~1.4 MB)
- Journeyman Electrical Guild TCUIIP.docx (~151 KB)
- Softwho Project Plans 2021.docx (~36 KB)
- efilingAck39420297.pdf (~79 KB)
- efilingAck40010314.pdf (~66 KB)
- efilingAck40590927.pdf (~63 KB)
- efilingAck40686545.pdf (~60 KB)
- efilingAck40757862.pdf (~46 KB)
- efilingAck40834856.pdf (~66 KB)
- efilingAck41004439.pdf (~63 KB)
- efilingAck41028666.pdf (~63 KB)
- efilingAck41064569.pdf (~60 KB)
- efilingAck41064575.pdf (~63 KB)
- efilingAck41064582.pdf (~60 KB)
- efilingAck41064593 (1).pdf (~60 KB)
- efilingAck41064603.pdf (~60 KB)
- efilingAck41422531.pdf (~60 KB)

Dear Sirs,

Please review complete business models of RFC industry computers and CPU and vortex communications with Prospectus attachments and everyone that I know of is counting on financial combination tokens to merge with pay check cashing services per county and merges with Affiliations and here is the final offer from November 2019 with our postulates with additional postulates of lump sums economies and grid x/y repeaters and as well the proofing of postulates included updates if need be....please send our account rectify at once of income per daily needs attached as soon as possible. Thank you Softwho and Regions Bank and Go bank have been updated about any ACH transfer that would need to be done before leaving the United States of America of the famous citizenship Application to another country. Thank you so much and

anything will work for the time being of capital available and hedge account remedy to leave the State of Texas for the end of the year and within 5 minutes with our OEM firms and Bio tech firms attached and Department of Commerce and Chamber of Commerce with official authorization to transfer the objects and create the available nutshell of labor required even after many felonies per person and the requirements that USA may have in mind to find labor rather for the time of labor before consent please......Thank you so much..... issue 1: Save Stanford right now....Softwho pleas bargains of around $10 million dollars to net income to pay for one's way and safety within 5 minutes and public collide of dupe at this time is not cover up but is real and prevalent and closing in fast within a few days. 12/29/2020. Please advise our international clients at once and any set backs met with available nutshell marketing for our partnership in the works and the international FDIC parties to enjoy the latest business products of manual two way communications of financial combination tokens networks.

Issue 2: Softwho includes demand letters and Antitrust laws of threats with the only supportive issue raised Softwho is the only company on any legal hearing with OEM firms or Banks institutions Fortune 1000 or Affiliation corporations Fortune 1000 or Chamber of Commerce 54000 counties and Department of Commerce: with gross mislead errors within concepts of Softwho of networks of name space and formats of name space and formulas of name space and business utility USPTO filed since fair times stamps ratios only man in America or abroad to apply manual and digital communications systems

Issue 3: whitepapers and inclusions of Vortex communications networks of Softwho include our guarantee versus over 2000 RFC patents with one question is flood gates and reliable host management and reliable switch planes of outlet and output within flood DACS networks.

Wow! thank you so much. everything is done and complete from LAX airport from the alleged convenience crime theft of escape from United States from Stanford and Softwho August 10, 2020 and all of the counties have DA's involved since pressures of defaulting (all of the criminals are detained opportunities) and as well Softwho guarantees vortex communications networks offers new age technology mediums of adapters and plugs and butts and splicing than ever seen in the globe --- Guaranteed SLA from day one 2007 interlayering OSI and 2020 vortex communications networks not for sale but will bargain if need be and as well gerontology aging reverse complete guaranteed proofing and analysis without too many chemicals and we are ready to fly out of the United States with citizenship application elsewhere as promised with President of United States of America fixing our deficit of having goods to offer to another country from 2016 and 2019 and 2020 and would kindly rescind upon prompt payment from your offices from one or more or consortium - we okay with whatever to get moving within 48 hours and I have to call these people and they are going to get into a bind the man is closing in convenience crimes wise we have to get moving and the banks are a new discovery there again of only a few were renders of aid per one and many and all! omg!. 2020.

please find demand letters attached of March 2020 antritrust threats of suitable convention of properties for sale stipulated fault line of unable to produce clarified by November 2020 of BGP line access remote networks and multiple protocols unequitable of boot flash technology properties clarified of November 2020 and capability of the products of TCP/IP and TCU/IIP of backplates and frontplates uplink DACS and router processor and cross connectors lacking scales roots roots cause and as well the resell value of $500 trillion dollars of our products of name space networks of Softwho and as well the same letter used with Financial institutions of Fortune 1000 over 200 financial tokens combination networks and Chamber of Commerce every county and as well Fortune 1000 OEM firms of our vortex communications networks featuring security of RFC never again up for grabs of RFC of reliable gateways master codes to replace the one to two of procedures that we have on a router known as routing-switch plane reliable gateways networking of Softwho and TCU/IIP and as well final close of the deal within timely of over night for suffrage of Miranda Rights per county and state county and national county of the fact that bosom is management utility and not so much management person and so we need to merge new feasibility compares of 2 out of 10 persons of heighten is also 8 out of 10 whom admitted to heighten and that the issue of adaptable consent of available is probable root cause as speculated with so many conventions of Softwho of manual agreements of upfront lump sums as and same as effective as digital communications networks and finally the vortex communications networks backup plans with our pedigree engineer RFC firms in case there are any struggles that you all may incur and so our final letters of 2020 celebrate true of the Softwho company of limited by text and multiple websites to achieve the most premiere technology of processor routers and bandwidth electricity and gerontology of reliable being bosom of age reverse of all time and we have no problem at all with public speaking events and no problem at all with attending college and training and will accept your box-of gifts of charity of laptops and plane tickets to Fiji Island and payment for a hotel at no extra cost and minimal as possible and we are leaving in about two months from now scheduled March 7, 2020 and we have to get our posessions from LAX airport after arriving to Fiji Island and this is only opportunity timeline that we can stand off so many facts to join with the issue roots cause-Softwho has to pay for expenses and we could

have assisted over right to rent a hotel room and we could have assisted to rent a car and we could have made a reference of character to the government of Fiji Island for this man and as well his family situation doesn't right at all and the fantasia game is over with and we found all of the tip off parties and we established against the Senators of guilty before any inmate of prison or jail and so I have to get moving over night okay ....I'm not even kidding please assist right now....I have to have a deposit of money to the bank account with Regions of Softwho to pay for the needs at once and there is not other options and they are ruining with perimeter and perimeter is the much worsen of the child spitting on the school-walls okay....Now please assist with our payment rectify so I may enjoy my life and please appreciate that you all are at marketing distances and can severe the relationship within 30 seconds and now I love my manager Dan Say from Dallas, Texas and elite worth of over $50 billion dollars and have no problem having his family over the rest of their life okay and now I need to get my manager to a 30 second protocol with Joe here okay.....now the gross receipts again are from 20 years ago and our protocol of locked doors was sufficient but the accessible sprees are not contained yet and the opportunity against a manager cannot happen okay....now please transfer some proceeds for our net income to grow in th next year from our flawless and guarantee and guarantee there again and guarantee in front of crowds and guarantee flawless of computer systems.....if you will please....I have to get going right now...

