UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH A. STANFORD,<br>SOFTWHO Owned sole, Mr. Joseph A. Stanford, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-02194-JPH-TAB |
| H.S.B.C BANK,<br>BANK OF THE OZARKS,<br>CHASE BANK, U.S. BANK,<br>PNC BANK, BB&T BANK,<br>SUNTRUST BANK, TD BANK,<br>FIFTH THIRD BANK,<br>CITIZENS BANK,<br>CITIBANK, CITIBANK BANK,<br>BNY MELLON BANK,<br>TD BANK BANK,<br>SUNTRUST BANK,<br>AMERICAN EXPRESS, INC.,<br>MERRILL LYNCH FINANCIAL PRODUCTS,<br>GOLDMAN SACHS BANK,<br>CHARLES SCHWAB BANK,<br>WELLS FARGO BANK,<br>REGIONS BANK,<br>KEY BANK,<br>HAPPY STATE BANK,<br>MICROSOFT INCORPORATED,<br>CISCO SYSTEMS INCORPORATED,<br>JUNIPER INCORPORATED,<br>IBM INTERNATIONAL BUSINESS MACHINES,<br>ORACLE INCORPORATED,<br>BAE SYSTEMS INCORPORATED,<br>INTEL INCORPORATED,<br>AMD INCORPORATED,<br>AT&T INCORPORATED,<br>M&T BANK,<br>MORGAN STANLEY BANK,<br>ARMY CORPS OF ENGINEERS<br>WWW.JAG.MIL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| APPLE COMPUTERS (APPLE PAY), | ) |
| WALMART INCORPORATED ARVESTA | ) |
| BANK, | ) |
| DISCOVER INCORPORATED, | ) |
| U.S. DEPARTMENT OF TREASURY | ) |
| F.D.I.C, | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed with prejudice**.

The Court now enters **FINAL JUDGMENT**.

**SO ORDERED.**

Date: 12/7/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

JOSEPH A. STANFORD
404 E Washington
Fort Wayne, IN 46802

SOFTWHO
127 Biraldan Sali Unit 10
Dadedo, GU 96929