In addition to updates with Gross receipts with Software firms known as "OEM firms"; includes the fact of perjury by oath inclusions of negligence blackout accessory followers where Softwho includes final draws to the security liasion of every county with question of threshold-negligence by techniques of do injury and do and will and have injury; however, since 12/29/2020 our famous question of (public blackmail) includes the red flags of perjury by oath where Softwho testifies maintained contact with all OEM firms over 4-years however the opportunity of cover up blackmail were prevalent in all contexts of the situation of OEM firm and Softwho since issue raised init fallacy copy cat convenience crimes where the question litmus will parties continue or abridge nucleus concept of issue raised french kiss of profiles each other rural and substandard or is there a red-dot of recognizance of guns or military warfare "to seize the other highest opportunities" denouncing these parties as the fallacy of technique works but hinders the issue of threshold admissions upon the issue presentment of articles of confession and articles of proofs against any such notion or gumption of arrival or timed arrival or machine war crimes or answer final of the fallacy of speech trap "Bill Gates the owner of Microsoft" typify of the experience of illegal designs of expert conducts versus admissions of expert criminal reports of threshold to demand punitive settlement amounts upfront of the next issue raised of forfeit of economic due process or above within due process of management uses of consent such as opportunity to enter dwellings or opportunity of minimum wage or befool of the fact of required management inbound relationships and we should include that our best of footprint of mastermind crafts of the machine of copy cat and civil riots looting of hold patterns and civil post formations were per county and per state and deduced as first interview bank and denied while children were in school and then the trap of the whereabouts of children per county per threshold question minimal at hand of questions of greatest aptitude and is guilty and second question is there mass admissions of county rural man of related with first conduct of at scene of crime and third was decency of blackmail signature transitions made upon mass encounters or were the alibi part of the working condition to offer cover up and failure upon finding mass profiles at work such as home property of social classes and signature of deeds transfer but question entered why would someone be listed as missing persons' if the scene of the yellow tape were blackmail of signature transfer so the occupation of techniques noted recent of 2015 had to have the benefits of cover up by accessible crime sprees but the fallacy of the techniques to include courts' prelude of facts including at scene of crime negligence and whether blackmail were prevalent of signature to blackmail offer or county or state allegation rural and substandard and finally the act of criminal doing of blackmail in many capacities to gain and hold patterns and supremacy and supremacy to conquer but questions posed against threshold recognizance that we must include per punitive action with Department of Justice Antitrust and Federal Trade Commission antitrust is basic theory of why the blackmail were forfeit of basic tenet of cover up signature but the parties all are under manslaughter investigations per county of interrogative presence of the fact that the public notices would or would not prevail a public marketing debut of all sides were not a blackmail posture at all of signature transfer of deeds and as well attached Judges panel of El Paso Texas effective December 2020 of the issue pro bono necessary to find daily amounts for Softwho and Stanford of the multiple promises of SoHO and completions of our prospectus campaigns and here our final questions posed the question of forfeit thresholds or admission forfeit or accessible by forfeit recognizance of issue inbound management required and here our issue of psychotic must contain that our best footprint to find your future benefits of society and profit watches and possible stoppage of payments for lost revenues of labors required of lazy eye convenience crimes over a period of time must be heard that the threshold values there again cross examine the fact of:

question entered did the public at every number every the highest utmost information of properties and objects to connect in verse but fail to endorse at any level the appropriate chain of events to enter a bona fide criminal or bona fide psychotic or bona fide of threshold tolerance of toddler aesthetic use of vices communiques and benefits of communiques but fail to respond to any such gumption of several support systems levels where the appropriation must be heard of the fact that the psychotic of the accessible is the fact of fast and faster and faster as cover up and cover up is tolerance and cover up is the act of taking something by any method of vice but failing to present a return negotiation and here Softwho states that the chasten of psychotic question of whether tolerance of psychotic is fact of cover up being the act of alibi replacement while reminder systems of one's self stated many times to entire Fortune 1000 companies as gumption of replacement cover up of false objects consent of reminder systems required serial recognizance but in any case: did you and your cohort of any kind examine techniques of communiques to hold patterns taking of verse objects but fail threshold values of simplistic arrogance of presentments to eases of alibi to be a replacement party against others: because under no time has our company Softwho been appreciated for name space networks nor merging beyond text of emulation multiple websites nor gross receipts to adapt new treasures within the business models nor at any time has our company been brainwashed of the profiles of 60-80 bosoms per county nor these people appreciated nor has there been any appreciation at all whatsoever of the articles to Fortune 1000 companies back again within the concept of speech trap and opportunities of threshold right or wrong of communiques practices nor has there been any support nor comment at all about the most vulnerable situations' nor the rushing of the parties of guilty nor the deaths of the counties of children possibilities nor the loss of the utmost of the thefts taken from 18 persons nor any comment at all acccept for maybe our dear Presidents about the vortex communications and multiple routers nor any comment at all of the gerontology of age reverse found with anamoly properties nor close of year 2020 from over twelve years of defaulted resellers about anything and so we must brief the judge once more requesting over night of safety and the over night effect of what the testimony consists of here with threshold and psychotic and that the opportunity of the lifetime of careers is at stake and we ask again within close of year 2020 to assist Mr. Joseph A. Stanford with his wishes of 48 hours to leave the country and the amount of flexible hedge account within 48 hours is just fine and we ask again to rectify our arrangement of prospectus of the Account 806 410 6266 FTC Federal Trade Commission as the issue of reseller defaulted by reseller properties of one business to one business across America and that we urged SLA agreement of payments made to these Holders of Fortune 1000 over 20 years ago to commit to 3am of deadlines to a better lifestyle from every Corporation filed with Better Business Bureau in America and now it is with urgency to leave because of opportunity of cover up that really isn't to the likeness of cover up nor blackmail nor foul play nor cover up accessible whatsoever of parties not eligible to attach to remedies of labor required because of a first run of denials at the bank and mass entire 200 million persons in America epidemic and misunderstand and misidirect of possible renders of aid misunderstanding that they were never approved with a bank account since the first rural man or rural woman entered the bank establishment and that the essence of banking assistance is misunderstood table of objects of recognizance of the fact that the majority of the arrests Across 50-states and over 200 million people have been the reserve of cover up trap to hold pattern and yet the conflicting statement is underway in just the same as the first threat to the banking institution on the first day of this man's presence to the banking institution to establish motive?


If you will please with United Nations on board and all Presidents of over 50 countries to celebrate Construction business of scathes and construction business of chemical walls possibilities and Chamber of Commerce 1-x agreements of multiple websites reseller paycheck cashing services inbound management and the fact that Banking institutions for the first time in history appreciate FBI-marketing of the concept of 110 feet at a marketing sign of deserved respect to another from 2017 and then again in 2018 with Department of Commerce with uplift to web pages by monitor of powers of Government per county at no overhead of Intel at all of business licenses and embed of approval of pre-monies known as lump sum economies and treasury maps economies and 1-x grouping itemize economies trades and assumed names lists service providers trades to a business attachment and digital communications breakthroughs that we over came together from 2019 with our focus of phases management of patents of procurements 2018-2019-2020 of Softwho and all OEM firms of the issues of phasing the meaning of the digital communication with use of utility and utility mechanics and then utility of processes and then utility of design to cross connectors of reliable gateways and geometric priming lines and router processors and the final properties that invited with your financial CFO of Anderson Consulting and Earnst and Young and other famous GAAP standards to include GAAP Account of worth over $500 trillion dollars of the fact of two way communications used with support systems levels noted with DOJ Mike on 12/15/2020 and fact that the company Softwho includes gerontology chemical jumper arrays called meats and cyclinder electricity posts of bandwidth virtual

| | |
|---|---|
| **Subject** | **Re: Fwd: Presentation - Financial Combination Tokens** |
| **From** | <general@softwho.us> |
| **To** | <DrewAnderson@umpquabank.com>, <harold.carpenter@pnfp.com>, <joe.bass@pnfp.com>, <ctc.techsupport@commercebank.com>, <phishing@commercebank.com>, <investor@tcfbank.com>, <contactus@prosperitybankusa.com>, <Investor.Relations@ozk.com>, <emailspoof@fult.com>, <ir@fhb.com> <DrewAnderson@umpquabank.com>, <harold.carpenter@pnfp.com>, <joe.bass@pnfp.com>, <ctc.techsupport@commercebank.com>, <phishing@commercebank.com>, <investor@tcfbank.com>, <contactus@prosperitybankusa.com>, <Investor.Relations@ozk.com>, <emailspoof@fult.com>, <ir@fhb.com>, <media.inquiries@fhb.com>, <bancorp@oldnational.com>, <Jane.Sargent@bankwithunited.com>, <Chip.Ferrell@bankwithunited.com>, <fbcinvestorrelations@flagstar.com>, <investors@macys.com>, <reportfraud@arvest.com>, <investors@firstbankonline.com>, <stafford.kiguchi@boh.com>, <Georgia.Lo@cathaybank.com>, <investor.relations@investors.atlanticunionbank.com>, <info@wafd.com>, <bankanywhere@simmonsbank.com>, <investor.relations@firstmidwest.com>, <Scott.Whang@bankofhope.com> |
| **Cc** | <civilinformation@co.potter.tx.us>, <patentpractice@uspto.gov>, <PatentsOmbudsmanProgram@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <probono@uspto.gov>, <uspto@law.ucla.edu>, <howardpatentipclinic@gmail.com>, <iplawclinic@baylor.edu> |
| **Date** | 2020-02-27 17:25 |



- KIC Document 1.pdf (~8.5 MB)
- KIC Document.pdf (~3.8 MB)
- efilingAck38581949.pdf (~57 KB)

---

Dear Sirs,

Please find comfort and aid of signature seals herewith Softwho and papers to support business agreements IP intellectual property resellers with monopoly each or preferred reseller agreements.

Thank you so much. and we look forward to doing business with you very soon and thank you for receiving our information for so long here in email and verses and here is our final stages of The Offer and hereby authorize your use and transition at once. from Joseph Stanford owner of Softwho and please be so kind to transfer electronic transfer of requests of deposit at your earliest convenience.

and deposits include;

1. letter cover of agency authorization

2. signed commission to commit transfer of objects under circumstantial appeals

3. demand letters to secure collide effect against utility of potential citizen rights of marketing and defrauding public to point of collide with routines in so far as against Joe Stanford to the fact of perjury of displacement of civil rights bearing comfort and aid of utility properties mainly with Department of Commerce master case 457899653245 20061214 State of Arlington Virginia versus Paul Nelson owner of Stop and Go Gas Station and Judge Paul Owens 704 873 4561 x129

4. letter cover of business possessions held ad lidem due to unreasonable purport of company or accompany of public benefits availability versus extreme stand off without purpose presents Civil rights Act 1964 issue raised After the Fact CFR 124.56 and master case 45827889325 2005 1213 FTC and Supreme Court versus Ford Motor Company CEO Paul Shrivers and Judge Paul Melton 704 873 4512 x129

Thank you. "I have spoken with the USPS post master and employee at Post office downtown Amarillo, Texas to expect our deposits of transfer of Objects and Paper trail with as soon as possible without negligence to executive management and would expect the same of expectations of deliverables as soon as possible.....I am not an enemy to no one and will not accept pro group replies against utility of one man to society and deficit of 100 years or more and

further we provided fair prices here for my company and the lucrative matching of affairs just as lucrative with manual labors.....the work here is part of our business plans of 2016-2020 and delay after delay and name space networks and domain space networks completions to this effect ...attached is our inventions..."

Joseph A. Stanford

owner Softwho

PO Box General Delivery

Amarillo, Texas 79901


email josephstanfordmail@gmail.com

general@softwho.us

On 2020-02-21 13:24, general@softwho.us wrote:

Thank you again and please find letters of clauses consolidation spending or consolidation venture capital requisitions timely of initial mass email from 2016-2020 and here includes contractual letters and presentation included and finally letters of punitive and compensatory easy and fair terms of demand replacement of Venture Capital and attachment to commence your procedures and one by one mail outs if need be in the next six months and please find time in your schedule to assist with our income needs at this time featuring utility and one manager or utility and managers of zone markets here with Softwho name space networks featuring venture partnership agreements.

Please reach me if I may provide any additional insight other than our shared discussions opening the executive tables of execution at once since our emails in November 2019 and December 2019 and January 2020 offers known as the objects transfer and execute of The Objects herein.

Thank you again.

and per software manufacturers is clear and embark of final remit with name space networks defined Softwho properties and elements with our discussions shared with you all proofing our wonderment of affairs of decimals and host processing via emulations here with your self noted confidential and these final letters complete majority of name space networks to serve robust WAN wide area networks and types of domains and capacity routing superstructure in the near future and our partnerships of exclusion of Softwho host processing TCP/IP are noted within contents as well however will strive to redraft majority without changes afore of mail out and returns that you can deposit anytime of 24-hours with or without notice or your own Franchise rules and regulations and standards applied herein.

as of 02/21/2020; OUR EMAILS AND CLOSURE WITH SOFTWARE MANUFACTURERS POPULAR AMONG ROUTING FIRMS AND SOFTWARE FIRMS AND CPU MANUFACTURERS AND SERVER FIRMS FEATURING OUR NAME SPACE NETWORKS OF RESELLER BY TRIAL RELEASE OF PRODUCT WITHIN NEXT TWO YEARS POSSIBILITIES. THANK YOU AGAIN. FROM SOFTWHO.

updates with Partnership venture agreements and suitable with transparency depending upon your offices security needs and please find time to provide any questions you all may have regarding these CEO letters of importance while completing mail outs marked with or without signature however is befit of Mr. Joseph A. Stanford letters of authorizatio with our clients and promotion levels to support developments of Softwho and inter-systems business developments of oligopoly software manufacturers entitled:  venture partnership agreement seller to buyers of Softwho to buyers and Softwho to software manufacturers.


after reviewing our quality assurance issues attached we can explain any such discrepancies of the QA quality assurance being true and valid proofs of working mechanics where software manufacturers although short notice and short demand of  utility of one person and utility to management and utility to society here with Softwho include the mechanics proof of language consistent that host processing could be viable direct implementations that offer many benefits to society and manufacturers code libraries to speak of and here our offer of Objects surely finds that the information presented to you all is valid and secure and robust and that the main area of host processing or multiple line entry information suited among four decimals 4 decimals internal processing engines or 8.8 decimals of two octets joins or 18 functions decimals or WAN 16 decimals or 32 switching migration zone decimals etc...of WAN outbound connections our resident proof mainline is the fact that our findings Wow! that revealed although in summary within mass email entitled venture partnership with oligopoly:

[1] whole numbers are processing within four decimals with checking the MS-DOS kernel the attributes as I recall are disconcerted to some degree when applied incorrectly as alert meaning that the attributes of inlays of four decimals and whole numbers where Softwho states are around several solutions of event procedures (relays, queues, frame relays without bandwidth, IP router to translation queues, truncation translation mediums, TCP/IP command.com translation by switch line access, and FAT table cross connectors isotopes of envelope hexadecimal, TCP encapsulation and many more methods of processing and host processing by capacity and medium and interface of containment and resolutions media access control of WAN network and internal node user): number one and

[2] secondly the sine of controller of whole number equals three fractions and three the octets values of TCP/IP of envelope host processing of connections RFC unto RFC protocol or multiple protocols tests positive of the issue of geometric parts of a zero length such as 03 being 030 and 045 part of geometric and 0/90 and 180/2 equals 90 and these consistencies within around three different controller geometric shapes that are robust controllers; tangency line and whole number against three decimal output, and seven circles within repeater of decimals output of geometric shapes and octets of TCP, and finally controllers of cross relationships including tangency line of 180/2 input being domain types of services also within whole number input and multiplier and then divisor recognizing ports and overlays and cross connections port overlays systems, and finally, input whole number equals sine wave of trigonometry meaning this is again another log medium of frequency proving the inspection of FM and AM radio waves processing digital processing units.

Please enjoy our wonderment works and please find our quality assurance with measures stimulating the partnership venture and ready within 24 hours and mail outs in the next two weeks and for now a repeat agenda and proofing against software malfunction questionairre and as well rewrites to patent and contract tenants of amendment powers and mediator search for the time being and here is the included basic summary of quality assurance and demand letters and venture contract attachment as we discussed since 2016-2020 and our phone calls to attorney pro bono State Bar of Texas contending verbatims, "we developed a four decimal line and in 2016 Softwho entered security outlook and plan of action with pre design whether viable or not and liveable or not with software manufacturers to include spatial systems and in 2019 through 2020 we completed these agendas and amazingly the works are within reason of technology and the excerpts were to support capacity levels that we had no idea would befit so many in truncation languages that we had been speaking of and we had no idea the business would correct the internet and WAN and Mabell industry with our capacity routing being within input and multiple uses and resolutions and leasing owners by capacity".

Please let us get our business doors open and we all get the career name plate back together..this should not take long. Thank you again. and I can get started tomorrow on file management dynamic link libraries and file management internet cabinets and DSP domain service provider host processing please help us open our phone lines and open our building and old cliche of SOHO with my friends whom are wonderful examples to walk and learn with. Thank you so much.

Thank you so much. And if you will provide any mediation council at your pooled amounts petition from Software firms request I would greatly appreciate it.

Softwho all rights reserved 02/21/2020, located Amarillo, Texas (contact mediation or Government agency and they track Stanford asap.)
email general@softwho.us

1. SB16 enclosed
2. initial offering Small Business Administration company, registered USPTO, Softwho
3. Venture Partnership Agreement and Demand Letter Consolidation Payment being Venture Capital Account with oligopoly vendors or preferred vendors.
4. Pending legal binding letters amend of preferred partnership venture containing settlement, punitive, and relief, and income culmination amounts listing.

Thank you again. 02/17/2020.

On 2019-12-19 15:59, general@softwho.us wrote:

SHARED WITH OUR FRANCHISE BANKS WITH MASS EMAIL 12/19/2019:

| Subject | **Fwd: Re: Fwd: Presentation - Financial Combination Tokens** |
| From | \<general@softwho.us> |
| To | \<inquiries@usmint.treas.gov>, \<privacy@treasury.gov.au>, \<jonas.anne-braun@dgtresor.gouv.fr>, \<questions@tbs-sct.gc.ca>, \<duty_press@aprf.gov.ru>, \<consultas@hacienda.gob.mx>, \<mof_qsm@mof.gov.sg>, \<acesso_informacao@cgu.gov.br>, \<jsinv-dea@nic.in>, \<foiparequest@ic.fbi.gov> 6 more... |
| Date | 2019-12-06 14:14 |

roundcube

- Tokens Networks Financial Combinations Networks 09262019.pptx (~2.6 MB)
- sb0016.pdf (~531 KB)
- Tokens Networks Financial Combinations Networks 12042019.pptx (~2.7 MB)
- Softwho LSPs and User Experiences.pptx (~340 KB)

Softwho with QA's updates since 09/2019 through 12/2019 financial combinations tokens and networks.

-------- Original Message --------

**Subject:** Re: Fwd: Presentation - Financial Combination Tokens
**Date:** 2019-11-12 16:36
**From:** general@softwho.us
**To:** DrewAnderson@umpquabank.com, harold.carpenter@pnfp.com, joe.bass@pnfp.com, ctc.techsupport@commercebank.com, phishing@commercebank.com, investor@tcfbank.com, contactus@prosperitybankusa.com, Investor.Relations@ozk.com, emailspoof@fult.com, ir@fhb.com, media.inquiries@fhb.com, bancorp@oldnational.com, Jane.Sargent@bankwithunited.com, Chip.Ferrell@bankwithunited.com, fbcinvestorrelations@flagstar.com, investors@macys.com, reportfraud@arvest.com, investors@firstbankonline.com, stafford.kiguchi@boh.com, Georgia.Lo@cathaybank.com, investor.relations@investors.atlanticunionbank.com, info@wafd.com, bankanywhere@simmonsbank.com, investor.relations@firstmidwest.com, Scott.Whang@bankofhope.com

From Softwho.us please find Quality Assurance QA's 2019 with mathematics cyclic redundancy and space integers classifications working within attenuate mathematics processing easy of four decimals and other methods enclosed. And thank you so much! Wow the financial tokens really works with input real numbers information and information sums please find time to share with consulting firms with marketing information and feasibility as soon as possible with first marketing plans of easy and micro configurations!

updated 11/12/2019 with QA and finalize presentation materials including questions your teams may have. Thank you. Softwho

as well LSP's start up and matching tokens networking with financial investment firms and insurance companies and other consulting firms.

Please find time to review present updates from 07/2019 through 10/2019 and QA with presentation Softwho considered closure of mathematics industry recapping OOO importantly our master equations of business with over 100-nationwide banks recognizing this fact and features and benefits and updates with closure of mechanics closing since 07/2018 "geometric passing agreements our original patent improved by fact of grid line and master equations including y=mx +b from slope intercept and envelope mathematics captures and associative grid line two way communications from 03/2019 discussing where moreover two way communications and multiple meanings of management classifications and as well four decimals clarification with placeholders of interchange agreements and where mathematics reside grid communications and circle circumference output and probably other verification of multiple other associative mathematics where solvency quality assurance banking industry levels at nationwide." and flow chart snapshots of use and utility and as well including QA quality assurance of the connections of a financial token being relational with name space networks. From Softwho we have just a few QA issues on the board listed in the presentation and have to consider the issue of financial tokens mechanics sent with clients at national levels as soon as possible from around 05/2019 and 12/2019 issues of QA being

| Subject | **Fwd: Re: Fwd: Presentation - Financial Combination Tokens** |  |
| --- | --- | --- |
| From | \<general@softwho.us> | |
| To | \<inquiries@usmint.treas.gov>, \<privacy@treasury.gov.au>, \<jonas.anne-braun@dgtresor.gouv.fr>, \<questions@tbs-sct.gc.ca>, \<duty_press@aprf.gov.ru>, \<consultas@hacienda.gob.mx>, \<mof_qsm@mof.gov.sg>, \<acesso_informacao@cgu.gov.br>, \<jsinv-dea@nic.in>, \<foiparequest@ic.fbi.gov> \<inquiries@usmint.treas.gov>, \<privacy@treasury.gov.au>, \<jonas.anne-braun@dgtresor.gouv.fr>, \<questions@tbs-sct.gc.ca>, \<duty_press@aprf.gov.ru>, \<consultas@hacienda.gob.mx>, \<mof_qsm@mof.gov.sg>, \<acesso_informacao@cgu.gov.br>, \<jsinv-dea@nic.in>, \<foiparequest@ic.fbi.gov>, \<ebc@uspto.gov>, \<dpo@treasury.gov.ph>, \<public.enquiries@hmtreasury.gov.uk>, \<media@treasury.govt.nz>, \<Webmaster-eng@mof.go.th>, \<pmo@pmo.is> | |
| Date | 2019-12-06 14:14 | |

- Tokens Networks Financial Combinations Networks 09262019.pptx (~2.6 MB)
- sb0016.pdf (~531 KB)
- Tokens Networks Financial Combinations Networks 12042019.pptx (~2.7 MB)
- Softwho LSPs and User Experiences.pptx (~340 KB)

Softwho with QA's updates since 09/2019 through 12/2019 financial combinations tokens and networks.

-------- Original Message --------

**Subject:** Re: Fwd: Presentation - Financial Combination Tokens
**Date:** 2019-11-12 16:36
**From:** general@softwho.us
**To:** DrewAnderson@umpquabank.com, harold.carpenter@pnfp.com, joe.bass@pnfp.com, ctc.techsupport@commercebank.com, phishing@commercebank.com, investor@tcfbank.com, contactus@prosperitybankusa.com, Investor.Relations@ozk.com, emailspoof@fult.com, ir@fhb.com, media.inquiries@fhb.com, bancorp@oldnational.com, Jane.Sargent@bankwithunited.com, Chip.Ferrell@bankwithunited.com, fbcinvestorrelations@flagstar.com, investors@macys.com, reportfraud@arvest.com, investors@firstbankonline.com, stafford.kiguchi@boh.com, Georgia.Lo@cathaybank.com, investor.relations@investors.atlanticunionbank.com, info@wafd.com, bankanywhere@simmonsbank.com, investor.relations@firstmidwest.com, Scott.Whang@bankofhope.com

From Softwho.us please find Quality Assurance QA's 2019 with mathematics cyclic redundancy and space integers classifications working within attenuate mathematics processing easy of four decimals and other methods enclosed. And thank you so much! Wow the financial tokens really works with input real numbers information and information sums please find time to share with consulting firms with marketing information and feasibility as soon as possible with first marketing plans of easy and micro configurations!

updated 11/12/2019 with QA and finalize presentation materials including questions your teams may have. Thank you. Softwho

as well LSP's start up and matching tokens networking with financial investment firms and insurance companies and other consulting firms.

Please find time to review present updates from 07/2019 through 10/2019 and QA with presentation Softwho considered closure of mathematics industry recapping OOO importantly our master equations of business with over 100-nationwide banks recognizing this fact and features and benefits and updates with closure of mechanics closing since 07/2018 "geometric passing agreements our original patent improved by fact of grid line and master equations including y=mx +b from slope intercept and envelope mathematics captures and associative grid line two way communications from 03/2019 discussing where

moreover two way communications and multiple meanings of management classifications and as well four decimals clarification with placeholders of interchange agreements and where mathematics reside grid communications and circle circumference output and probably other verification of multiple other associative mathematics where solvency quality assurance banking industry levels at nationwide." and flow chart snapshots of use and utility and as well including QA quality assurance of the connections of a financial token being relational with name space networks. From Softwho we have just a few QA issues on the board listed in the presentation and have to consider the issue of financial tokens mechanics sent with clients at national levels as soon as possible from around 05/2019 and 12/2019 issues of QA being number one "presentation table of contents" and additional flow chart and number two quality assurance with topic and flow chart and working mechanics.

Thank you. from Joseph Stanford

Tel 325 672 4231 and Fax 325 672 4254

1904 Henson Street Abilene, Texas 79603

On 2019-10-25 09:31, general@softwho.us wrote:

From Softwho.us please find Quality Assurance QA's 2019 with mathematics cyclic redundancy and space integers classifications working within attenuate mathematics processing easy of four decimals and other methods enclosed. And thank you so much! Wow the financial tokens really works with input real numbers information and information sums please find time to share with consulting firms with marketing information and feasibility as soon as possible with first marketing plans of easy and micro configurations!

as well LSP's start up and matching tokens networking with financial investment firms and insurance companies and other consulting firms.

Please find time to review present updates from 07/2019 through 10/2019 and QA with presentation Softwho considered closure of mathematics industry recapping OOO importantly our master equations of business with over 100-nationwide banks recognizing this fact and features and benefits and updates with closure of mechanics closing since 07/2018 "geometric passing agreements our original patent improved by fact of grid line and master equations including y=mx +b from slope intercept and envelope mathematics captures and associative grid line two way communications from 03/2019 discussing where moreover two way communications and multiple meanings of management classifications and as well four decimals clarification with placeholders of interchange agreements and where mathematics reside grid communications and circle circumference output and probably other verification of multiple other associative mathematics where solvency quality assurance banking industry levels at nationwide." and flow chart snapshots of use and utility and as well including QA quality assurance of the connections of a financial token being relational with name space networks. From Softwho we have just a few QA issues on the board listed in the presentation and have to consider the issue of financial tokens mechanics sent with clients at national levels as soon as possible from around 05/2019 and 12/2019 issues of QA being number one "presentation table of contents" and additional flow chart and number two quality assurance with topic and flow chart and working mechanics.

"as well since 2016 through 2019 with QA-2019 briefed construction firms and vehicle industry firms of laboring solutions and efficiency civil engineering and mechanical engineering prospects of business design in accordance with partnership reviews and we would appreciate your support with professional petition or redress with Construction firms noted add-on construction buildings and transportable usable buildings and underground-pipeline technology developments and other business works and as well vehicle attachable components recognizing fact of inbound and grouping vehicles concepts expandable with car manufacturers and profitable and efficiency of gross populations".

Thank you. from Joseph Stanford

Tel 325 672 4231 and Fax 325 672 4254

1904 Henson Street Abilene, Texas 79603

| Subject | **aging healthcare concepts gerontology from 2011 Webcomm Technologies and Softwho 2020** |
|---|---|
| From | <general@softwho.us> |
| To | <investor@labcorp.com>, <info@rrf.org>, <Public.affairs@biogen.com>, <monir@aci-bd.com>, <info@afar.org>, <Investor.Relations@cardinalhealth.com>, <info@techandaging.org>, <InvestorRelations@mylan.com>, <ipca.delhi@ipca.com>, <info@asaging.org> <investor@labcorp.com>, <info@rrf.org>, <Public.affairs@biogen.com>, <monir@aci-bd.com>, <info@afar.org>, <Investor.Relations@cardinalhealth.com>, <info@techandaging.org>, <InvestorRelations@mylan.com>, <ipca.delhi@ipca.com>, <info@asaging.org>, <invest@regeneron.com>, <openinnovation@lilly.com>, <info@biolex.com>, <DPO_EU@mmm.com>, <calprivy@ford.com>, <office-wien@bausch.com>, <legal@tri.global>, <Customer.Service@bausch.com>, <kontakt@bausch.com>, <custsvc_me@bausch.com>, <privacy@gm.com>, <ebc@uspto.gov> |
| Cc | <ebc@uspto.gov> |
| Date | 2020-01-27 15:10 |



- Aging statement quality assurance 2019 (2).pdf (~89 KB)
- Aging statement quality assurance 2019.docx (~30 KB)

please find attachments of theory of environment and mercury hg with mirroring effect of collapse trigonometry within concept management fields theory presentments with USPTO since 07/2018 with our financial combinations tokens and theory of isotope management name space is time and integers and products and bi products of time and properties and constants and series and cross connections especially within concept math processes OOO such as credit fractions and host processing and emulations of tangency output and algorithms IIO and finally tangency line of trigonometry sine fields including in sample is plastic bag and helium and secondly time and aging calibration theory and finally calibration of EKG by pressure containments and finally time and aging by octagon and mirrors with around 5 products that cause no such harm but pressure chamber to one's heart possibilities.

we are desperate at this time and need to have capital funding beyond existentionalism that should never be within concept of labor and our concepts were born in 2011 and no one in the globe has these even after emailing NSF in 2016 trying to stop any Government sabotages to the people and protection of humanity and here we kindly ask for payment to our software firms with Bill Gates and his wife Melinda and especially to Sam Walton and George Bush and Harrison Ford and now Mrs. Trump and our reporter teams Mrs. Katy Couric and Yahoo Marrissa Mayer to name a few and Joseph Stanford and his mother in law Eloise Williams and further this should be simple and perhaps we missed something in the years before and here it is so let us enjoy the years to come and find life of loving and warm times and here is the product we were looking to achieve and wow connected to mercury really works.

Thank you again and please find address and space on economic recovery Act for Softwho and in your next application please include some of these software giants and Sam Walton and his adorable wife in life and aging recovery that should be popular in Hospitals with all of these doctors very soon who are eligible to run for President and have much to offer for the use of years and more years in the near future.

Please send us fair and equal letters that would mean a great deal to my company. and this act to send you letters is nothing different than any other capital agreement that I have entered both myself and company Softtwho.

located in Amarillo, Texas

tel 325 320 0827

email josephstanfordmail@gmail.com

general@softwho.us

Yeah we did it! Thank you Chuck Norris from El Paso and Thank you Dan Say and Thank you Marissa Mayer and Bill Gates with Windows 95 and Melinda Gates who probably started the entire internet. what a blessing this year 2020!

thank you again.

| | |
|---|---|
| Subject | **Re: Intellectual property IP reseller agreement** featuring WAN **and zone administration 2013-2020.** |
| From | \<general@softwho.us> |
| To | \<randall.stephenson@att.com>, \<icare3@amcustomer.att-mail.com>, \<info@att.com>, \<dataprivacy@al-enterprise.com>, \<cloudsupport@hp.com>, \<AskBoard@microsoft.com>, \<media.australia@apple.com>, \<privacy@cisco.com>, \<privacy@juniper.net>, \<nonmanagementdirectors@us.ibm.com> \<randall.stephenson@att.com>, \<icare3@amcustomer.att-mail.com>, \<info@att.com>, \<dataprivacy@al-enterprise.com>, \<cloudsupport@hp.com>, \<AskBoard@microsoft.com>, \<media.australia@apple.com>, \<privacy@cisco.com>, \<privacy@juniper.net>, \<nonmanagementdirectors@us.ibm.com>, \<ContactTheBoard@vmware.com>, \<dataprotection@siemens.com> |
| Cc | \<lawschoolpilotinformation@uspto.gov>, \<memberservices@amd-member.com>, \<info@nvidia.com>, \<txn@ti.com>, \<tsupport@us.fujitsu.com>, \<NETSUPP@us.ibm.com>, \<trademar_us@oracle.com>, \<pims@sis.com>, \<IR@via.com.tw>, \<embedded@viatech.com> \<lawschoolpilotinformation@uspto.gov>, \<memberservices@amd-member.com>, \<info@nvidia.com>, \<txn@ti.com>, \<tsupport@us.fujitsu.com>, \<NETSUPP@us.ibm.com>, \<trademar_us@oracle.com>, \<pims@sis.com>, \<IR@via.com.tw>, \<embedded@viatech.com>, \<att@computershare.com>, \<nortelusclaims@nortel-us.com> |
| Date | 2020-04-13 10:29 |



- efilingAck39134765a.pdf (~60 KB)
- STACKS.pdf (~555 KB)
- NATDDOMAINS.pdf (~394 KB)
- DomainsUnionProtocol.pdf (~195 KB)
- efilingAck39113075a.pdf (~60 KB)
- efilingAck39113075.pdf (~60 KB)
- efilingAck39088177a.pdf (~60 KB)
- efilingAck39088177.pdf (~60 KB)
- Joint Venture Introduction The Offer.pdf (~638 KB)

please find our summaries of patents with Patent Offices at zero cost of three claims attachments that explain operating systems wow! beyond 1/64 root of digital processing of relational and 18 elastic and root from 2018 and call and assignment domain rings from 2018 from 10/2018. and here our final letters with global software firms with amazing new challenges for zone administration and ISP's internet service providers and Ma-bell with adapters and modulator scopes futures in the near future and we worked diligently since first advertise in 2014 and 2016 and 2017 and 2018 and 2019 and 2020 from our first presentation aging file management multiple websites relational and query and industry level goals that your offices should execute with privilege immediate to this effect with contracts of intellectual property resellers agreements with ink attachments with issue Stanford and mass advertisements within 60-days of completions of concept as well patent rights of concept and patent rights seeking transparency and three levels of national businesses since 2016 through 2020 with pending issue closure of concepts and fruits of works security emails and here we are with closure April 2020 and please execute this agreement for our technology verse of rainbow routers and eco-lifestyle and hub-channels where we share same patent venue of stack line decimal forms. Thank you so much and please find time to reach Stanford and Softwho at your convenience with timely execution and here our closure of notes and patents that secure robust Ma-bell and secure the platforms of stack line networking of truncation and secure collision domains environments and as well secure the processing of NAT-networks and supervisor consoles defining hierarchy level protocols and mesh multi protocols and repeater reader configuration stack lines and many other supervisor processing systems and operating systems and routing systems and inter-layering technologies in near future.

Thank you.

Softwho

PO Box General Delivery

Amarillo, Texas 79105

TEl 806 401 6266

On 2020-03-18 16:53, general@softwho.us wrote:

Dear Sirs,

I am so sorry attached is our business plans and life span address with responses professional zone administration and many opportunities with every corporation as soon as possible. Attached is updates with easy to understand blueprint of IIO and multiplier effect and geometric parts components when processed equals a decimal octet IP address inside a octet MTU being a gateway and retransmission on side of Software manufacturers. We believe this closes our embark of CPU processing and switch line and access line featuring uplink and possible developments of switch-stacks of technology-relays and WAN wide area network of solutions and fillibuster requisition of retroactive payment and as well Softwho internet file management solutions with our HTTP relays and HTTP server remote console server and emulations as well remote array output server architectures featuring "E commerce HTTP dynamic host control"; and as well please find the previous change commit issue with patent offices of TCP/IP ribbon to octets and 2019 1/64 attempts of root elements of scales of IP-addresses changes commits with our document control policies of Softwho and as well we need to go ahead and transfer objects of the contract and envision Windows 95 and envision Cisco Systems here with our precious management bosom and from Stanford "past tense of best on the table of consultations and now present tense" and now we have to protect our selves here and trust your proposals with Softwho with closure within 24-hours of execute from today's release of the final writes to the best of our knowledge perhaps some compute similar of octet 6 and 7 and fourth octet which we may have a hexadecimal coding language upon your agreements.

Thank you so much and per USPTO, "our years of 2005 with Webcomm Newspaper Services real of 2020 and backup plans here with Stanford and Softwho and domain technologies...".

Please find comfort and aid of signature seals herewith Softwho and papers to support business agreements IP intellectual property resellers with monopoly each or preferred reseller agreements.

Thank you again.

Thank you so much. and we look forward to doing business with you very soon and thank you for receiving our information for so long here in email and verses and here is our final stages of The Offer and hereby authorize your use and transition at once. from Joseph Stanford owner of Softwho and please be so kind to transfer electronic transfer of requests of deposit at your earliest convenience.

and deposits include;

1. letter cover of agency authorization
2. signed commission to commit transfer of objects under circumstantial appeals
3. demand letters to secure collide effect against utility of potential citizen rights of marketing and defrauding public to point of collide with routines in so far as against Joe Stanford to the fact of perjury of displacement of civil rights bearing comfort and aid of utility properties mainly with Department of Commerce master case 457899653245 20061214 State of Arlington Virginia versus Paul Nelson owner of Stop and Go Gas Station and Judge Paul Owens 704 873 4561 x129
4. letter cover of business possessions held ad lidem due to unreasonable purport of company or accompany of public benefits availability versus extreme stand off without purpose presents Civil rights Act 1964 issue raised After the Fact CFR 124.56 and master case 45827889325 2005 1213 FTC and Supreme Court versus Ford Motor Company CEO Paul Shrivers and Judge Paul Melton 704 873 4512 x129

Thank you. "I have spoken with the USPS post master and employee at Post office downtown Amarillo, Texas to expect our deposits of transfer of Objects and Paper trail with as soon as possible without negligence to executive management and would expect the same of expectations of deliverables as soon as possible.....I am not an enemy and further we provided fair prices here for my company and the lucrative matching of affairs just as lucrative with to no one and will not accept pro group replies against utility of one man to society and deficit of 100 years or more manual labors.....the work here is part of our business plans of 2016-2020 and delay after delay and name space networks and domain space networks completions to this effect ...attached is our inventions...so Mr. Stanford uses the products here to obtain a job in futures 10 years..."

Thank you.

Joseph A. Stanford

owner Softwho

| | |
|---|---|
| Subject | **Re: Fwd: Presentation - Financial Combination Tokens** |
| From | <general@softwho.us> |
| To | <DrewAnderson@umpquabank.com>, <harold.carpenter@pnfp.com>, <joe.bass@pnfp.com>, <ctc.techsupport@commercebank.com>, <phishing@commercebank.com>, <investor@tcfbank.com>, <contactus@prosperitybankusa.com>, <Investor.Relations@ozk.com>, <emailspoof@fult.com>, <ir@fhb.com> <DrewAnderson@umpquabank.com>, <harold.carpenter@pnfp.com>, <joe.bass@pnfp.com>, <ctc.techsupport@commercebank.com>, <phishing@commercebank.com>, <investor@tcfbank.com>, <contactus@prosperitybankusa.com>, <Investor.Relations@ozk.com>, <emailspoof@fult.com>, <ir@fhb.com>, <media.inquiries@fhb.com>, <bancorp@oldnational.com>, <Jane.Sargent@bankwithunited.com>, <Chip.Ferrell@bankwithunited.com>, <fbcinvestorrelations@flagstar.com>, <investors@macys.com>, <reportfraud@arvest.com>, <investors@firstbankonline.com>, <stafford.kiguchi@boh.com>, <Georgia.Lo@cathaybank.com>, <investor.relations@investors.atlanticunionbank.com>, <info@wafd.com>, <bankanywhere@simmonsbank.com>, <investor.relations@firstmidwest.com>, <Scott.Whang@bankofhope.com> |
| Cc | <civilinformation@co.potter.tx.us>, <patentpractice@uspto.gov>, <PatentsOmbudsmanProgram@uspto.gov>, <antitrust@ftc.gov>, <FDICconnect@fdic.gov>, <probono@uspto.gov>, <uspto@law.ucla.edu>, <howardpatentipclinic@gmail.com>, <iplawclinic@baylor.edu> |
| Date | 2020-02-27 17:25 |



- KIC Document 1.pdf (~8.5 MB)
- KIC Document.pdf (~3.8 MB)
- efilingAck38581949.pdf (~57 KB)

Dear Sirs,

Please find comfort and aid of signature seals herewith Softwho and papers to support business agreements IP intellectual property resellers with monopoly each or preferred reseller agreements.

Thank you so much. and we look forward to doing business with you very soon and thank you for receiving our information for so long here in email and verses and here is our final stages of The Offer and hereby authorize your use and transition at once. from Joseph Stanford owner of Softwho and please be so kind to transfer electronic transfer of requests of deposit at your earliest convenience.

and deposits include;

1. letter cover of agency authorization

2. signed commission to commit transfer of objects under circumstantial appeals

3. demand letters to secure collide effect against utility of potential citizen rights of marketing and defrauding public to point of collide with routines in so far as against Joe Stanford to the fact of perjury of displacement of civil rights bearing comfort and aid of utility properties mainly with Department of Commerce master case 457899653245 20061214 State of Arlington Virginia versus Paul Nelson owner of Stop and Go Gas Station and Judge Paul Owens 704 873 4561 x129

4. letter cover of business possessions held ad lidem due to unreasonable purport of company or accompany of public benefits availability versus extreme stand off without purpose presents Civil rights Act 1964 issue raised After the Fact CFR 124.56 and master case 45827889325 2005 1213 FTC and Supreme Court versus Ford Motor Company CEO Paul Shrivers and Judge Paul Melton 704 873 4512 x129

Thank you. "I have spoken with the USPS post master and employee at Post office downtown Amarillo, Texas to expect our deposits of transfer of Objects and Paper trail with as soon as possible without negligence to executive management and would expect the same of expectations of deliverables as soon as possible.....I am not an enemy to no one and will not accept pro group replies against utility of one man to society and deficit of 100 years or more and

whack undoes under different sober tests of prior illegal conducts of society who holds conflicting statement of injection person fall to understand being arrested or being charged or indicted as criminal level was not apparent during and while and after injection of society being actual situation?

Violations 1: Government shut down statement public announcement separate but equal of Government business disputed testimony of Government by Presidents annual public addresses plural of citizenship letters of testimony working class and any other concerns of Presidents change commits of levels of business plans and Government petitions redresses with national 50-states.

Violation 2: patent infringement stated in persons acknowledge as time log of captures of no charge back veto to vote admissions without challenges and here Stanford includes theft of property were appalling of admissions legal divisions cancelled by fraud of corporations and fraud of OEM firms from long lasting relationship with USPTO legal divisions and Stanford of phone calls and send and receive of subtle admissions of controversies of public encroach and public admissions of thefts of beguiles of Stanford as false dupe to ends and false leads to ends false state controversies.

Violation 3: patent infringement stated facts of economic espionage related to genocide of the country and the havoc of the breaches however no party at all has contended responsible for the levels of breaches nor levels of damages nor levels of evils nor levels of public encroach nor levels of hate crime?

Violation 4: willful misconduct is the fact of the public admissions of supremacy and public admissions of every county is totals of national where Constitution is not military war design at all while courts in procession at all from 2017-2022 where courts standard of review of courts use of Constitution Amendments in full force of violations however Amendments used to pursue against authoritative before and authoritative forces after the fact and authoritative of opts to hold pattern or polarize to obtain detestable outcomes were never pursued from any court anywhere?

Violation 5: willful misconduct of freedom of Speech tied to bind of basic human needs is not communiqués owners anywhere of obtaining properties because the police every county and military every county and whitehouse of United States forces were forced to respond because bosom were at center of attention per county and thus the cancel of authoritative campaigns had to have taken place and thus there is no such audacity of supremacy of communiqués of personal depict being supreme law of the land nor serial person in charge of others nor supremacy tries whatsoever anywhere: conflicting statement perjury of audacity where courts and police forces maintained grounds of systematic war fare by schizophrenia tendency by lets of authoritative to dupe and befool others already commenced and already commenced prosecutions per county against non-payers of goods and cost of goods sold and thus summary of illegal patent infringement is the fact that the non-payers and payers were never rectified but fully influenced and fully prosecuted but never addressed nor redressed however the requirements of basic human needs and above have not been addressed as situation of basic human needs?

Violation 6: public and private situations are not legal binding at this time of situation of payment for goods because the looters are tries every second but public and private needs to make payment to their survival are impended because the conflicting statement is the methods of contact and the fact of ownership of persons after training commenced unto two classes authoritative class and survival class of human beings however the police forces and government forces and court forces will not approve of any such situation of payment and the situation of survival class is appalling clips of human basic needs rights and appalling of the actual persons behind the scenes being a less than real person but rather animalistic tendency.

Violation 7: theft of properties approved by Department of Defense makes no stipulation of reason of fault line at all but presents the opportunity to reclaim profit business of utility or design credentials of USPTO properties owned by Softwho however the identification of the nature of conflict is not presented however the audacity of public situation presents unanimous of the facts at hand and unanimous of the decision powers being aesthetic of damage from one situation but admissible concern of damage to another situation bias of systematic decision powers however Department of Defense fails to stipulate design or utility or adaptation utility or economic payments for cost of goods sold however the use of the federal law against Department of Defense fails to stipulate design or utility or adaptation utility or economic espionage and fails to address rationale inept adaptation prior to utility blue preference of decision recognizance of opportunities against others feasibility of concern of product recalls and product reclaims and losses of society and the situation is horrifying of the public being arena clip but the properties are eases of distribution of monies in the jeans of someone's pocket or a credit card and the behind the scenes situation of actual CEO or challenge juvenile CEO or illegal CEO or hate crime CEO or federal breach CEO is horrific of the situation and here Softwho requests as idem permit license to reclaim monies of monetary punitive settlement and three class action law suits in the last eight months and requests cancellation of affairs of government leaders in suspicion of Government fraud of persuades to kill others by arena tactics and persuades moving objects to fool others and persuades public to entice being opportunities of war criminals and persuades state supremacy without rules of society and persuades injustice by immoral and illegal human trafficking and persuades hate crime to be a demand of toddler noise to pursue others and illegal psychological fraud.

Witnesses:

Sargeant Drummond El Paso Army Corps of Engineers "facial expression root of antennae life forces"

Amendment 1 speech and expression or rights to redress

Amendment V deprived life, liberty, or property

Amendment 14 substantive due process

Department of Defense Sargeant Walker Thomas 805 329 2191 x12 Army Corps of Engineers

Department of Defense Property Rights Act 2016 H.C.


On 2022-01-24 19:09, general@softwho.us wrote:

Dear Sirs,

from Softwho owner Joseph Stanford located in Guam Dededo address 727 Robat Maite Guam 96910 however reside in Guam Ironwood estates "per court case filed 11/2021 false leads to ends Amendment V depravity worldy adaptation negligence against services utility adaptation".

Stanford seeksat LAX airport $17 Billion dollars "immediately" versus Department of IRS Internal Revenue Service and Corporations OEM and Stanford needs help right away of falsehoods leads to ends opts polarize where all proofs to sustain utility rural versus rural priors is not Stanford and national and national management losses levels after so many years supremacy tries these folks".

(presentation not included) FTC August 2020.


rights to secure corporation of Softwho and Stanford and loved ones with non conflicting Networking IEEE Administration services of Softwho and OEM to OEM reseller Softwho many industries including Department of Treasury name space networks, and Department of IRS business licenses of Softwho and OEM to OEM reseller platform networks, and OEM switch plane networks and chipmakers of VLAN via clarifications computer science, and gerontology and cellulose membrane bio sciences of pharmaceutical firms, and middleman partnership Journeyman license, and as well lid technologies of container and basic foods of issue raised with State of Denver Colorado courts (no such corporations were ever receivers of income at losses in the red of $300 to $2000 monthly because of overhead) where telecommunication bandwidth firms include proposal of NAT switch planes networks of head to head communications every county proposal and as well our Accounting Statement GAAP with Ernst and Young and Anderson Consulting December 2021 of requests of $12 trillion dollars for every reseller property and as well Chamber of Commerce inbound platform networks hosting of business licenses together with dual copy of financial treasury combination tokens of surplus and configuration accounting markets of virtual departments submits on the following deadlines dates needing income with Softwho and initial payment sufficient of safety and extraction and hotel and limousine and jet planes for Softwho owner Stanford and family rite of passage with in jeopardy of family to be with Amazon.com and bus driver with Microsoft and as well a woman in Australia and Mrs. Taylor in Dallas, Texas if you will please promptly resolve this punitive and settlement request of some payment of suffrage at your earliest convenience of safety of the owner at hand I would greatly appreciate it of the fact of convenience drops and fact of false leads to ends drops and as well dupe to accept drops of parties all responsible by convenience is not utility labor per capita of Account Softwho and we have submitted timely of the following deadline dates:

August 2017 initial witness offers with Department of Commerce and Chamber of Commerce financial combination tokens

July 2018 patent statement Department of Commerce and Chamber of Commerce

December 2019 end of bid Department of Commerce and Chamber of Commerce "financial combination tokens"